146542
MOSER- STE

**AFFIDAVIT OF SERVICE**

Index No. 2:21-CV-05400(GRB)(AYS)
Date filed
File No.

DISTRICT    COURT, COUNTY OF    **EASTERN NY**

**JONATAN BARAHONA AND HECTOR HERNANDEZ**                Plaintiff(s)

against

**PARADISE TREE SERVICE & LANDSCAPE, CORP. AND WILLIAM NIETO**            Defendant(s)

State of New York, County of Nassau            SS:

**ANTHONY CARLINO** being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at **VALLEY STREAM  NY  11580**

That on **10/9/2021** at **3:00 PM** at **HOME ADDR.** at **193 LAFAYETTA STREET COPIAGUE  NY  11726**
deponent served the within **SUMMONS AND COMPLAINT**

on **WILLIAM NIETO**
(Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;

**AFFIXING TO DOOR, ETC.**
by affixing a true copy(ies) of each to the door of said premises which is defendant's actual place of business or dwelling place or usual place of abode within the state. Deponent was unable, with due diligence to find defendant(s) or a person(s) of suitable age and discretion, thereat having called there.

| 10/6/2021 | @ | 8:30 AM | 10/8/2021 | @ | 9:00 PM |
| 10/9/2021 | @ | 3:00 PM | | @ | |

Respondent lives at this address ad per neighbor Tabatha Cox (F, Blk, blk hair, 40, 5'6"/ 160lbs) @ 192 Lafayetta St.

**MAILING**
On **10/12/2021** deponent mailed a copy of same to respondent at
**193 LAFAYETTA STREET COPIAGUE  NY  11726**
by regular 1st class mail in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or action against the person.

**MILITARY CONFIRMATION**
I asked the person spoken to

whether recipient is in active military service of the United States in any capacity whatever.
Person answered in the negative.

Sworn to before me on 10/12/21

SHAUL HORAN
Notary Public, State of New York
No. 01HO6108246
Qualified in Nassau County
Commission Expires 04/12/2020

URI BRILL
NOTARY PUBLIC, STATE OF NY
# 01BR6394019
QUALIFIED IN NASSAU COUNTY
EXPIRES 07/01/2023

ANTHONY CARLINO

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola, NY 11501 (516) 741-4353

| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF THE STATE OF NEW YORK | Record # 28368X |
|---|---|
| JONATAN BARAHONA AND HECTOR HERNANDEZ,<br>against<br>Plaintiff(s) | INDEX# 2:21-CV-05400(GRB)(AYS)<br>Date filed 10/1/2021 |
| PARADISE TREE SERVICE & LANDSCAPE, CORP., ET ANO,<br>Defendant(s) | |
| STATE OF NEW YORK | COUNTY OF ALBANY    146543 |

## SECRETARY OF STATE   -   AFFIDAVIT OF SERVICE

**MICHELLE DICARMINE** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **10/5/2021** at **1:00 PM,** at the office of the Secretary of State, of the State of New York in the City of Albany, New York at 99 Washington Avenue, he/she served a true copy of a

**SUMMONS AND COMPLAINT,**

on **PARADISE TREE SERVICE & LANDSCAPE, CORP.**, **Defendant** in this action.

By delivering to and leaving with **SUE ZOUKY**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00, unless exempt by law. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**    Description of the Recipient is as follows:

A Female with White skin, Gray hair, who is approximately 55 years of age and has an approximate height of 5' 2" and approximate weight of 135 pounds.

Other identifying features are as follows: None.

MICHELLE DICARMINE
Process Server

State of New York
County of Albany

Sworn to before me on This 6 day of October 2021

Notary Public - Emily M. Corbett

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2025

Emily M. Corbett
Notary Public, State of New York
No. 01CO6299470
Qualified in Albany County
Commission Expires March 24, 2022

ALERT PROCESS SERVICE AGENCY - 185 WILLIS AVE STE 6 - MINEOLA, NY 11501-2622 - 516-741-4353