UNITED STATES DISTRICT COURT     CIVIL CONFERENCE
EASTERN DISTRICT OF NEW YORK     MINUTE ENTRY

BEFORE: ANNE Y. SHIELDS     DATE: 1/27/22
        U.S. MAGISTRATE JUDGE     TIME: 11:30 AM
            FTR: 11:37-11:42

CASE: **CV 21-5400 (GRB) (AYS)** Barahona., et al v. Paradise Tree Service & Landscape, Corp., et al

TYPE OF CONFERENCE: INITIAL

APPEARANCES:     Plaintiff     Steven Moser

                    Defendant     Glenn Ingoglia

**THE FOLLOWING RULINGS WERE MADE:**

☐     Scheduling Order entered.

☐     Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐     Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

X     Other: Conference held.

                                       SO ORDERED

                                       /s/ Anne Y. Shields
                                       ANNE Y. SHIELDS
                                       United States Magistrate Judge