| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
|---|---|
| EASTERN DISTRICT OF NEW YORK | MINUTE ENTRY |

| BEFORE: ANNE Y. SHIELDS | DATE: 3/14/22 |
|---|---|
| U.S. MAGISTRATE JUDGE | TIME: 2:00 PM |
| | FTR: 2:19-2:22 |

CASE: **CV 21-5400 (GRB) (AYS)** Barahona, et al v. Paradise Tree Service & Landscape, Corp., et al

TYPE OF CONFERENCE: Discovery

APPEARANCES:   Plaintiff   <u>Steven Moser</u>

　　　　　　　　Defendant   No Appearance

**THE FOLLOWING RULINGS WERE MADE:**

☐　Scheduling Order entered.

☐　Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐　Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐　The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒　Other: Conference held.

　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　 /s/ Anne Y. Shields
　　　　　　　　　　　　　　　　　ANNE Y. SHIELDS
　　　　　　　　　　　　　　　　　United States Magistrate Judge