

**MOSER LAW FIRM, PC**

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

July 28, 2022

**VIA ECF**

Hon. Lee G Dunst, USMJ
United States District Court Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

    Re:    *Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al.,*
              Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Dunst:

    I represent the Plaintiffs. I write with the consent of the Defenants for clarification of the Court's order dated July 19, 2022. The Court directed the parties to select a mediator by August 31, 2022. However, if the parties wait until that date to select the mediator it is unlikely that we will be able to schedule the mediation by September 30, 2022, as directed in the order. The Parties therefore asks for clarification as to whether the Court intended the mediator selection date to be July 31, 2022. In the event that the date for selection of the mediator is August 31, 2022, the parties respectfully request an extension of the date to complete mediation to October 31, 2022.

                                                  Very truly yours,

                                                  *Steven J. Moser*

                                                  Steven J. Moser

CC:    All counsel of record via ECF