

**Moser Law Firm, PC**

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

November 23, 2022

**VIA ECF**

Hon. Lee G Dunst, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

      Re:   *Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al.,*
              Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Dunst:

      I represent the Plaintiffs in the above referenced FLSA claim.  Please accept this joint status report approved by all parties which the Court directed us to file within two weeks of completion of mediation.

      On November 11, 2022 the parties participated in mediation with Patrick M. McKenna, a member of the EDNY Mediation Panel.  The parties were unable to reach a settlement.

                                     Respectfully submitted,,

                                       *Steven J. Moser*

                                       Steven J. Moser

CC:   All counsel of record via ECF