The Law Office Of
# GLENN J. INGOGLIA
**104 Long Beach Road**
**Island Park, New York 11558**
**glenn@ingoglialaw.com**

| | |
|---|---|
| **Telephone: (516) 432-0500** | **Admitted to Practice Law** |
| **Facsimile: (516) 432-7333** | **in the State of New York** |

**March 6, 2023**

**Via ECF**
**Magistrate Lee G. Dunst, USMJ**
**United States District Court, EDNY**
**100 Federal Plaza**
**Central Islip, NY 11717**

**Re:**     **Barahona et al. v. Paradise Tree Service & Landscape Corp. et al.**
             **Case No.:  2:21-cv-05400 (GRB)(LGD)**
             **Joint Letter - Settlement Conference rescheduled from March 7, 2023 to April 10, 2023 at 2:00 p.m.**

**Dear Magistrate Dunst:**

**Regarding the above matter and pursuant to your Order dated February 16, 2023, please allow this joint letter from Plaintiffs' and Defendants' counsel to confirm that all parties and their counsel remain prepared to attend, and participate, in person, in a productive settlement conference on April 10, 2023 at 2:00 p.m.**

**In addition, on consent of all parties, we respectfully request that all deadlines for discovery, pleadings and motions, be extended for forty-five (45) days after April 10, 2023 to the new date of May 25, 2023. Thank you.**

**Respectfully submitted,**

*Glenn Ingoglia*

**Glenn J. Ingoglia, Esq.**
**Counsel for Defendants**

**c.c.:**     **Via ECF**
             **Steven Moser, Esq.**
             **Counsel for Plaintiffs**