UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **May 24, 2023** |
| **TIME:** | **1:30PM** |
| **FORMAT:** | ☒ In Person    ☐ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-5400 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al. |
| **FOR PLAINTIFF(S):** | Steven John Moser |
| **FOR DEFENDANT(S):** | Glenn J. Ingoglia |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 1:43-1:48; 2:54-2:58 |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Case called. Counsel for all sides present.

Case not settled. The existing schedule ordered on 5/18/2023 **remains in place**.
- Fact and expert discovery shall be completed by 7/10/2023.
- Dispositive motion practice consistent with District Judge Gary R. Brown's rules shall commence by 8/7/2023.
- A proposed Pretrial Order consistent with Judge Brown's rules shall be submitted by 9/18/2023.

These deadlines will not be extended absent a timely request and a showing of good cause supported by a sworn attorney declaration.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge