| Form **1120-S** | **U.S. Income Tax Return for an S Corporation** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation. Go to *www.irs.gov/Form1120S* for instructions and the latest information. | **2020** |

For calendar year 2020 or tax year beginning _____ , ending _____

| **A** S election effective date | **TYPE OR PRINT** | Name | **D** Employer identification number |
|---|---|---|---|
| **B** Business activity code number (see instructions) | | Number, street, and room or suite no. If a P.O. box, see instructions. | **E** Date incorporated |
| | | City or town    State    ZIP code | **F** Total assets (see instructions) |
| **C** Check if Sch. M-3 attached ☐ | | Foreign country name   Foreign province/state/county   Foreign postal code | $ |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☐ No  If "Yes," attach Form 2553 if not already filed
**H** Check if:  (1) ☐ Final return   (2) ☐ Name change   (3) ☐ Address change   (4) ☐ Amended return   (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . _____
**J** Check if corporation:  (1) ☐ Aggregated activities for section 465 at-risk purposes   (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| | 1a | Gross receipts or sales . . . . . . . . . . . . . . | 1a | |
| | b | Returns and allowances . . . . . . . . . . . . | 1b | |
| | c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . | | 1c |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . | | 2 |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . | | 3 |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . | | 4 |
| | 5 | Other income (loss) (see instructions—attach statement) . . . . . . . . . | | 5 |
| | 6 | **Total income (loss).** Add lines 3 through 5 . . . . . . . . . . . . ▶ | | 6 |
| | 7 | Compensation of officers (see instructions — attach Form 1125-E) . . . . . | | 7 |
| | 8 | Salaries and wages (less employment credits) | | 8 |
| | 9 | Repairs and maintenance | | 9 |
| | 10 | Bad debts | | 10 |
| | 11 | Rents | | 11 |
| | 12 | Taxes and licenses | | 12 |
| | 13 | Interest (see instructions) | | 13 |
| | 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . . . . . | | 14 |
| | 15 | Depletion **(Do not deduct oil and gas depletion.)** . . . . . . . . . . | | 15 |
| | 16 | Advertising | | 16 |
| | 17 | Pension, profit-sharing, etc., plans | | 17 |
| | 18 | Employee benefit programs | | 18 |
| | 19 | Other deductions (attach statement) . . . . . . . . . . . . . . . | | 19 |
| | 20 | **Total deductions.** Add lines 7 through 19 . . . . . . . . . . . . ▶ | | 20 |
| | 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 . . . . . . | | 21 |
| | 22a | Excess net passive income or LIFO recapture tax (see instructions) . . . | 22a | |
| | b | Tax from Schedule D (Form 1120-S) . . . . . . . . . . . . . | 22b | |
| | c | Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . | | 22c |
| | 23a | 2020 estimated tax payments and 2019 overpayment credited to 2020 . . | 23a | |
| | b | Tax deposited with Form 7004 . . . . . . . . . . . . . | 23b | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) . . . . . . . | 23c | |
| | d | Reserved for future use . . . . . . . . . . . . . . | 23d | |
| | e | Add lines 23a through 23d . . . . . . . . . . . . . . . . . . | | 23e |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . ▶ ☐ | | 24 |
| | 25 | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed . . . . . | | 25 |
| | 26 | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid . . . . . | | 26 |
| | 27 | Enter amount from line 26: **Credited to 2021 estimated tax** _____ **Refunded** ▶ | | 27 |

**Sign Here** Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

_____   _____   _____
Signature of officer           Date            Title

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name | | | Firm's EIN | |
| Firm's address | | | Phone no. | |
| City | | State | ZIP code | |

For Paperwork Reduction Act Notice, see separate instructions.           Form **1120-S** (2020)
BCA