**Steven Moser**

---

| | |
|---|---|
| **From:** | Steven Moser |
| **Sent:** | Thursday, August 10, 2023 1:06 PM |
| **To:** | glenn ingoglia |
| **Cc:** | Shirley Navarro-Losito |
| **Subject:** | RE: Barahona v. Nieto |

Glenn

Thank you for the federal AZ.  However, the state AZ is missing.  Please provide.

Thanks



**Steven J. Moser**
**Managing Attorney, Moser Law Firm, PC**

📞 631.759.4054

📱 516.671.2776

📍 133C New York Avenue, Huntington, NY 11743

⊙ PO Box 710, Huntington, NY 11743

🌐 www.moserlawfirm.com

✉ steven.moser@moserlawfirm.com

---

**From:** glenn ingoglia <glenn@ingoglialaw.com>
**Sent:** Friday, July 14, 2023 6:55 PM
**To:** Steven Moser <steven.moser@moserlawfirm.com>
**Cc:** glenn ingoglia <glenn@ingoglialaw.com>
**Subject:** Barahona v. Nieto

# Hello Mr. Moser

# Attached is a letter along with an executed 4506 form and identification for my client.  The above are being mailed to you today and are in full compliance of the Judge's recent order.

**Glenn J. Ingoglia, Esq.**
**THE LAW OFFICE OF**
**GLENN J. INGOGLIA**
**104 Long Beach Road**
**Island Park, New York 11558**

**(516) 432-0500 Telephone**
**(516) 432-7333 Facsimile**
**(516) 298-6279 Mobile**
**glenn@ingoglialaw.com**
**www.ingoglialaw.com**