The Law Office Of
# GLENN J. INGOGLIA
**104 Long Beach Road**
**Island Park, New York 11558**
glenn@ingoglialaw.com

**Telephone: (516) 432-0500**　　　　　　　　　　　　　　　　　　　　**Admitted to Practice Law**
**Facsimile: (516) 432-7333**　　　　　　　　　　　　　　　　　　　　　　**in the State of New York**

**September 18, 2023**

**Via ECF**
**Hon. Lee G. Dunst, USMJ**
**United States District Court, EDNY**
**100 Federal Plaza**
**Central Islip, NY 11717**

　　　　　　**Re:**　　　　**Jonatan Barahona and Hector Hernandez v. Paradise Tree**
　　　　　　　　　　　　　**Service & Landscape, Corp. and William Nieto**
　　　　　　**Venue:**　　**United States District Court, Eastern District of New York**
　　　　　　**Civil Action No.:**　**2:21-cv-05400 (GRB)(AYS)**

**Dear Judge Dunst:**

**Regarding the above matter, I represent the Defendants, Paradise Tree Service & Landscape, Corp. and William Nieto.  I am writing this letter to request additional time to respond to Mr. Moser's letter motion submitted late Friday Afternoon on September 15, 2023.  I request additional time to oppose the motion and cross-move for  outstanding discovery and sanctions.**

**Respectfully submitted,**

*Glenn Ingoglia*

**Glenn J. Ingoglia**

　　　**c.c.:**　　**Via ECF**
　　　　　　　**Plaintiffs' Counsel**
　　　　　　　**Steven J. Moser, Esq.**