UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br><div align="right">Deputy: Chelsea Tirado</div> |
| **DATE:** | **September 22, 2023** |
| **TIME:** | **11:00AM** |
| **FORMAT:** | ☐ In Person    ☒ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-5400 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al. |
| **FOR PLAINTIFF(S):** | Steven John Moser |
| **FOR DEFENDANT(S):** | Glenn J. Ingoglia |
| **NEXT CONFERENCE(S):** | November 21, 2023 at 10:15AM in Courtroom 830 |
| **FTR/COURT REPORTER:** | 11:12-11:25, via Zoom |

**RULINGS FROM MOTION CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, Plaintiff's motion at DE [31] to Compel Production is DENIED AS MOOT. Defendant shall provide certified copies of the tax returns and authorizations pursuant to DE [30] to Plaintiff by **9/26/2023**. All other relief requested at DEs [31], [32], and [34] is DENIED. Other than the aforementioned tax returns and authorizations, discovery is CLOSED. The time to file substantive motions is CLOSED. The parties shall submit a joint pretrial order, consistent with the individual practice rules of District Judge Gary R. Brown by **11/7/2023**. **This deadline will not be extended absent a timely request and a showing of good cause supported by a sworn attorney declaration.**

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge