The Law Office Of
# GLENN J. INGOGLIA
**104 Long Beach Road**
**Island Park, New York 11558**
**glenn@ingoglialaw.com**

**Telephone: (516) 432-0500**                                                                            **Admitted to Practice Law**
**Facsimile: (516) 432-7333**                                                                             **in the State of New York**

**November 9, 2023**

**Via ECF**
**Hon. Lee G. Dunst, USMJ**
**United States District Court, EDNY**
**100 Federal Plaza**
**Central Islip, NY 11717**

|              |                                                                                                 |
|--------------|-------------------------------------------------------------------------------------------------|
| **Re:**      | **Jonatan Barahona and Hector Hernandez v. Paradise Tree Service & Landscape, Corp. and William Nieto** |
| **Venue:**   | **United States District Court, Eastern District of New York** |
| **Civil Action No.:** | **2:21-cv-05400 (GRB)(AYS)** |

**Dear Judge Dunst:**

Regarding the above matter, I represent the Defendants, Paradise Tree Service & Landscape, Corp. and William Nieto.  I am hereby respectfully requesting that I be granted an extension of time to oppose and/or cross move against Plaintiff's Letter Motion, dated November 9, 2023.  The allegations and relief requested in Plaintiffs' Counsels' Letter Motion, are drastic, but more importantly, it contains statements by Plaintiff's Counsel which are false and intentionally made to mislead this Court and damage Defendants and their Counsel.  I will illustrate these contentions with documentary evidence, which is irrefutable.  Defense Counsel will also show that Plaintiffs' counsel engaged in this practice on a prior occasion which was illustrated by Defendants' counsel, at that time.

I will also directly address the discovery and pre-trial order issues raised by Plaintiffs' Counsel.  I respectfully request I be granted until on or before, Tuesday, November 14, 2023, or some other date determined by this court to oppose and/or cross-move regarding Plaintiffs' November 9, 2023 Letter Motion.  Thank you for your consideration.

**Respectfully submitted,**

*Glenn Ingoglia*
**Glenn J. Ingoglia**

**c.c.:**     **Via ECF**
              **Plaintiffs' Counsel**
              **Steven J. Moser, Esq.**