UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **November 21, 2023** |
| **TIME:** | **10:00AM** |
| **FORMAT:** | ☒ In Person    ☐ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-5400 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al. |
| **FOR PLAINTIFF(S):** | Steven John Moser |
| **FOR DEFENDANT(S):** | Glenn J. Ingoglia |
| **NEXT CONFERENCE(S):** | January 16, 2024 at 3:00PM in Courtroom 830 |
| **FTR/COURT REPORTER:** | 10:46-11:20 |

**RULINGS FROM PRE-TRIAL CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, Plaintiff shall file a letter detailing its submissions of tax authorizations to the IRS and their status by **12/1/2023**. The parties shall submit a revised pretrial order by **12/21/2023**. All future submissions to the undersigned are limited to 2 pages (with no exhibits) absent leave of the Court. This page limitation only applies to the undersigned, not to Judge Brown, and does not apply to the pretrial order. No further extensions of time shall be granted absent a showing of good cause supported by a sworn attorney declaration.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge
