# Moser Law Firm, PC



**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

December 1, 2023

**VIA ECF**

Hon. Lee G Dunst, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

    Re:    *Barahona et al v Paradise Tree Service & Landscape, Corp et al,*
                Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Dunst:

    I represent the Plaintiffs in the above referenced FLSA claim. Please accept this report and request for issuance of a Court-Ordered Subpoena to obtain the Defendants' tax returns from the IRS.

    We received an authorization to obtain the tax returns of the corporate defendant on July 26, 2023. The authorization was dated July 14, 2023. On August 10, 2023 we mailed the authorization to the IRS along with a check for the appropriate fees.  We have not received a response to this authorization.

    Annexed hereto is a proposed subpoena to the IRS.  The Plaintiffs respectfully request that the subpoena be so-ordered by the Court.

                                                                Respectfully Submitted,

                                                                *Steven J. Moser*
                                                                Steven J. Moser

CC:    All counsel of record via ECF