

# MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

December 22, 2023

**VIA ECF**

Hon. Lee G Dunst, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

      Re:    *Barahona et al v Paradise Tree Service & Landscape, Corp et al,*
               Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Dunst:

      I represent the Plaintiffs in the above referenced FLSA claim. By this letter, I respectfully request until December 29, 2023 for the parties to submit a joint pretrial order.

      On November 21, 2023, I sent Mr. Ingoglia a revised proposed joint Pretrial Order (PTO) consistent with the Court's instructions. The PTO was to be filed on December 21, 2023. I followed up with email requests for the Defendants' proposed contributions to the PTO on December 11th, 13th, 15th, 16th and 20th.

      On December 20, 2022 at 5:21 PM the Defendants furnished a revised but incomplete proposed PTO. Mr. Ingoglia advised that he still needed to go over his exhibit list. I requested that he furnish the Defendants' proposed PTO when complete. On December 21, 2023, Mr. Ingoglia advised me that he would be submitting his own PTO to the Court.[1]

      I have called Mr. Ingoglia on his cell phone and office phone and have been unable to reach him to address the PTO.

      For the foregoing reasons, I respectfully request an extension until December 29, 2023 to submit the Joint PTO, or, in the alternative, that the Plaintiffs be given leave to file *their* proposed PTO separately rather than jointly, along with a 2 page letter supplying the reasons for the Plaintiffs' proposed PTO.

                                             Respectfully Submitted,

                                               *Steven J. Moser*
                                               Steven J. Moser

CC:    All counsel of record via ECF

---

[1] Annexed is a self-explanatory email chain between the parties concerning the PTO.