UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATAN BARAHONA and HECTOR HERNANDEZ,<br><br>                                    Plaintiff(s),<br><br>                         *-against-*<br><br>PARADISE TREE SERVICE & LANDSCAPE, CORP. and WILLIAM NIETO,<br><br>                                  Defendant(s). | **Case No. 21-cv-05400 (GRB)(LGD)** |

## AFFIRMATION OF STEVEN J. MOSER

I hereby certify the following under the penalties of perjury:

1. I represent the Plaintiffs' Jonathan Barahona and Hector Hernandez in the above referenced matter.

2. I have read the Individual Practice Rules of Judge Gary R. Brown effective September 5, 2023, the Individual Practice Rules of Magistrate Judge Lee G. Dunse updated/effective September 29, 2023, and Judge Brown's decision in <u>Fields v. Bayerische Motoren Werke Aktiengesellschaft</u>, 594 F. Supp. 3d 530 (E.D.N.Y. 2022).

Dated: January 2, 2024
       Huntington, New York

                                          *Steven John Moser*
                                          Steven John Moser (SM6628)
                                          Moser Law Firm, PC
                                          5 East Main Street
                                          Huntington, New York 11743
                                          steven.moser@moserlawfirm.com
                                          (631) 824-0200