UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JONATHAN BARAHONA and HECTOR             Case No.: 21-cv-05400(GRB)(LGD)
HERNANDEZ,

      Plaintiffs,   **AFFIRMATION BY**
               **GLENN J. INGOGLIA, ESQ.**

  -against-

PARADISE TREE SERVICE & LANDSCAPE
CORP. and WILLIAM NIETO,

      Defendants.
---------------------------------------------------------------X

   GLENN J. INGOGLIA, an attorney duly admitted to practice law in the Federal Courts in the Eastern and Southern Districts of New York and in the State of New York, does hereby swear the following statements are true under the penalties of perjury:

1. I represent the Defendants, PARADISE TREE SERVICE & LANDSCAPE CORP. and WILLIAM NIETO, in the above action.

2. I submit this affirmation in compliance and pursuant to the Order of Magistrate Judge Lee G. Dunst, dated December 22, 2022.

3. I have read Judge Gary R. Brown's decision in the case *Fields v. Bayerische Motoren Werke Aktiengesellschaft*, 594 F. Supp. 3d 530 (E.D.N.Y. 2022).

4. I have read Judge Gary R. Brown's Individual Practice Rules, effective September 5, 2023.

5. I have read Magistrate Judge Lee G. Dunst's Individual Practice Rules, updated/effective September 29, 2023.

6.  **I am available to conduct the trial of this case on the following dates in January and February 2024: January 30 and 31, 2024; February 6, 7, 8, 13, 14, 15, 27, 28 and 29, 2024.**

**Dated: January 4, 2024**

Respectfully submitted,

Glenn J. Ingoglia

_____

**Glenn J. Ingoglia, Esq. (GI 1655)**
**THE LAW OFFICE OF**
**GLENN J. INGOGLIA**
**Counsel for Defendants**
**PARADISE TREE SERVICE & LANDSCAPE**
**CORP. and WILLIAM NIETO**
**104 Long Beach Road**
**Island Park, NY 11558**
**(516) 432-0500 Office Telephone**
**(516) 432-7333 Facsimile**
**(516) 298-6279 Mobile Telephone**
**glenn@ingoglialaw.com**