

**MOSER LAW FIRM, PC**

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

January 4, 2023

Hon. Lee G Dunst, USMJ
United States District Court Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

     Re:    *Barahona v Paradise Tree Service,* 21-cv-5400 (GRB)(LGD)

Dear Judge Dunst:

     Please accept this letter on behalf of Plaintiffs advising as to our availability for trial. Plaintiffs are available for trial from February 19-23, 2024 and from February 26-March 1, 2024.

                              Respectfully submitted,

                              *Steven J. Moser*
                              Steven J. Moser

CC:    All counsel of record via ECF