UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **January 16, 2024** |
| **TIME:** | **3:00PM** |
| **FORMAT:** | ☐ In Person    ☐ Video Conference    ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-5400 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al. |
| **FOR PLAINTIFF(S):** | Steven John Moser |
| **FOR DEFENDANT(S):** | Glenn J. Ingoglia |
| **NEXT CONFERENCE(S):** | February 1, 2024 at 11:00AM in Courtroom 830 |
| **FTR/COURT REPORTER:** | 3:00-3:20, via AT&T Teleconference |

**RULINGS FROM PRE-TRIAL CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, the proposed pretrial order at DE [43] is DENIED. The parties shall submit a revised pretrial order by **1/30/2024 at 4:30PM**. The parties are available for trial on 2/28, 2/29, and 3/1/2024.


SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge