UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **February 1, 2024** |
| **TIME:** | **11:00AM** |
| **FORMAT:** | ☐ In Person    ☐ Video Conference    ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-5400 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al. |
| **FOR PLAINTIFF(S):** | Steven John Moser |
| **FOR DEFENDANT(S):** | Glenn J. Ingoglia |
| **NEXT CONFERENCE(S):** | February 8, 2024 at 11:00AM via AT&T teleconference<br>(877-402-9753 – Access Code: 2785175) |
| **FTR/COURT REPORTER:** | 11:02-11:17, via AT&T Teleconference |

**RULINGS FROM PRE-TRIAL CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, the proposed pretrial order at DE [47] and the motion to withdraw as attorney at DE [48] are held in abeyance. Defense counsel shall provide the Court with supplemental information regarding the motion to withdraw at DE [48] by **2/5/2024**. Mr. Nieto shall attend the Status Conference scheduled for **2/8/2024 at 11:00AM**. Defense counsel shall file this Order and the supplemental filing due by 2/5/2024 on Mr. Nieto, and file proof of service on ECF.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge