UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JONATAN BARAHONA and HECTOR HERNANDEZ, §
§
                    Plaintiffs,     § Civil Action No.: 2:21-cv-05400
§     (GRB)(LGD)
   -against- §
§ **AFFIRMATION OF SERVICE**
§
PARADISE TREE SERVICE & LANDSCAPE, CORP. §
and WILLIAM NIETO §
§
§
§
                   Defendants. §
------------------------------------------------------------------------X

      I, GLENN J. INGOGLIA, ESQ., declare under the penalty of perjury, the following: On February 2, 2024 and on February 5, 2024, I served a copy of the Magistrate Judge Lee G. Dunst's Order dated February 1, 2024 and Document number 49 on the parties below by emailing same to said parties at the email address(es) listed below. In addition, on February 5, 2024, I served a copy of the Notice of Motion to be Relieved as counsel, Affirmation in Support, Proposed Order, FRCP Rule 11 Statement and all papers included therein, dated February 5, 2024, on the parties below by emailing same to said parties at the email address(es) listed below.

**Via Email: nietow@live.com**
**WILLIAM NIETO**
**Defendant**

**Via Email: nietow@live.com**
**PARADISE TREE SERVICE & LANDSCAPE CORP.**
**Defendant**
**Dated:** Island Park, New York
        February 5, 2024

                                      **THE LAW OFFICE OF GLENN J. INGOGLIA**
                                      *Glenn Ingoglia*
                  **By:** _____
                                      **GLENN J. INGOGLIA, ESQ. (GI 1655)**
                                      **Attorney for Defendants**
                                      **PARADISE TREE SERVICE & LANDSCAPE**
                                      **CORP. and WILLIAM NIETO**
                                      **104 Long Beach Road**
                                      **Island Park, New York 11558**
                                      **(516) 432-0500**
                                      **glenn@ingoglialaw.com**

**THE LAW OFFICE OF GLENN J. INGOGLIA**
104 Long Beach Road
**ISLAND PARK, NEW YORK 11558**
**(516) 432-0500**

---

**Civil Action No.: 2:21-cv-05400 (GRB)(LGD)**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
===========================================================================
**JONATAN BARAHONA and HECTOR HERNANDEZ,**

                                        **Plaintiffs,**

    -against-

**PARADISE TREE SERVICE & LANDSCAPE, CORP.**
**and WILLIAM NIETO,**

                                        **Defendants.**
===========================================================================

**AFFIRMATION OF SERVICE**

===========================================================================

**Signature (F.R.C.P. Rule 11)**

*Glenn Ingoglia*

---

**Print name beneath**

-----------------------------------------------------------------

        **Glenn J. Ingoglia, Esq.**
        **THE LAW OFFICE OF GLENN J. INGOGLIA**
        *Attorney for Defendants*
        *PARADISE TREE SERVICE & LANDSCAPE, CORP.*
        *and WILLIAM NIETO*
        *Office and Post Office Address, Telephone*
        **104 Long Beach Road**
        **ISLAND PARK, NEW YORK 11558**
        **Phone: (516) 432-0500**
        **Fax: (516) 432-7333**
        **glenn@ingoglialaw.com**