UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **February 8, 2024** |
| **TIME:** | **11:00AM** |
| **FORMAT:** | ☐ In Person   ☐ Video Conference   ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-5400 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al. |
| **FOR PLAINTIFF(S):** | Steven John Moser |
| **FOR DEFENDANT(S):** | Glenn J. Ingoglia |
| **NEXT CONFERENCE(S):** | March 29, 2024 at 2:00PM via AT&T Teleconference<br>(877-402-9753 – Access Code: 2785175) |
| **FTR/COURT REPORTER:** | 11:00-11:14, via AT&T Teleconference |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, Defense Counsel's motion to withdraw as an attorney at DE's [48] and [52] is GRANTED. The Clerk of the Court is respectfully directed to terminate Glenn J. Ingoglia as counsel of record for Defendants. Defendant William Nieto shall either advise the Court that he is proceeding *pro se* or submit a notice of appearance for new counsel on behalf of Defendants by **3/15/2024**. Defendant Paradise Tree Service & Landscape, Corp. is notified that it must have counsel; it cannot proceed *pro se*. *See Chalos & Co., P.C. v. SRAM & MRAM Res. Berhad*, No. 23CV2523, 2023 WL 7325424, at *1 (E.D.N.Y. July 10, 2023) ("Defendant, as a corporation, cannot represent itself *pro se* in an action filed in federal court.") (citing *Jones v. Niagara Frontier Trarnsp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983)).

Plaintiff shall serve this Order on Mr. Nieto and file proof of service on ECF. Plaintiff shall serve Mr. Nieto electronically at Nietow@live.com, and at his address at 193 Lafayette Street in Copiague, NY 11726.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge