United States District Court
Eastern District of New York

JONATAN BARAHONA and HECTOR HERNANDEZ,

Plaintiff(s),

-against-

PARADISE TREE SERVICE & LANDSCAPE, CORP. and WILLIAM NIETO,

Defendant(s).

**CERTIFICATE OF SERVICE BY MAIL**

Case No. 21-cv-05400 (GRB)(AYS)

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am over 18 years of age and am not a party to this litigation.

2. I am an employee of the Moser Law Firm, P.C.

3. On 3/21/2024 I served the annexed Court Order via first class mail courtesy of the United States Postal Service to the following address:

William Nieto
193 Lafayette Street
Copiague, NY 11726

I certify that the foregoing is true and correct.

Dated: Huntington, New York
March 21, 2024

_____
Shirley Navarro-Losito

## Activity in Case 2:21-cv-05400-GRB-LGD Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al. Set Hearings

ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
Tue 3/19/2024 2:45 PM
To:nobody@nyed.uscourts.gov <nobody@nyed.uscourts.gov>

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 3/19/2024 at 2:45 PM EDT and filed on 3/19/2024
**Case Name:**      Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al.
**Case Number:**    2:21-cv-05400-GRB-LGD
**Filer:**
**Document Number:** No document attached

**Docket Text:**
ORDER: The Court received a voicemail message from Defendant William Nieto on 3/15/2024 in which he indicated that the had not yet retained new counsel. The parties remain obligated to attend the Teleconference scheduled for 3/27/2024 at 10:15AM.

Plaintiff shall serve this Order on Defendants and file evidence of service on ECF. Ordered by Magistrate Judge Lee G. Dunst on 3/19/2024. (MO)

**2:21-cv-05400-GRB-LGD Notice has been electronically mailed to:**

Steven John Moser     steven.moser@moserlawfirm.com, ECFBounces@moserlawfirm.com, stevenmoser@recap.email

**2:21-cv-05400-GRB-LGD Notice will not be electronically mailed to:**

Paradise Tree Service & Landscape, Corp.


William Nieto

193 Lafayette Street
Copiague, NY 11726

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **February 8, 2024** |
| **TIME:** | **11:00AM** |
| **FORMAT:** | ☐ In Person    ☐ Video Conference    ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-5400 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al. |
| **FOR PLAINTIFF(S):** | Steven John Moser |
| **FOR DEFENDANT(S):** | Glenn J. Ingoglia |
| **NEXT CONFERENCE(S):** | March 29, 2024 at 2:00PM via AT&T Teleconference<br>(877-402-9753 – Access Code: 2785175) |
| **FTR/COURT REPORTER:** | 11:00-11:14, via AT&T Teleconference |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, Defense Counsel's motion to withdraw as an attorney at DE's [48] and [52] is GRANTED. The Clerk of the Court is respectfully directed to terminate Glenn J. Ingoglia as counsel of record for Defendants. Defendant William Nieto shall either advise the Court that he is proceeding *pro se* or submit a notice of appearance for new counsel on behalf of Defendants by **3/15/2024**. Defendant Paradise Tree Service & Landscape, Corp. is notified that it must have counsel; it cannot proceed *pro se*. *See Chalos & Co., P.C. v. SRAM & MRAM Res. Berhad*, No. 23CV2523, 2023 WL 7325424, at *1 (E.D.N.Y. July 10, 2023) ("Defendant, as a corporation, cannot represent itself *pro se* in an action filed in federal court.") (citing *Jones v. Niagara Frontier Trarnsp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983)).

Plaintiff shall serve this Order on Mr. Nieto and file proof of service on ECF. Plaintiff shall serve Mr. Nieto electronically at Nictow@live.com, and at his address at 193 Lafayette Street in Copiague, NY 11726.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge