UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **March 27, 2024** |
| **TIME:** | **10:15AM** |
| **FORMAT:** | ☐ In Person   ☐ Video Conference   ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-5400 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al. |
| **FOR PLAINTIFF(S):** | Steven John Moser |
| **FOR DEFENDANT(S):** | William Nieto, pro se |
| **NEXT CONFERENCE(S):** | May 9, 2024 at 10:00AM via AT&T Teleconference<br>(877-402-9753 – Access Code: 2785175) |
| **FTR/COURT REPORTER:** | 10:16-10:27, 10:31-10:32 via AT&T Teleconference |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for Plaintiff and pro se defendant present.

For the reasons stated on the record, the Court grants a final extension to **4/10/2024** for Mr. Nieto and Paradise Tree Service & Landscape, Corp. to file notices of appearance for new counsel.  If new counsel is not retained by 4/10/2024, Plaintiff shall file a pre-motion letter with Judge Brown by **4/24/2024** to strike Paradise Tree Service & Landscape, Corp's answer and obtain default judgement against it.  Plaintiff shall serve Defendants with a copy of the proposed pretrial order at DE [47], and this Order, and file proof of service on ECF.

<u>SO ORDERED</u>

<u>/s/ Lee G. Dunst</u>
LEE G. DUNST
United States Magistrate Judge