**RECEIVED**
**APR 10 2024**
**EDNY PRO SE OFFICE**

April 9, 2024

Case 2:21-cv-05400-GRB-LGD
Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al.

Dear Honorable Judge Dusnt,

I am writing to inform you that I have been unable to retain legal counsel due to financial constraints. Despite my best efforts, I have been unable to find an attorney who is affordable and within my budget.

While I do understand I cannot continue *pro se* regarding Paradise Tree Service, I do see the importance of having proper legal representation in court. However, my financial situation may make it difficult for me to hire an attorney at this time as my current obligations as a parent and homeowner impede my ability to retain counsel.

On April 9, 2024, I engaged in a telephone conversation with Mr. Steven Moser, counsel for the Plaintiffs, wherein I explained my situation and offered to settle the matter by remitting a sum of $10,000. Furthermore, I requested that Mr. Moser divide the payment as he deems fit.

Respectfully, Your Honor, I would prefer to remit payment to the plaintiff's counsel and settle this matter once and for all. Retaining counsel for my business without any guarantee of an outcome will not only cost me more in terms of attorney fees, but it could also have a negative impact on my business operations. Therefore, I believe that it's best to settle this matter amicably, and I am willing to remit payment to the plaintiff's counsel to bring this issue to a close.

I respectfully request your guidance on this matter and any recommendations you may have for me moving forward. I assure you that I will do everything in my power to ensure that I am adequately prepared to represent myself in court and that I will conduct myself in a professional and respectful manner at all times. Thank you for your attention to this matter.

REC'D IN PRO SE OFFICE
APR 10 '24 PM 2:21

FILED
IN CLERK'S O.
U.S. DISTRICT COURT ... D.N.
★ APR 10 2024 ★
LONG ISLAND OFFICE

Sincerely,
William Nieto

*/s/ William Nieto*

William Mito
193 Lafayette St
Copiague, N.Y 11726

LEE G DUNST
United States Magistrate Judge
100 Federal Plaza
Central Islip, N.Y 11722 H438