UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **May 9, 2024** |
| **TIME:** | **10:00AM** |
| **FORMAT:** | ☐ In Person    ☐ Video Conference    ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-5400 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al. |
| **FOR PLAINTIFF(S):** | Steven John Moser |
| **FOR DEFENDANT(S):** | William Nieto, pro se |
| **NEXT CONFERENCE(S):** | May 31, 2024 at 12:00PM via Zoom Teleconference |
| **FTR/COURT REPORTER:** | 10:11-10:25, via Zoom Teleconference |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for Plaintiff and pro se defendant present.

For the reasons stated on the record, the motion at DE [59] for a pre-motion conference is GRANTED, although the Court will not set a briefing schedule at this time. The parties shall meet and confer and file a joint status report regarding the status of settlement discussions by **5/24/2024**. Plaintiff shall serve a copy of this Order on Defendant Nieto and file evidence of service on ECF.

<u>SO ORDERED</u>

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge