United States District Court
Eastern District of New York

JONATAN BARAHONA and HECTOR HERNANDEZ,

Plaintiff(s),

-against-

PARADISE TREE SERVICE & LANDSCAPE, CORP. and WILLIAM NIETO,

Defendant(s).

**CERTIFICATE OF SERVICE BY MAIL**

Case No. 21-cv-05400 (GRB)(AYS)

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am over 18 years of age and am not a party to this litigation.

2. I am an employee of the Moser Law Firm, P.C.

3. On 5/10/2024 I served a copy of the Minute Entry, Docket number #61 via first class mail courtesy of the United States Postal Service to the following address:

William Nieto
193 Lafayette Street
Copiague, NY 11726,

I certify that the foregoing is true and correct.

Dated: Huntington, New York
May 10, 2024

_____
Shirley Navarro-Losito