UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **May 31, 2023** |
| **TIME:** | **12:00PM** |
| **FORMAT:** | ☐ In Person    ☒ Video Conference    ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-5400 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al. |
| **FOR PLAINTIFF(S):** | Steven John Moser |
| **FOR DEFENDANT(S):** | William Nieto, pro se |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 1:43-1:48; 2:54-2:58 |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, the parties shall submit a joint status report regarding settlement discussions by **6/14/2024**. Plaintiff's counsel shall serve this Order on Defendants and file proof of service on ECF.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge