United States District Court
Eastern District of New York

| | |
|---|---|
| JONATAN BARAHONA and HECTOR HERNANDEZ, <br><br> Plaintiff(s), <br><br> -against- <br><br> PARADISE TREE SERVICE & LANDSCAPE, CORP. and WILLIAM NIETO, <br><br> Defendant(s). | **CERTIFICATE OF SERVICE BY MAIL** <br><br> **Case No. 21-cv-05400 (GRB)(AYS)** |

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am over 18 years of age and am not a party to this litigation.

2. I am an employee of the Moser Law Firm, P.C.

3. On 6/4/2024 I served the last Docket Order #64 via email to the following address:

William Nieto, email: nietow@live.com

I certify that the foregoing is true and correct.

Dated: Huntington, New York
June 04, 2024

Shirley Navarro-Losito