

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

June 13, 2024

**VIA ECF**

Hon. Lee G Dunst, USMJ
United States District Court Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

Re:   *Barahona et al v Paradise Tree Service & Landscape, Corp et al,* Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Dunst:

I represent the Plaitiffs in the above refereced matter. With the Defendant's consent, we respectfully ask the court for a brief extension of two weeks on the Joint Status Report due tomorrow 6/14/2024. The reason being is that I am currently in a conference out of state with limited internet service. This is the First request for an extension of time.

Respectfully Submitted,

*Steven J. Moser*

Steven J. Moser

CC:   Defendant Nieto via email.