United States District Court
Eastern District of New York

JONATAN BARAHONA and HECTOR HERNANDEZ,

Plaintiff(s),

-against-

PARADISE TREE SERVICE & LANDSCAPE, CORP.
and WILLIAM NIETO,

Defendant(s).

**CERTIFICATE OF SERVICE
BY E-MAIL**

**Case No. 21-cv-05400
(GRB)(AYS)**

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1.      I am over 18 years of age and am not a party to this litigation.

2.      I am an employee of the Moser Law Firm, P.C.

3.      On 6/18/2024 I served the Docket Order filed on 6/14/2024 via e-mail to the following address:

William Nieto, email: Nietow@live.com

I certify that the foregoing is true and correct.

Dated: Huntington, New York
      June 18, 2024

Shirley Navarro-Losito