United States District Court
Eastern District of New York

| JONATAN BARAHONA and HECTOR HERNANDEZ, | |
|---|---|
| Plaintiff(s), | **CERTIFICATE OF SERVICE BY MAIL** |
| -against- | Case No. 21-cv-05400 (GRB)(AYS) |
| PARADISE TREE SERVICE & LANDSCAPE, CORP. and WILLIAM NIETO, | |
| Defendant(s). | |

Shirley Navarro-Losito declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct.

1. I am over 18 years of age and am not a party to this litigation.

2. I am an employee of the Moser Law Firm, P.C.

3. On 7/2/2024 I served the last Docket Order filed on 07-01-2024 via E-mail the following address:

William Nieto- Email: Nietow@live.com,

I certify that the foregoing is true and correct.

Dated: Huntington, New York
July 02, 2024

_____
Shirley Navarro-Losito