Steven John Moser (SM1133)
MOSER LAW FIRM, P.C.
5 East Main Street
Huntington, NY 11743
(516) 671-1150
steven.moser@moserlawfirm.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JONATHAN BARAHONA and HECTOR HERNANDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> PARADISE TREE SERVICE & LANDSCAPE CORP. and WILLIAM NIETO, <br><br> Defendants. | Case No. 21-cv-05400 (GRB)(LGD) |

## PLAINTIFFS' NOTICE OF MOTION TO STRIKE THE ANSWER OF THE DEFENDANT PARADISE TREE SERVICE & LANDSCAPE CORP. ("PARADISE") AND FOR A DEFAULT JUDGMENT AGAINST PARADISE

PLEASE TAKE NOTICE that, on a date and time to be determined by the Court, the undersigned, attorneys for plaintiffs Jonathan Barahona and Hector Hernandez shall move before the Honorable Gary R. Brown, United States District Judge, at the United States District Court, Eastern District of New York, 100 Federal Plaza, Central Islip, New York, 11717 for an order striking the answer of Defendant Paradise Tree Service & Landscape Corp. ("Paradise") and entering default judgment against Paradise pursuant to Federal Rule of Civil Procedure 55(b)(2). In support of this motion, Plaintiffs submit the annexed Memorandum of Law, and the Declaration of Steven J. Moser, with exhibits thereto.

A proposed order is annexed to this Notice of Motion.

Dated: Huntington, New York
       August 9, 2024

                                  Respectfully submitted,
                                  MOSER LAW FIRM, P.C.

                                  */s/ Steven John Moser*
                                  Steven John Moser, Esq. (SM1133)
                                  5 East Main Street
                                  Huntington, NY 11743
                                  (516) 671-1150
                                  steven.moser@moserlawfirm.com
                                  *Attorneys for Plaintiff*