**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JONATHAN BARAHONA and HECTOR HERNANDEZ,

               Plaintiffs,

      v.

PARADISE TREE SERVICE & LANDSCAPE CORP. and WILLIAM NIETO,

               Defendants.

Case No. 21-cv-05400 (GRB)(LGD)

**DECLARATION OF STEVEN J. MOSER**
**IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE THE ANSWER OF THE DEFENDANT PARADISE TREE SERVICE & LANDSCAPE CORP. AND FOR A DEFAULT JUDGMENT**

I, Steven J. Moser, declare as follows:

    1.    I am the attorney of record for the Plaintiffs Jonatan Barahona and Hector Hernandez.

    2.    I make this declaration in support of Plaintiffs' motion to strike the answer of Defendant Paradise Tree Service & Landscape Corp. ("Paradise') and to enter a default judgment against Paradise.

    3.    I hereby incorporate by reference all facts stated in the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Strike the Answer of Defendant Paradise Tree Service & Landscape Corp. and for Default Judgment as if fully set forth herein.

    4.    I have annexed hereto true and accurate copies of the following documents in support of the Plaintiffs' motion:

| Exhibit No. | ECF No. | Description |
|---|---|---|
| 1 | | Damages calculations spreadsheet |
| 2 | 1 | Complaint dated 9/29/2021 |
| 3 | 53 | Court's Civil Minute Entry dated 2/8/2024 |
| 4 | 55 | Court's Civil Minute Entry dated 3/27/2024 |
| 5 | | Excerpts from transcript of deposition testimony of William Nieto on 2/7/2023 |
| 6 | | Contemporaneous Billing and Expense Records |
| 7 | | Damages spreadsheet showing calculations |

I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: Huntington, New York
August 9, 2024

*Steven J. Moser*
Steven J. Moser