Damages Calculations
*Barahona v. Paradise*

| | Overtime (Counts I & II) | Damages (Counts IV & V) | Liquidated Damages (on Counts I & II) | Prejudgment Interest (on Counts I & II) | TOTAL |
|---|---|---|---|---|---|
| | **SUMMARY** | | | | |
| Hector Hernandez | $ 44,250.00 | $ 10,000.00 | $ 44,250.00 | $ 17,533.91 | $ 116,033.91 |
| Jonathan Barahona | $ 113,250.00 | $ 10,000.00 | $ 113,250.00 | $ 53,615.34 | $ 290,115.34 |
| Additional Amount as Attorneys' Fees and Costs | | | | | $ 71,409.85 |
| | | | | **TOTAL** | **$ 477,559.10** |

|  |  |  |  |  |  |  |  |  |  |  | As Of | 8/9/2024 |

PLAINTIFF'S DAMAGES CALCULATION FOR PURPOSES OF MOTION FOR DEFAULT JUDGMENT AGAINST PARADISE

*Barahona v. Paradise*

**JONATHAN BARAHONA**

### UNPAID OVERTIME

| Begin | End | Weeks | Hours Worked/Week | Daily Rate | Hours Paid Per Day | Regular Rate | OT Rate | OT Hours | Unpaid OT | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/15/2017 | 11/30/2017 | 37.00 | 60.00 | 150.00 | 8.00 | $18.75 | $28.13 | 20.00 | $562.50 | $20,812.50 | |
| 12/1/2017 | 3/14/2018 | | | | OFF-SEASON | | | | | $ - | |
| 3/15/2018 | 6/1/2018 | 11.00 | 60.00 | 150.00 | 8.00 | $18.75 | $28.13 | 20.00 | $562.50 | $ 6,187.50 | |
| 6/2/2018 | 11/30/2018 | 26.00 | 60.00 | 200.00 | 8.00 | $25.00 | $37.50 | 20.00 | $750.00 | $19,500.00 | |
| 12/1/2018 | 3/14/2019 | | | | OFF-SEASON | | | | | $ - | |
| 3/15/2019 | 9/1/2019 | 24.00 | 60.00 | 200.00 | 8.00 | $25.00 | $37.50 | 20.00 | $750.00 | $18,000.00 | |
| 9/2/2019 | 11/30/2019 | 13.00 | 60.00 | 200.00 | 8.00 | $25.00 | $37.50 | 20.00 | $750.00 | $ 9,750.00 | |
| 12/1/2019 | 3/14/2020 | | | | OFF-SEASON | | | | | $ - | |
| 3/15/2020 | 11/30/2020 | 37.00 | 60.00 | 200.00 | 8.00 | $25.00 | $37.50 | 20.00 | $750.00 | $27,750.00 | |
| 12/1/2020 | 3/14/2021 | | | | OFF-SEASON | | | | | $ - | |
| 3/15/2021 | 6/30/2021 | 15.00 | 60.00 | 200.00 | 8.00 | $25.00 | $37.50 | 20.00 | $750.00 | $11,250.00 | |
| | | | | | | | | | | | $113,250.00 |

### Liquidated Damages

| | | | | | |
|---|---|---|---|---|---|
| Overtime | | $113,250 | | | $113,250 |
| Wage Statement Violations (NYLL 195(3) & 198) | | | | $5,000.00 | **$5,000** |
| Wage Notice Violations (NYLL 195(1) & 198) | | | | $5,000.00 | **$5,000** |

### PREJUDGMENT INTEREST

| From | To | Midpoint | Wages | Years | Yearly Interest | TOTAL | |
|---|---|---|---|---|---|---|---|
| 3/15/2017 | 6/30/2021 | 5/8/2019 | $113,250.00 | 5.26 | $10,192.50 | $53,615 | **$53,615** |
| | | | | | | **TOTAL** | **290,115.34** |

|   |   |
|---|---|
| **AS OF** | **8/9/2024** |

PLAINTIFF'S DAMAGES CALCULATION FOR PURPOSES OF MOTION FOR DEFAULT JUDGMENT AGAINST PARADISE
*Barahona v. Paradise*
**HECTOR HERNANDEZ**

### UNPAID OVERTIME

| Begin | End | Weeks | Hours Worked/Wk | Daily Rate | Hours Paid Per Day | Regular Rate | OT Rate | OT Hours | Weekly OT Owed | Total |   |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2019 | 11/30/2019 | 22.00 | 60.00 | 200.00 | 8.00 | $25.00 | $37.50 | 20.00 | $750.00 | $16,500.00 |   |
| 12/1/2019 | 3/14/2020 |   |   |   | OFF-SEASON |   |   |   |   | $0.00 |   |
| 3/15/2020 | 11/30/2020 | 37.00 | 60.00 | 200.00 | 8.00 | $25.00 | $37.50 | 20.00 | $750.00 | $27,750.00 |   |
|   |   |   |   |   |   |   |   |   |   |   | **$44,250.00** |

### NYLL LIQUIDATED DAMAGES

| | | | |
|---|---|---|---|
| Overtime | $44,250 | | **$44,250.00** |
| Wage Statement Violations (NYLL 195(3) & 198) | ($250/Workday) | $5,000.00 | **$5,000.00** |
| Wage Notice Violations (NYLL 195(1) & 198 | ($50/Workday) | $5,000.00 | **$5,000.00** |

### PREJUDGMENT INTEREST

| From | To | Midpoint | Wages | Years | Yearly Interest | Total |   |
|---|---|---|---|---|---|---|---|
| 7/1/2019 | 11/30/2020 | 3/16/2020 | $44,250.00 | 4.40 | $3,982.50 | $17,534 | **$17,533.91** |
|   |   |   |   |   |   | **TOTAL** | **$116,033.91** |