UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
                CASE# 2:21-cv-05400
-----------------------------------------x
JONATAN BARAHONA and HECTOR HERNANDEZ,

                Plaintiffs,

        -against-

PARADISE TREE SERVICE & LANDSCAPE CORP. and
WILLIAM NIETO,

                Defendants.
-----------------------------------------x

                1757 Veterans Highway

                Islandia, New York


                February 7, 2023

                11:00 a.m.


        Deposition of the Defendant
WILLIAM NIETO (Present) pursuant to Rule 30 of
the Federal Rules of Civil Procedure, before
Robert S. Barletta, a Notary Public of the State
of New York.

```
(1)                         Nieto
(2)      Q.   Is it fair to say that the $150 was
(3)  intended to compensate Jonatan for either six or
(4)  eight hours of work?
(5)           MR. INGOGLIA:  Hold on.  Read that back.
(6)           (Whereupon, the last question was read
(7)      back by the reporter.)
(8)      A.   Correct.
(9)      Q.   Was that $150 intended to compensate him
(10) for working more than eight hours a day?
(11)     A.   No.
(12)     Q.   Did you hire Jonatan in 2017?
(13)     A.   Yes.
(14)     Q.   What date?
(15)     A.   I don't remember at this moment.
(16)     Q.   Is Jonatan still employed by Paradise?
(17)     A.   No.
(18)     Q.   When did he stop working?
(19)     A.   Almost sure it was in June 2021.
(20)     Q.   When did Hector work for you?
(21)     A.   September 2019.  He worked two weeks
(22) with me.  Then he came back to work for me in 2020
(23) for about three more weeks because he also has his
(24) job in construction.
(25)     Q.   What construction job does he have?
```

```
 (1)                    Nieto
 (2)      A.   I just know his job is in construction.
 (3)   He works for different companies.
 (4)      Q.   Do you have any knowledge of who
 (5)   employed Hector in 2019 or 2020 other than you?
 (6)      A.   No.
 (7)      Q.   How do you know he worked in
 (8)   construction?
 (9)      A.   He told me.
(10)      Q.   How much did you pay Hector?
(11)           MR. INGOGLIA:  When?
(12)      Q.   When he started working for you.
(13)      A.   In 2019, it was normal to pay $200 for
(14)   six or seven or eight hours of work.
(15)      Q.   Did you, in fact, pay Hector $200 for
(16)   anywhere between six and eight hours of work in
(17)   2019?
(18)      A.   Correct.
(19)      Q.   Was that $200 intended to compensate
(20)   Hector for any more than eight hours?
(21)      A.   No.
(22)           (Whereupon, Mr. Steven Moser receives a
(23)   phone call and places it on the speakerphone.)
(24)           MR. MOSER:  Good afternoon.  We are
(25)      continuing with the deposition and would
```