|  | Attorneys' Fees | | |
|---|---|---|---|
|  | Rate | Hours | Total |
| Laura Lazo | 125 | 3.2 | $ 400.00 |
| Shirley Navarro-Losito | 125 | 16.9 | 2,112.50 |
| Steven John Moser | 500 | 133.7 | 66,850.00 |
|  | **TOTAL** |  | **$69,362.50** |

|  | Costs |  |
|---|---|---|
| Process Service |  | $ 240.00 |
| Filing Fees |  | 402.00 |
| Eiber Translation for Deposition of William Nieto Invoice No.23/125006 |  | 517.00 |
| Lexitas Invoice No.888832 for Deposition of William Nieto |  | 673.35 |
| Payment to IRS form 4506 for Request of copy of tax returns from Defendant |  | 215.00 |
|  | **TOTAL COSTS** | **$ 2,047.35** |

| **TOTAL ATTORNEYS' FEES AND COSTS** | **$71,409.85** |
|---|---|

| Date | User | Duration | Description |
|---|---|---|---|
| 6/15/2021 | Laura Lazo | 0.8 | Telephone call from Laura Lazo to Jonathan Barahona |
| 6/16/2021 | Laura Lazo | 0.3 | Telephone call from Laura Lazo to Jonathan Barahona |
| 6/18/2021 | Laura Lazo | 0.3 | Telephone call from Jonathan Barahona to Laura Lazo |
| 6/22/2021 | Laura Lazo | 0.4 | Telephone call from Jonathan Barahona to Laura Lazo |
| 6/23/2021 | Laura Lazo | 0.2 | Telephone call from Hector hernandez to Laura Lazo |
| 6/23/2021 | Laura Lazo | 0.2 | Telephone call from Laura Lazo to Hector Hernandez |
| 6/30/2021 | Laura Lazo | 0.3 | Telephone call from Jonathan Barahona to Laura Lazo |
| 7/16/2021 | Laura Lazo | 0.2 | Mail out Demand letter to employer |
| 7/23/2021 | Laura Lazo | 0.3 | Emailed copy of retainer to Jonathan Barahona |
| 9/8/2021 | Laura Lazo | 0.2 | Telephone call from Jonathan Barahona to Laura Lazo |
| | **Laura Lazo** | **3.2** | |

| Date | User | Duration | Description |
|---|---|---|---|
| 7/16/2021 | Steven John Moser | 0.5 | Lexis/Google and Corporation Database searches to locate proper corporate defendant. |
| 7/16/2021 | Steven John Moser | 0.5 | Review intake packets and prepare demand letter to employer |
| 8/30/2021 | Steven John Moser | 1 | Telephone call with Jonathan Barahona re preparation of complaint |
| 8/30/2021 | Steven John Moser | 3.5 | Prepare complaint |
| 8/30/2021 | Steven John Moser | 1.5 | Prepare damages calculaltions for Jonathan Barahona and Hector Hernandez |
| 9/2/2021 | Steven John Moser | 0.3 | Review Deeds Obtained from SC Clerk |
| 9/27/2021 | Steven John Moser | 1 | Meeting with Clients in Office |
| 9/27/2021 | Steven John Moser | 1 | Revise Complaint |
| 9/27/2021 | Steven John Moser | 0.2 | Prepare consent to join forms for clients |
| 1/27/2022 | Steven John Moser | 0.6 | Complete Discovery Order in FLSA case as directed by the Court and file via ECF |
| 1/27/2022 | Steven John Moser | 0.3 | Telephone call with Glen Ingoglia |
| 1/27/2022 | Steven John Moser | 0.5 | Pacer research regarding experience of Glenn Ingoglia |
| 1/27/2022 | Steven John Moser | 1 | Pacer research regarding Ingoglia's claim that J Barahona has history of filing FLSA cases |
| 1/27/2022 | Steven John Moser | 0.3 | Participate in initial conference - order issued |
| 1/27/2022 | Steven John Moser | 1.5 | Revise damage calculations and email to opposing counsel |
| 2/18/2022 | Steven John Moser | 0.3 | Sent Email to opposing counsel reminding of date for exchange of payroll information and advising we do not hae payroll records |
| 2/25/2022 | Steven John Moser | 0.2 | Sent Email to Glenn Ingoglia |
| 2/25/2022 | Steven John Moser | 0.1 | Telephone call to Glenn Ingoglia |
| 2/25/2022 | Steven John Moser | 1 | Draft motion to compel/preclude/extend to AYS |
| 2/25/2022 | Steven John Moser | 0.2 | Sent Email to Glenn Ingoglia enclosing letter motion to AYS to be filed by COB on 2/28/2022 |
| 3/1/2022 | Steven John Moser | 0.1 | Telephone call to Glenn Ingoglia |
| 3/1/2022 | Steven John Moser | 0.1 | Telephone call to Glenn Ingoglia |
| 3/1/2022 | Steven John Moser | 0.1 | Telephone call from Glenn Ingoglia |
| 3/1/2022 | Steven John Moser | 0.2 | Telephone call from Glenn Ingoglia |
| 3/1/2022 | Steven John Moser | 0.5 | Revise letter motion to compel |
| 3/1/2022 | Steven John Moser | 0.5 | Revise letter motion to compel following conversation with Glenn Ingoglia |

| Date | Name | Hours | Description |
|---|---|---|---|
| 3/1/2022 | Steven John Moser | 0.1 | File letter motion via ECF |
| 3/14/2022 | Steven John Moser | 0.4 | Prepare for discovery conference re Motion to Compel |
| 3/14/2022 | Steven John Moser | 0.5 | Appearance at Discovery conference re motion to compel. Motion granted. |
| 3/14/2022 | Steven John Moser | 0.3 | Review ECF Bounce and Verify Court Deadlines |
| 3/21/2022 | Steven John Moser | 0.9 | Draft/Revise H Hernandez responses to court interrogatories |
| 3/21/2022 | Steven John Moser | 0.9 | Draft and revise Barahona Responses to Court Interrogatories |
| 3/27/2022 | Steven John Moser | 0.4 | Revise damage calculations to be furnished with responses to court |
| 3/27/2022 | Steven John Moser | 0.6 | Reviewl all responses to court interrogatories and email to opposing counsel |
| 4/14/2022 | Steven John Moser | 0.3 | Sent Email to Glenn Ingoglia with reminder that today is deadline to comply with court order to furnish employment records |
| 4/14/2022 | Steven John Moser | 0.3 | Review Defendant's Declaration re records |
| 4/14/2022 | Steven John Moser | 0.3 | Emails between counsel re sufficiency of declaration |
| 4/26/2022 | Steven John Moser | 0.2 | Sent Email to Glenn with Proposed Supplemental Affidavit |
| 4/26/2022 | Steven John Moser | 0.3 | Sent Email to Glenn Ingoglia with updated damages calculations and request for availabillity for M&C |
| 4/26/2022 | Steven John Moser | 0.7 | Conduct legal research regarding adequacy of Def's Declaration |
| 4/26/2022 | Steven John Moser | 0.5 | Draft revised declaration for William Nieto |
| 4/28/2022 | Steven John Moser | 0.2 | Sent Email to Glenn re supp affidavit and sett meeting |
| 4/29/2022 | Steven John Moser | 0.2 | Sent Email to Glenn Ingoglia re initial offer and supplemental affidavit. |
| 5/9/2022 | Steven John Moser | 0.4 | Sent Email to Glenn Ingoglia |
| 5/10/2022 | Steven John Moser | 0.2 | Sent Email to Glenn Ingoglia re zoom meeting and reqest for affidavit |
| 5/10/2022 | Steven John Moser | 0.3 | Create Zoom meeting for M&C between counsel and email to Opp Counsel |
| 5/11/2022 | Steven John Moser | 0.3 | Prepare for sett conference with Opposing Counsel |
| 5/11/2022 | Steven John Moser | 0.5 | Meeting with opposing counsel re settlement. Waited on zoom for 1/2 hour. Defense counsel no-show; call to cell phone unanswered |
| 5/12/2022 | Steven John Moser | 0.5 | Telephone call with opposing counsel |
| 5/13/2022 | Steven John Moser | 0.5 | Review list of mediators. Select 3 and email selection to opposing counsel with request for supplemental affidavit. |
| 5/16/2022 | Steven John Moser | 1.2 | Draft and file 2nd Motion to Compel Compliance with the Court's 1/27/2022 discovery order |
| 5/16/2022 | Steven John Moser | 0.2 | Draft status report to AYS re sett |
| 5/16/2022 | Steven John Moser | 0.2 | Sent Email to Glenn Ingoglia re mediator selection |
| 5/20/2022 | Steven John Moser | 0.2 | Review file |
| 5/24/2022 | Steven John Moser | 0.4 | Review opposition to Motion to Compel filed by Defs |
| 5/24/2022 | Steven John Moser | 0.6 | Review tax returns furnished by Def |
| 5/24/2022 | Steven John Moser | 0.6 | Prepare reply to Def's letter to the Court in opp to motion to compel |
| 5/24/2022 | Steven John Moser | 0.3 | File reply to Def Letter to the Court opposing motion to compel |
| 6/15/2022 | Steven John Moser | 0.4 | Review individual rules of Magistrate Lee Dunst |
| 6/15/2022 | Steven John Moser | 0.2 | Sent Email to Glenn Ingoglia re converting 7/19 status conf to sett conf |
| 7/15/2022 | Steven John Moser | 0.5 | Review docket and calendar |
| 7/19/2022 | Steven John Moser | 1.3 | Prepare for initial conference with Hon. Lee Dunst |
| 7/19/2022 | Steven John Moser | 2 | Appear at conference before Hon. Lee Dunst (includes travel time) |
| 7/29/2022 | Steven John Moser | 0.2 | Sent Email to Glenn Ingoglia re M&C |
| 7/29/2022 | Steven John Moser | 0.2 | Sent Email to Glenn Ingoglia re M&C |

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 8/1/2022 | Steven John Moser | 0.2 | Phone call to Glenn J Ingoglia |
| 8/1/2022 | Steven John Moser | 0.2 | Phone call to Glenn J Ingoglia |
| 8/1/2022 | Steven John Moser | 0.6 | Draft and file letter motion to accelerate date for selction of mediator to |
| 8/4/2022 | Steven John Moser | 0.2 | Telephone call with Glenn Ingoglia |
| 8/4/2022 | Steven John Moser | 0.5 | Review letter of G Ingoglia to court seeking sanctions |
| 8/4/2022 | Steven John Moser | 0.9 | Legal research regarding safe harbor provisions of rule 11 |
| 8/4/2022 | Steven John Moser | 0.5 | Review notes and file |
| 8/4/2022 | Steven John Moser | 0.9 | First draft of letter to LGD opposing motion for sanctions |
| 8/4/2022 | Steven John Moser | 0.9 | Revise letter in opposition to motion for sanctions and file via ECF |
| 8/31/2022 | Steven John Moser | 0.2 | Email from Glenn Ingoglia re Def's mediator selections |
| 9/1/2022 | Steven John Moser | 0.2 | Email to G Ingoglia re mediator |
| 9/1/2022 | Steven John Moser | 0.2 | Email to G Ingoglia re selection of mediator |
| 9/1/2022 | Steven John Moser | 0.2 | Email to Patrick McKenna asking for his ability/willingness to mediate |
| 9/21/2022 | Steven John Moser | 1.2 | Review good faith requirements of LR 37.3 and FRCP 37.1 and Fields v. Bayerische Motoren Werke Aktiengesellschaft, No. 18-CV-2889 (GRB)(AYS), 2022 U.S. Dist. LEXIS 55701, at *9 (E.D.N.Y. Mar. 28, 2022) |
| 10/6/2022 | Steven John Moser | 0.2 | Telephone call with Patrick McKenna re mediation |
| 10/7/2022 | Steven John Moser | 0.2 | Telephone call to Patrick McKenna re mediation |
| 10/7/2022 | Steven John Moser | 0.2 | Email with Patrick McKenna and Glenn Ingoglia re mediation |
| 10/7/2022 | Steven John Moser | 0.2 | Email with Patrick McKenna and Glenn Ingoglia re mediation |
| 10/7/2022 | Steven John Moser | 0.4 | Draft proposed joint letter to magistrate seeking extension of time to complete mediation to 11/11/2022 |
| 10/7/2022 | Steven John Moser | 0.2 | Email proposed joint letter to opp counsel re extension of time to complete mediation |
| 10/7/2022 | Steven John Moser | 0.2 | Revise letter to reflect that it is plaintiff's motion for extension with defendant's consent |
| 10/7/2022 | Steven John Moser | 0.2 | File letter motion to extend date to complete mediation to 11/11/2022 |
| 11/23/2022 | Steven John Moser | 0.5 | Review file and ECF bounces |
| 11/23/2022 | Steven John Moser | 0.3 | Draft proposed status report and email to opposing counsel. |
| 11/28/2022 | Steven John Moser | 0.5 | Telephone status conference with Hon. Lee G. Dunst, USMJ |
| 11/28/2022 | Steven John Moser | 0.5 | Prepare for status conference with LGD |
| 1/23/2023 | Steven John Moser | 0.2 | Phone call with Glenn J Ingoglia re depositions |
| 1/23/2023 | Steven John Moser | 0.2 | Email to Glenn Ingoglia re: depositions |
| 2/6/2023 | Steven John Moser | 0.3 | Travel to Deposition of Plaintiffs |
| 2/6/2023 | Steven John Moser | 3.8 | Deposition Preparation: Barahona and Hernandez |
| 2/6/2023 | Steven John Moser | 4 | Depositions of Jonathan Barahona and Hector Hernandez |
| 2/6/2023 | Steven John Moser | 0.5 | Post-Deposition Meeting with H. Hernandez and J Barahona |
| 2/6/2023 | Steven John Moser | 0.3 | Travel from Depositions of Plaintiffs |
| 2/6/2023 | Steven John Moser | 3.2 | Prepare for deposition of Defendant |
| 2/7/2023 | Steven John Moser | 0.3 | Travel to Deposition of Defendant |
| 2/7/2023 | Steven John Moser | 1 | Morning prep for deposition of Defendant |
| 2/7/2023 | Steven John Moser | 6 | Deposition of Defendant |
| 2/7/2023 | Steven John Moser | 0.4 | Travel from Deposition of Defendant |
| 3/29/2023 | Steven John Moser | 0.5 | Telephone call with Jonathan Barahona |

| Date | Name | Hours | Description |
|---|---|---|---|
| 5/17/2023 | Steven John Moser | 6.9 | Draft ex-parte mediation statement with Exhibits and file via ECF |
| 5/18/2023 | Steven John Moser | 0.5 | Phone call with Patrick Michael McKenna |
| 5/24/2023 | Steven John Moser | 0.6 | Prepare for settlement conference with Hon. Dunst |
| 5/24/2023 | Steven John Moser | 3.5 | Attendance at settlement conference with LGD: Includes travel time and meeting with client prior to conference |
| 6/23/2023 | Steven John Moser | 0.3 | Review file to determine end date for discovery |
| 6/23/2023 | Steven John Moser | 0.3 | Review emails to locate 11/14/2022 request for certified copies |
| 6/23/2023 | Steven John Moser | 0.4 | Prepare 4506 to be executed by Def |
| 6/23/2023 | Steven John Moser | 0.4 | Prepare DTF505 to be executed by Nieto |
| 6/23/2023 | Steven John Moser | 0.3 | Email authorizations to Opposing Counsel to obtain tax returns |
| 6/23/2023 | Steven John Moser | 0.3 | Email to Lexitas aksing them to furnish notice of the availability of the transcript to opposing counsel. |
| 6/26/2023 | Steven John Moser | 2 | Internet research regarding assets.  See notes. |
| 7/7/2023 | Steven John Moser | 3.8 | Prepare and file motion to compel production of tax authorizations |
| 9/15/2023 | Steven John Moser | 1.5 | Review file to prepare Proposed Joint PTO |
| 9/15/2023 | Steven John Moser | 0.4 | Prepare proposed Joint PTO and email to Glenn Ingoglia |
| 9/15/2023 | Steven John Moser | 2.4 | Draft and file motion for sanctions pursuant to FRCP 37 |
| 10/18/2023 | Steven John Moser | 0.3 | Review docket and send email to Glenn Ingoglia re no tax authorizations received and we need feedback on PTO |
| 10/26/2023 | Steven John Moser | 0.3 | Review and resend pretrial order to opposing counsel to be redlined |
| 10/26/2023 | Steven John Moser | 0.2 | Email to Glenn Ingoglia acknowledging receipt of tax authorization and advising that the certified copy of the tax returns remains outstanding. |
| 10/27/2023 | Steven John Moser | 0.3 | Email to Glenn Ingoglia advising that we want certified copies or will object to use of taxes at time of trial |
| 11/6/2023 | Steven John Moser | 0.2 | Email to Glenn Ingoglia re PTO |
| 11/7/2023 | Steven John Moser | 0.2 | Email to Glenn Ingoglia re PTO |
| 11/7/2023 | Steven John Moser | 3.5 | Review defendants' porposed changes to PTO and revise |
| 11/7/2023 | Steven John Moser | 0.2 | Telephone call to Glenn Ingoglia re PTO |
| 11/9/2023 | Steven John Moser | 0.2 | Telephone call to Glenn Ingoglia re PTO - left message |
| 11/9/2023 | Steven John Moser | 3.5 | Draft letter motion for sanctions for failure to provide tax returns and participate in completion of PTO |
| 11/9/2023 | Steven John Moser | 0.2 | Telephone call from Glenn Ingoglia |
| 11/9/2023 | Steven John Moser | 0.2 | Telephone call from Glenn Ingoglia |
| 11/13/2023 | Steven John Moser | 0.2 | Review order of Judge Dunst denying motion for sanctions w/o prejudice |
| 11/13/2023 | Steven John Moser | 5.2 | Prepare revised PTO with additional exhibits and forward to counsel for |
| 11/16/2023 | Steven John Moser | 0.2 | Email to Glenn Ingoglia re availability for M&C on 11/16 at 2 PM |
| 12/7/2023 | Steven John Moser | 0.3 | Review and revise proposed trial damages model |
| 12/19/2023 | Steven John Moser | 0.2 | Telephone call with Glenn Ingoglia re PTO |
| 12/20/2023 | Steven John Moser | 0.3 | Telephone call with potential trial counsel re PTO |
| 12/20/2023 | Steven John Moser | 0.2 | Email to Glenn Ingoglia asking for his changes to the proposed PTO |
| 12/22/2023 | Steven John Moser | 0.2 | Telephone call to Glenn Ingoglia Cell - left message |
| 12/22/2023 | Steven John Moser | 0.2 | Telephone call to Glenn Ingoglia Office - left messge |
| 12/22/2023 | Steven John Moser | 0.6 | Review file; draft and file letter motion to extend the date to file the Joint PTO to Dec 29, 2023 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 12/26/2023 | Steven John Moser | 3.5 | Prepare proposed revised pretrial order and send to Glenn Ingoglia |
| 1/16/2024 | Steven John Moser | 1 | Barahona: Prepare for Pretrial Conference |
| 1/16/2024 | Steven John Moser | 0.5 | Participate in Pretrial Conference with LGD |
| 1/16/2024 | Steven John Moser | 1.2 | Legal research regarding judicial notice of statutes |
| 1/16/2024 | Steven John Moser | 0.3 | Revise PTO to remove the statutes as Pretrial Exhibits |
| 1/19/2024 | Steven John Moser | 0.2 | Email to Glenn Ingoglia advising that we consent to the deletion of Trial Exhibits 6-14 (the statutes). |
| 1/30/2024 | Steven John Moser | 1.5 | Prepare revised PTO and email to opposing counsel. |
| 1/30/2024 | Steven John Moser | 0.2 | File proposed PTO |
| 2/1/2024 | Steven John Moser | 0.4 | Prepare for pretrial conference |
| 2/1/2024 | Steven John Moser | 0.3 | Participate in pretrial conference |
| 2/8/2024 | Steven John Moser | 0.5 | Participate in Conference re Ingoglia's motion to be relieved as counsel. Ingoglia relieved. Order to follow via ECF |
| 3/27/2024 | Steven John Moser | 0.3 | Teleconference with LGD re Def's retention of new counsel. Def's time to retain substitute counsel extended sua sponte to 4/10/2024; motion to strike answer to be filed on or before 4/24/2024; final pt conference scheduled for 5/9/2024 |
| 4/9/2024 | Steven John Moser | 0.5 | Telephone call with William Nieto - see notes |
| 4/24/2024 | Steven John Moser | 2 | Prepare and file pre-motion letter re Default |
| 5/1/2024 | Steven John Moser | 0.6 | File review |
| 5/2/2024 | Steven John Moser | 0.2 | Review docket order referring default motion to LGD |
| 5/9/2024 | Steven John Moser | 0.5 | Attend telephonic status conference. Status report due by May 24, 2024 |
| 5/20/2024 | Steven John Moser | 0.5 | Review file to prepare settlement offer to Wm Nieto |
| 5/20/2024 | Steven John Moser | 0.3 | Prepare revised damages calculations and make settlement offer of $285K via email. |
| 6/28/2024 | Steven John Moser | 0.2 | Telephone call to WM Nieto. Left message for him to call me back. |
| 8/6/2024 | Steven John Moser | 4.2 | Begin drafting MOL in support of motion to strike and for default against Paradise |
| 8/8/2024 | Steven John Moser | 2.8 | Continue drafting MOL ISO Motion for Default Judgment against paradise |
| 8/8/2024 | Steven John Moser | 1.8 | Prepare damages calculations and Moser Declaration in support of motion for default |
| 8/9/2024 | Steven John Moser | 1.2 | Prepare notice of motion and proposed order striking answer and for default judgment against Paradise. |
| 8/9/2024 | Steven John Moser | 2 | Review and finalize all documents re Motion to Strike and For Default. |
| | Steven John Moser | 133.7 | |
| 3/21/2022 | Shirley Navarro-Losito | 0.9 | Revise damage calculations/attorneys' fees and costs for purposes of compliance with Court interrogs |
| 3/22/2022 | Shirley Navarro-Losito | 0.2 | Telephone calls to clients Jonatan Barahona and Hector Hernandez to acquire their information and request their signatures for Rogs. |
| 3/22/2022 | Shirley Navarro-Losito | 0.1 | Spoke with Hector Hernandez to get his email to send e-signature for Resp To Rog. He will send me via text |
| 3/23/2022 | Shirley Navarro-Losito | 0.2 | Resent documents to Jonatan and Hector for their signature of their Resp to Rogs |
| 8/4/2022 | Shirley Navarro-Losito | 0.1 | Phone call with Jonatan Barahona, lmt to update him on the case (returning his |
| 8/4/2022 | Shirley Navarro-Losito | 0.1 | Phone call with Jonatan Barahona. he called me back, gave him updates on case |

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/30/2022 | Shirley Navarro-Losito | 0.3 | Review court docket and calendar deadlines |
| 9/16/2022 | Shirley Navarro-Losito | 0.2 | Reviewed court docket |
| 10/11/2022 | Shirley Navarro-Losito | 0.3 | scheduling of mediation with Opposing counsel and Patrick McKenna |
| 10/26/2022 | Shirley Navarro-Losito | 0.2 | Client called asking for update on the case |
| 11/30/2022 | Shirley Navarro-Losito | 0.3 | Reviewed court docket and updated calendar |
| 1/20/2023 | Shirley Navarro-Losito | 0.4 | Furnish payment to mediator and sent over USPS service |
| 1/25/2023 | Shirley Navarro-Losito | 0.2 | Scheduled deposition for William Nieto for 2/7 @ 11am |
| 1/27/2023 | Shirley Navarro-Losito | 0.2 | Call with Jonatan to schedule Deposition and answer questions |
| 1/27/2023 | Shirley Navarro-Losito | 0.2 | Call with Hector to confirm deposition date and answer his questions |
| 1/27/2023 | Shirley Navarro-Losito | 0.3 | Calendared depositions, prep time and reminders |
| 2/3/2023 | Shirley Navarro-Losito | 0.3 | Call with both clients to update prep time call with SJM |
| 2/6/2023 | Shirley Navarro-Losito | 0.2 | Confirmed with Lexitas Deposition of Def |
| 2/6/2023 | Shirley Navarro-Losito | 0.2 | Booked translator with Lexitas for tomorrow's deposition |
| 3/10/2023 | Shirley Navarro-Losito | 0.4 | Email opposing counsel to set up sett conference dates. also reviewed court |
| 3/14/2023 | Shirley Navarro-Losito | 0.2 | Email Glenn to get consent on dates picked for Sett conference |
| 3/14/2023 | Shirley Navarro-Losito | 0.6 | Prepared letter to Judge Dunst and sent to SJM for review and corrections |
| 3/14/2023 | Shirley Navarro-Losito | 0.2 | Filed Letter to Judge Dunst with dates for Sett Conference and Discovery dates |
| 3/21/2023 | Shirley Navarro-Losito | 0.2 | Client called to check on the case |
| 4/4/2023 | Shirley Navarro-Losito | 0.3 | Reviewed Court Docket and updated calendar with new dates |
| 5/10/2023 | Shirley Navarro-Losito | 0.4 | Created Letter to Judge Dunst |
| 5/10/2023 | Shirley Navarro-Losito | 0.2 | Filed letter to Judge Dunst |
| 5/17/2023 | Shirley Navarro-Losito | 0.2 | Phone call with Jonatan Barahona |
| 5/17/2023 | Shirley Navarro-Losito | 0.2 | Phone call with Hector Hernandez |
| 5/18/2023 | Shirley Navarro-Losito | 0.2 | REviewed court docket and updated calendar |
| 6/7/2023 | Shirley Navarro-Losito | 0.3 | Call Lexitas and tell them to send a notice to Glenn Ingoglia that the transcript is available |
| 7/13/2023 | Shirley Navarro-Losito | 0.2 | Phone call with Hector Hernandez |
| 8/10/2023 | Shirley Navarro-Losito | 0.4 | Preparing documents with check to pay for request of copy of tax returns and send via mail to IRS |
| 9/18/2023 | Shirley Navarro-Losito | 0.3 | REviewing court docket and entries. |
| 9/25/2023 | Shirley Navarro-Losito | 0.2 | Called and spoke to Hector about his brother-witness to send me his info. Lmt for Jonathan |
| 9/27/2023 | Shirley Navarro-Losito | 0.3 | Reviewing email/court docket and updating calendar |
| 10/18/2023 | Shirley Navarro-Losito | 0.2 | scanned in documents received by mail- Tax authorization form |
| 10/18/2023 | Shirley Navarro-Losito | 0.3 | Mail out authorization for State tax information to NYS tax Department Disclosure Unit, W.A Harriman Campus. Albany, NY 12227-0870 |
| 11/22/2023 | Shirley Navarro-Losito | 0.3 | Reviewed court docket and emails. Updated calendar with new deadlines |
| 12/20/2023 | Shirley Navarro-Losito | 0.2 | Reviewed Court Docket and emails and updated Case Status |
| 12/26/2023 | Shirley Navarro-Losito | 0.2 | Read and reviewed court docket. Updated the calendar |
| 1/17/2024 | Shirley Navarro-Losito | 0.2 | Reviewed Court Docket and updated calendar |
| 2/1/2024 | Shirley Navarro-Losito | 0.2 | Reviewed Court docket and email from opposing counsel with letter to Judge |
| 2/2/2024 | Shirley Navarro-Losito | 0.2 | Reviewed court docket and updated calendar dates |
| 2/6/2024 | Shirley Navarro-Losito | 0.2 | Reviewed court docket and read letter from opposing counsel to judge |
| 2/8/2024 | Shirley Navarro-Losito | 0.2 | Reviewed Court docket and Updated calendar |

| Date | Name | Hours | Description |
|---|---|---|---|
| 3/21/2024 | Shirley Navarro-Losito | 0.3 | Reviewed court docket and prepared minute order to be mailed to Defendant. Also sent it via email. |
| 4/15/2024 | Shirley Navarro-Losito | 0.3 | Prepared and mailed las court order and filed via ECF certificate of svce on DEF |
| 4/16/2024 | Shirley Navarro-Losito | 0.3 | spoke with clients about the plate numbers for the trucks |
| 4/16/2024 | Shirley Navarro-Losito | 0.2 | Call with Jonathan |
| 4/26/2024 | Shirley Navarro-Losito | 0.2 | Saved photos sent by client |
| 4/26/2024 | Shirley Navarro-Losito | 0.2 | spoke with both clients |
| 5/2/2024 | Shirley Navarro-Losito | 0.3 | Filed via ecf cert of svce by mail. Also prepared the certificate and Mailed to Def the last order and zoom invitation |
| 5/10/2024 | Shirley Navarro-Losito | 0.3 | Reviewed court docket and prepared cert of svce by mail |
| 5/10/2024 | Shirley Navarro-Losito | 0.4 | Filed cert of svce by mail via ECF and went to Post office to drop off letter |
| 5/16/2024 | Shirley Navarro-Losito | 0.3 | Client Hector called to see status of the case |
| 5/29/2024 | Shirley Navarro-Losito | 0.3 | Called clients to inform them of conference on 5/31 that they must attend via |
| 6/4/2024 | Shirley Navarro-Losito | 0.3 | Reviewed court docket and emailed court order to Defendant Nieto. |
| 6/12/2024 | Shirley Navarro-Losito | 0.2 | Spoke to Hector |
| 6/13/2024 | Shirley Navarro-Losito | 0.4 | Drafted, prepared and filed letter to judge asking for extension of time on joint status report |
| 6/14/2024 | Shirley Navarro-Losito | 0.4 | Speaking to Defendant Nieto back and forth, he wants to send us some |
| 6/18/2024 | Shirley Navarro-Losito | 0.4 | Prepared court order and sent to defendant. Did Cert of svce and filed via ECF |
| 6/28/2024 | Shirley Navarro-Losito | 0.2 | Filed Status Report via ECF |

Shirley Navarro Losito    16.9