|  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  | As Of | =TODAY() |
| PLAINTIFF'S DAMAGES CALC |  |  |  |  |  |  |  |  |  |  |
| *Barahona v. Paradise* |  |  |  |  |  |  |  |  |  |  |
| **JONATHAN BARAHONA** |  |  |  |  |  |  |  |  |  |  |

| | | | | | | **UNPAID OVERTIME** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Begin | End | Weeks | Hours Worked/ Week | Daily Rate | Hours Paid Per Day | Regular Rate | OT Rate | OT Hours | Unpaid OT | Total | |
| 42809 | 43069 | =ROUND((+B8-A8)/7,0) | 60 | 150 | 8 | =+E8/F8 | =+G8*1.5 | 20 | =+H8*I8 | =+J8*C8 | |
| =+B8+1 | 43173 |  |  |  | OFF-SEASON |  |  |  |  | 0 | |
| 43174 | 43252 | =ROUND((+B10-A10)/7,0) | 60 | 150 | 8 | =+E10/F10 | =+G10*1.5 | 20 | =+H10*I10 | =+J10*C10 | |
| 43253 | 43434 | =ROUND((+B11-A11)/7,0) | 60 | 200 | 8 | =+E11/F11 | =+G11*1.5 | 20 | =+H11*I11 | =+J11*C11 | |
| =+B11+1 | 43538 |  |  |  | OFF-SEASON |  |  |  |  | 0 | |
| =+B12+1 | 43709 | =ROUND((+B13-A13)/7,0) | 60 | 200 | 8 | =+E13/F13 | =+G13*1.5 | 20 | =+H13*I13 | =+J13*C13 | |
| 43710 | 43799 | =ROUND((+B14-A14)/7,0) | 60 | 200 | 8 | =+E14/F14 | =+G14*1.5 | 20 | =+H14*I14 | =+J14*C14 | |
| 43800 | 43904 |  |  |  | OFF-SEASON |  |  |  |  | 0 | |
| =+B15+1 | 44165 | =ROUND((+B16-A16)/7,0) | 60 | 200 | 8 | =+E16/F16 | =+G16*1.5 | 20 | =+H16*I16 | =+J16*C16 | |
| =+B16+1 | 44269 |  |  |  | OFF-SEASON |  |  |  |  | 0 | |
| =+B17+1 | 44377 | =ROUND((+B18-A18)/7,0) | 60 | 200 | 8 | =+E18/F18 | =+G18*1.5 | 20 | =+H18*I18 | =+J18*C18 | |
| | | | | | | | | | | | =SUM(K8:K18) |

| | | | **Liquidated Damages** | | | |
|---|---|---|---|---|---|---|
| Overtime | | =+L19 | | | | =+D22 |
| Wage Statement Violations ( | | | | | 5000 | **5000** |
| Wage Notice Violations (NYL | | | | | 5000 | **5000** |

| | | | | **PREJUDGMENT INTEREST** | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yearly | |
| From | To | Midpoint | Wages | | Years | Interest | TOTAL |
| =+A8 | =+B18 | =(+B29+A29)/2 | =+L19 | | =(+L1-C29)/365 | =+D29*0.09 | =+H29*G29  =+K29 |
| | | | | | | TOTAL | =SUM(L6:L29) |

| | | | | | | | | | | AS OF | =TODAY() |

PLAINTIFF'S [
*Barahona v.*
**HECTOR HER**

## UNPAID OVERTIME

| Begin | End | Weeks | Hours Worked/Wk | Daily Rate | Hours Paid Per Day | Regular Rate | OT Rate | OT Hours | Weekly OT Owed | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 43647 | 43799 | =ROUND((+B8-A8)/7,0) | 60 | 200 | 8 | =+E8/F8 | =+G8*1.5 | =MAX(D8-40,0) | =+I8*H8 | =+J8*C8 | |
| =+B8+1 | 43904 | | | | OFF-SEASON | | | | | 0 | |
| =+B9+1 | 44165 | =ROUND((+B10-A10)/7,0) | 60 | 200 | 8 | =+E10/F10 | =+G10*1.5 | =MAX(D10-40,0) | =+I10*H10 | =+J10*C10 | |
| | | | | | | | | | | =SUM(K8:K10) | |

## NYLL LIQUIDATED DAMAGES

| Overtime | | | =+L11 | | | | =+E14 |
|---|---|---|---|---|---|---|---|
| Wage Statem | | | ($250/Workday) | | | 5000 | **5000** |
| Wage Notice | | | ($50/Workday) | | | 5000 | **5000** |

## PREJUDGMENT INTEREST

| From | To | Midpoint | Wages | | Years | Yearly Interest | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| =+A8 | =+B10 | =(+B20+A20)/2 | =+L11 | | =(+L1-C20)/365 | =+D20*0.09 | | =+H20*G20 | =+K20 |
| | | | | | | | | **TOTAL** | =SUM(L7:L21) |