

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

September 6, 2024

**VIA ECF**

Hon. Lee G Dunst, USMJ
United States District Court Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

      Re:    *Barahona et al v Paradise Tree Service & Landscape, Corp et al,*
              Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Dunst:

     I represent the Plaintiffs in the above referenced action.  Please accept this status report.  A proposed pretrial order is annexed hereto.  We furnished a pretrial order to Mr. Nieto on August 28, 2024 and asked for his contributions.  We also recommended that he speak with the pro-se clerk.  Mr. Nieto has indicated that he has no contributions to the proposed pretrial order.

                                          Respectfully Submitted,

                                          *Steven J. Moser*

                                          Steven J. Moser

CC:    William Nieto (Via Email)