UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br><div align="right">Deputy: Chelsea Tirado</div> |
| **DATE:** | **October 4, 2024** |
| **TIME:** | **12:00PM** |
| **FORMAT:** | ☐ In Person      ☐ Video Conference      ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **21-CV-5400 (GRB)(LGD)** |
| **NAME OF CASE(S):** | Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al. |
| **FOR PLAINTIFF(S):** | Steven John Moser |
| **FOR DEFENDANT(S):** | William Nieto, pro se |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 12:03-12:17, via Zoom Teleconference |

### RULINGS FROM STATUS CONFERENCE:

Case called. Counsel for Plaintiff and pro se defendant present.

For the reasons stated on the record, the joint pretrial order at DE [73] is APPROVED. The case is trial ready. The parties shall advise the Court by 10/31/2024 regarding dates that they are available for trial in 2025. Additionally, the undersigned recommends that the motion at DE [71] be GRANTED IN PART and DENIED IN PART. The undersigned recommends that the motion to strike at DE [71] be GRANTED, and that the answer at DE [6] be stricken. The undersigned recommends that the motion for default judgment against Defendant Paradise Tree Service & Landscape, Corp. at DE [71] be DENIED WITHOUT PREJUDICE.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b)(2), the parties shall have fourteen (14) days from service of this Report and Recommendation to file written objections. *See also* Fed. R. Civ. P. 6(a) & (d) (addressing computation of days). Any requests for an extension of time for filing objections must be directed to Judge Brown. FAILURE TO FILE TIMELY OBJECTIONS SHALL CONSTITUTE A WAIVER OF THOSE OBJECTIONS BOTH IN THE DISTRICT COURT AND ON LATER APPEAL TO THE UNITED STATES COURT OF APPEALS. *See Thomas v. Arn*, 474 U.S. 140, 154-55 (1985); *Frydman v. Experian Info. Sols., Inc.*, 743 F. App'x 486, 487 (2d Cir. 2018); *McConnell v. ABC-Amega, Inc.*, 338 F. App'x 24, 26 (2d Cir. 2009); *F.D.I.C. v. Hillcrest Assocs.*, 66 F.3d 566, 569 (2d Cir. 1995).

<div align="right">SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge</div>