October 7, 2024
Case Name: Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al.
Case#: 2:21-cv-05400-GRD-LGD
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Dear Honorable Judge Lee Dunst,

I am writing to inform you that I will no longer be operating Paradise Tree Service. After careful consideration, I have decided to surrender my license, and I have already notified Consumer Affairs of this decision. Along with this letter, I am enclosing a copy of the application that I submitted for surrendering the license. The reason behind this decision is the significant hardships and insufficient work that have led me to close the company. I want to emphasize that this has been an incredibly difficult decision for me to make, and I wanted to keep you informed of my current situation.

Additionally, I have electronically sent a copy of this letter to the Plaintiffs' counsel, Mr. Steven John Moser, for his records.

Thank you for your attention to this matter.

Sincerely,
William Nieto
Paradise Tree Service & Landscape, Corp.

x *[signature: William Nieto]*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 08 2024 ★

LONG ISLAND OFFICE

RECEIVED
OCT -8 2024
EDNY PRO SE OFFICE

REC'D IN PRO SE OFFICE
OCT 8 '24 AM 11:12

**EDWARD P. ROMAINE**
Suffolk County Executive



**Wayne T. Rogers**
Commissioner

RECEIVED OCT 07 2024 By

## SUFFOLK COUNTY DEPARTMENT OF LABOR, LICENSING & CONSUMER AFFAIRS

P.O. Box 6100, Hauppauge, NY 11788   consumer.affairs@suffolkcountyny.gov

# LICENSE SURRENDER APPLICATION

1. I hereby surrender my Suffolk County License # __H-38312__ .

2. I acknowledge that I have been advised and am fully aware that while my Occupational license # __H-38312__ is surrendered, that no further work can be performed by me.

3. I hereby submit my identification card.

4. I certify that any __Home Improvement__ work done by me in the future will only be done after I first secure a valid license in accordance with Suffolk County Code.

5. This document is submitted for filing and is ___ned by the Suffolk County Department of Labor, Licensin___

### 175.35 OFFERING A FALSE INS___  DEGREE

A person is guilty of offering a false instrume___ it a written
instrument contains a false statement or fals___ e or any
political subdivision thereof, he offers or pres___ e knowledge or
belief that it will be filed with, registered or re___ ords of such
public office or public servant.

This certifies that the bearer is duly licensed by the County of suffolk

Rosalie Drago
Commissioner

Suffolk County Dept. of
Labor, Licensing & Consumer Affairs

HOME IMPROVEMENT LICENSE
Name
WILLIAM A NIETO
Business Name
PARADISE TREE SERVICE & LANDSCAPE CORP
License Number: H-38312
Issued:   09/13/2005
Expires:  09/01/2023

Offering a false instrument for filing in the first degree is a class E felony.

Signed: _William Nieto_   Date: _Oct. 7th 2024_

CA-L7-1/13