November 14 2024

Case 2:21-cv-05400-GRB-LGD
Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al.

Dear Honorable Judge Gary R. Brown,

I am writing to inform you of my availability for the trial in 2025. I am available from May 12 to May 16, 2025. Any time during these dates would be suitable for me. Please let me know if this timeframe aligns with the court's schedule.

Sincerely,
William Nieto

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 15 2024 ★

LONG ISLAND OFFICE

RECEIVED
NOV 15 2024
EDNY PRO SE OFFICE

REC'D IN PRO SE OFFICE
NOV 15 '24 AM 9:04