

**MOSER LAW FIRM, PC**

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

November 15, 2024

**VIA ECF**

Hon. Gary R. Brown, USDJ
100 Federal Plaza
Central Islip, NY 11717

      Re:    *Barahona et al v Paradise Tree Service & Landscape, Corp et al,* Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Brown:

      We represent the Plaintiffs in the above-mentioned matter. We are writing to the court to indicate that we are available for Trial the dates mentioned by Mr. Nieto in his letter Docket Entry No.81. However, if it is convenient for the court, we are available any day in April.

      Respectfully submitted,

*Steven J. Moser*

Steven J. Moser

CC:    All counsel of record via ECF