

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

April 08, 2025

**VIA ECF**

Hon. Gary R. Brown, USDJ
United States District Court Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

Re: *Barahona et al v Paradise Tree Service & Landscape, Corp et al,* Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Brown:

    I represent the Plaintiffs in the above-mentioned matter. I am writing to the court with consent from the Defendant, to request a brief adjournment of the Final Pre-Trial Conference scheduled for tomorrow April 9th, 2025. The reason being that I am sick with a respiratory infection.

    Respectfully submitted,

    *Steven J. Moser*

    Steven J. Moser

CC:    All counsel of record via ECF