| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>Courtroom 940 |
| BEFORE: GARY R. BROWN<br>         U.S. DISTRICT JUDGE | DATE: 4/23/2025<br>TIME: |

CASE: **2:21-cv-05400-GRB-LGD** Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al.

APPEARANCES:   Plaintiff:  Steven Moser
.
               Defendant:   William Nieto (pro se)

COURT REPORTER/FTR#: 2:00-2:12; 2:52-2:53
(Please contact directly to order the transcript https://www.nyed.uscourts.gov/transcript-information )

**THE FOLLOWING RULINGS WERE MADE:**

☐    Motion Schedule set:

☒    Settlement discussed. case not settled at this time

☐    Jury Selection and trial set for:
         Joint pretrial order due by:


☒    Other:  Parties are to discuss settlement options and also report back on whether a bench trial is agreed upon.   Jury selection and trial still scheduled for 5/12/2025 at 9:30 a.m.. The Clerk is directed to mail a copy of this document to pro se defendant.


To obtain a copy of the transcript counsel should contact ESR Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.