

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

April 08, 2025

**VIA ECF**

Hon. Gary R. Brown, USDJ
United States District Court Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

Re:   *Barahona et al v Paradise Tree Service & Landscape, Corp et al,*
      Case No. 21-cv-05400 (GRB)(LGD)

Dear Judge Brown:

    I represent the Plaintiffs in the above-mentioned matter. Please accept this status report regarding the settlement negotiations between the parties.

    The parties have been unable to reach a settlement. However, all parties consent to a bench trial.

                                                 Respectfully submitted,

                                                 *Steven J. Moser*
                                                 Steven J. Moser

CC:   William Nieto (via email)