| | Fact | Source | Direct Quote from Transcript |
|---|---|---|---|
| 1 | Nieto formed Paradise in 2007. | Nieto Dep Page 12 | (3) Q. When was Paradise established?<br>(4) A. Around 2007.<br>(5) Q. Did you form the company?<br>(6) A. Yes. |
| 2 | Nieto has been the sole shareholder of Paradise since its formation in 2007 | Nieto Dep Page 12 | (7) Q. Have you owned the company since it was<br>(8) established in approximately 2007?<br>(9) A. Yes.<br>(10) Q. Since Paradise was formed in 2007, have<br>(11) there been any other shareholders other than you<br>(12) in Paradise?<br>(13) A. No. |
| 3 | Nieto is the President and Owner of Paradise | Nieto Dep Page 12 | (14) Q. Do you have a title with Paradise?<br>(15) A. Yes.<br>(16) Q. What is that title?<br>(17) A. I am the owner or president. |
| 4 | Nieto was primarily responsible for supervising Barahona and Hernandez | Nieto Dep Page 14 | (5) Q. Have you ever employed a supervisor or a<br>(6) manager at Paradise?<br>(7) A. No.<br>(8) Q. Since you formed Paradise, have you been<br>(9) primarily responsible for supervising employees of<br>(10) Paradise?<br>(11) A. Yes. |

| | | | |
|---|---|---|---|
| 5 | Nieto had the authority to hire and fire employees of Paradise, including the Plaintiffs. | Nieto Dep Page 14 | (12) Q. Since you formed Paradise, who has been<br>(13) responsible for making hiring decisions?<br>(14) A. I have.<br>(19) Q. Who at Paradise has the authority to<br>(20) fire an employee?<br>(21) A. Me.<br>(22) Q. Since you formed Paradise, has anyone<br>(23) other than you had the authority to fire an<br>(24) employee?<br>(25) A. No. |
| 6 | Nieto was responsible for disciplining and correctng employees of Paradise | Nieto Dep Page 14 | (15) Q. Since you formed Paradise, who has been<br>(16) responsible for disciplining employees or<br>(17) correcting employees?<br>(18) A. I have. |
| 7 | Nieto was responsible for paying employees of Paradise | Nieto Dep Page 15 | (2) Q. Who is responsible for paying employees<br>(3) of Paradise?<br>(4) A. I am.<br>(5) Q. Since forming Paradise, has any<br>(6) individual other than you been responsible for<br>(7) paying wages to employees?<br>(8) A. No. |
| 8 | Nieto hired Jonathan Barahona and Hector Hernandez | Nieto Dep Page 15 | (9) Q. Did you hire Jonatan Barahona?<br>(10) A. Yes.<br>(11) Q. Did you hire Hector Hernandez?<br>(12) A. Yes. |

| 9 | Nieto paid Hernandez in cash. | Nieto Dep Page 94 | (8) Q. When you paid Jonatan, did you give him (9) anything in writing explaining what he was getting (10) and why? (11) A. No, he wanted cash. He knew it was for (12) his day of work. He wanted it right away. (13) Q. In addition to cash, did you hand him (14) anything else? (15) A. No, he was not interested in anything (16) else except his money. (17) Q. Was the money in an envelope when you (18) gave it to him? (19) A. No. |
|---|---|---|---|
| 10 | Nieto paid Barahona in cash. | Nieto Dep Page 94 | (20) Q. For Hector Hernandez when you paid him, (21) was that in an envelope or just cash? (22) A. Cash. (23) Q. Did you hand anything to Hector (24) Hernandez when you paid him other than the cash? (25) A. No. |
| 11 | Defendants did not generate or maintain any records regarding the hours worked by, or wages paid to the plaintiffs. | Nieto Dep Page 28 | (12) Q. W[ere] there any documents generated with (13) regard to Hector Hernandez's employment by (14) Paradise? (15) A. No. (16) Q. Were there any documents generated with (17) regard to Jonatan's employment with Paradise? (18) A. No. |
| | | Nieto Dep Page 54 | (7) Q. Did you ever keep any timesheets (8) regarding the hours that [Jonathan] or Hector worked[. . .] (10) A. I looked, but I never found any records (11) because everything was verbal. |