UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
　　　　　　　　CASE# 2:21-cv-05400
------------------------------------------x
JONATAN BARAHONA and HECTOR HERNANDEZ,

　　　　　　　Plaintiffs,

　　　　　-against-

PARADISE TREE SERVICE & LANDSCAPE CORP. and
WILLIAM NIETO,

　　　　　　　Defendants.
------------------------------------------x

　　　　　　1757 Veterans Highway
　　　　　　Islandia, New York

　　　　　　February 7, 2023
　　　　　　11:00 a.m.

　　　Deposition of the Defendant
WILLIAM NIETO (Present) pursuant to Rule 30 of
the Federal Rules of Civil Procedure, before
Robert S. Barletta, a Notary Public of the State
of New York.

(1)                              Nieto
(2)      Q.   Yesterday, you attended the depositions
(3)  of Jonatan Barahona and Hector Hernandez; correct?
(4)      **A.   Correct.**
(5)      Q.   Did you recognize them?
(6)      **A.   Yes.**
(7)      Q.   Who are they?
(8)      **A.   Jonatan Barahona and Hector Hernandez.**
(9)      Q.   How do you know them?
(10)     **A.   I know Jonatan for a few years.  In 2017**
(11) **he came to work some days with me and also I know**
(12) **Hector the same way.  I know him since 2019.  He**
(13) **also came to work a few days.**
(14)     Q.   When you say they came to work with you,
(15) what do you mean?
(16)     **A.   Well, I have a business of landscaping**
(17) **and tree trimming.  So they solicited me when I**
(18) **needed help if they could come work.**
(19)     Q.   What landscaping business do you have --
(20) what is the name of it?
(21)     **A.   The name of the company is Paradise Tree**
(22) **Service and Landscape Corp.**
(23)     Q.   For the purposes of this deposition when
(24) I say Paradise, I mean Paradise Tree Service and
(25) Landscape Corp.?

```
(1)                    Nieto
(2)      A.   Correct.
(3)      Q.   When was Paradise established?
(4)      A.   Around 2007.
(5)      Q.   Did you form the company?
(6)      A.   Yes.
(7)      Q.   Have you owned the company since it was
(8)   established in approximately 2007?
(9)      A.   Yes.
(10)     Q.   Since Paradise was formed in 2007, have
(11)  there been any other shareholders other than you
(12)  in Paradise?
(13)     A.   No.
(14)     Q.   Do you have a title with Paradise?
(15)     A.   Yes.
(16)     Q.   What is that title?
(17)     A.   I am the owner or president.
(18)     Q.   Are you a native English speaker?
(19)          MR. INGOGLIA:  Objection.  Can you
(20)  define native?  What do you mean by that?
(21)     Q.   What was your parents' primary language?
(22)     A.   Spanish.
(23)     Q.   Is Spanish your first language?
(24)     A.   Yes.
(25)     Q.   How long have you been speaking English?
```

```
(1)                    Nieto
(2)      A.    Maybe about 20 years.
(3)      Q.    Do you have clients that speak English?
(4)      A.    Yes.
(5)      Q.    Who communicates with those clients?
(6)      A.    I do.
(7)      Q.    Do you read and write English?
(8)      A.    A little.
(9)      Q.    Have you ever filled out an application
(10) for a Suffolk County home improvement license?
(11) What is called a home improvement license.
(12)     A.    With the help of my ex-wife, I have to
(13) speak sometimes both languages.
(14)     Q.    Has the business of Paradise changed
(15) since it was formed?
(16)     A.    Yes.
(17)     Q.    Can you please describe how?
(18)     A.    Before it was known as Paradise Tree
(19) Service then it changed to Paradise Tree Service
(20) and Landscape Corp.
(21)     Q.    Do you supervise employees at Paradise?
(22)     A.    I am also at a job with one or two
(23) people.
(24)     Q.    Do you supervise those workers?
(25)     A.    Yes.
```

(1) **Nieto**

(2) Q. Do you have any managers who work for
(3) you or supervisors who work for you?
(4) **A. No.**
(5) Q. Have you ever employed a supervisor or a
(6) manager at Paradise?
(7) **A. No.**
(8) Q. Since you formed Paradise, have you been
(9) primarily responsible for supervising employees of
(10) Paradise?
(11) **A. Yes.**
(12) Q. Since you formed Paradise, who has been
(13) responsible for making hiring decisions?
(14) **A. I have.**
(15) Q. Since you formed Paradise, who has been
(16) responsible for disciplining employees or
(17) correcting employees?
(18) **A. I have.**
(19) Q. Who at Paradise has the authority to
(20) fire an employee?
(21) **A. Me.**
(22) Q. Since you formed Paradise, has anyone
(23) other than you had the authority to fire an
(24) employee?
(25) **A. No.**

```
 (1)                        Nieto
 (2)       Q.   Who is responsible for paying employees
 (3)   of Paradise?
 (4)       A.   I am.
 (5)       Q.   Since forming Paradise, has any
 (6)   individual other than you been responsible for
 (7)   paying wages to employees?
 (8)       A.   No.
 (9)       Q.   Did you hire Jonatan Barahona?
(10)       A.   Yes.
(11)       Q.   Did you hire Hector Hernandez?
(12)       A.   Yes.
(13)       Q.   Describe for me the hiring process of
(14)   Jonatan Barahona.
(15)       A.   When I first met him, he came to me
(16)   looking for work and he asked if I had one or two
(17)   days that he could work because he was without
(18)   work.
(19)       Q.   What happened next?
(20)       A.   Well, when the opportunity came and I
(21)   had a day or two for work for him, he had given me
(22)   his number so I could call him when that happened.
(23)       Q.   Did you say anything else to Jonatan
(24)   Barahona or did Jonatan Barahona say anything else
(25)   to you about the work before he began working for
```

(1) **Nieto**

(2) Q. Did you complete an I-9 for Hector?
(3) A. No.
(4) Q. Did you complete an I-9 for Jonatan?
(5) A. No.
(6) Q. Did you furnish a hiring notice to
(7) Jonatan?
(8) A. No.
(9) Q. Did you furnish any hiring notice to
(10) Hector?
(11) A. No.
(12) Q. Was there any documents generated with
(13) regard to Hector Hernandez's employment by
(14) Paradise?
(15) A. No.
(16) Q. Were there any documents generated with
(17) regard to Jonatan's employment with Paradise?
(18) A. No.
(19) Q. Did you report their wages on your
(20) payroll tax returns?
(21) A. No.
(22) Q. Did you withdraw any payroll taxes or
(23) any other deductions from their pay?
(24) A. No.
(25) Q. Did you report the wages of Jonatan and

```
(1)                      Nieto
(2)    Hector to your worker's compensation insurance
(3)    carrier?
(4)        A.   No.
(5)        Q.   Did you make any unemployment insurance
(6)    payments with regard to Hector or Jonatan?
(7)        A.   No.
(8)        Q.   Did you report the wages of Jonatan and
(9)    Hector on your state payroll tax return?
(10)       A.   No.
(11)       Q.   Did you include the cash you paid to
(12)   them as a deduction on your income tax return?
(13)       A.   No.
(14)       Q.   Where did all of the cash come from to
(15)   pay Jonatan and Hector?
(16)       A.   From my business account.
(17)       Q.   So just so we are clear, can you be more
(18)   specific how you would get the cash?
(19)       A.   I would take it out from my checking
(20)   account for my business.
(21)       Q.   Can you describe what you would do?
(22)            MR. INGOGLIA:  Objection.  Can you be
(23)       more specific as to what you want him to
(24)       describe?
(25)       Q.   Can you be more specific about what you
```

```
(1)                        Nieto
(2)      A.   It was a verbal agreement we had between
(3)  Jonatan and I.
(4)           MR. MOSER:  Read that back.
(5)           (Whereupon, the last question and answer
(6)      was read back by the reporter.)
(7)      Q.   Did you ever keep any timesheets
(8)  regarding the hours that Jason or Hector worked --
(9)  I mean Jonatan?
(10)     A.   I looked, but I never found any records
(11) because everything was verbal.
(12)     Q.   Did any timesheets ever exist showing
(13) the hours for Jonatan or Hector?
(14)     A.   Not that I know of.
(15)     Q.   Would anyone at Paradise have more
(16) knowledge than you about whether timesheets were
(17) kept for Jonatan and Hector?
(18)     A.   No, only I do.
(19)     Q.   Did you ever keep any other time records
(20) or payroll records for either Jonatan or Hector?
(21)     A.   Again, everything was verbal.
(22)     Q.   Were there any time records or payroll
(23) records for Jonatan or Hector at any time?
(24)     A.   I looked.  I didn't find any.
(25)     Q.   Did any time records or payroll records
```

(1)                    Nieto

(2)     ever exist for Jonatan Barahona regarding his

(3)     employment at Paradise?

(4)           **MR. INGOGLIA: Objection. Asked and**

(5)        **answered. I mean he already testified**

(6)        **several times. He looked and didn't find any**

(7)        **what more do you wan him to say about that?**

(8)        Q.   Did you ever have any time records or

(9)     payroll records for Jonatan Barahona?

(10)          **MR. INGOGLIA: Objection. Over**

(11)       **objection. He can answer the question one**

(12)       **last time.**

(13)       A.   No.

(14)       Q.   Did you ever have any time records or

(15)    payroll records for Hector?

(16)          **MR. INGOGLIA: This was also asked and**

(17)       **answered. Over objection, answer one last**

(18)       **time.**

(19)       A.   No.

(20)       Q.   So what were you looking for? What were

(21)    you hoping to find?

(22)          **MR. INGOGLIA: Objection. Don't answer**

(23)       **that. I don't know what he is talking about.**

(24)       Q.   What records did you actually search

(25)    through?

```
 (1)                        Nieto
 (2)      A.   Exactly.
 (3)      Q.   Do you know what spread of hours pay is?
 (4)      A.   Be more specific please.
 (5)      Q.   Have you ever heard of anything called
 (6)   spread of hours pay?
 (7)      A.   No.
 (8)      Q.   When you paid Jonatan, did you give him
 (9)   anything in writing explaining what he was getting
(10)   and why?
(11)      A.   No, he wanted cash.  He knew it was for
(12)   his day of work.  He wanted it right away.
(13)      Q.   In addition to cash, did you hand him
(14)   anything else?
(15)      A.   No, he was not interested in anything
(16)   else except his money.
(17)      Q.   Was the money in an envelope when you
(18)   gave it to him?
(19)      A.   No.
(20)      Q.   For Hector Hernandez when you paid him,
(21)   was that in an envelope or just cash?
(22)      A.   Cash.
(23)      Q.   Did you hand anything to Hector
(24)   Hernandez when you paid him other than the cash?
(25)      A.   No.
```