## BARAHONA V PARADISE TREE SERVICE AND LANDSCAPING CORP.
## SUMMARY OF JUDGMENT

|  | Overtime | Liquidated Damages | Prejudgment Interest | TOTAL |
|---|---|---|---|---|
| Hector Hernandez | $ 10,125.00 | $ 10,125.00 | $ 4,393.97 | $ 24,643.97 |
| Jonathan Barahona | $ 42,750.00 | $ 42,750.00 | $ 23,438.13 | $ 108,938.13 |

**TOTAL** **$ 133,582.10**

**HECTOR HERNANDEZ SUMMARY OF JUDGMENT**

| | | | | | As Of | **5/14/2025** |
|---|---|---|---|---|---|---|
| | | | **OVERTIME** | | | |
| From | To | Weeks | Overtime Owed Per Week | Total | | |
| 3/15/2020 | 11/22/2020 | 36.00 | 281.25 | $10,125.00 | | |
| | | | | | | **$10,125.00** |
| | | | **LIQUIDATED DAMAGES** | | | |
| Liquidated Damages Equal to Overtime Owed | | | | | | **$10,125.00** |
| | | | **PREJUDGMENT INTEREST** | | | |
| From | To | Interm Midpoint | Years from Accrual to Judgment | Overtime Owed | Prejugment Interest (9%) | |
| 3/15/2020 | 11/22/2020 | 7/19/2020 | 4.82 | $10,125.00 | $4,393.97 | |
| | | | | | | **$4,393.97** |
| | | | **TOTAL** | | | **$24,643.97** |

**JONATHAN BARAHONA SUMMARY OF JUDGMENT**

|  |  |  |  |  | **As Of** | **5/14/2025** |
|---|---|---|---|---|---|---|
| | | | **OVERTIME** | | | |
| From | To | Weeks | Overtime Owed Per Week | Total | | |
| 3/15/2017 | 11/22/2017 | 36.00 | 281.25 | $10,125.00 | | |
| 3/15/2018 | 11/22/2018 | 36.00 | 281.25 | $10,125.00 | | |
| 3/15/2019 | 11/22/2019 | 36.00 | 281.25 | $10,125.00 | | |
| 3/15/2020 | 11/22/2020 | 36.00 | 281.25 | $10,125.00 | | |
| 3/15/2021 | 5/10/2021 | 8.00 | 281.25 | $2,250.00 | | |
| | | | | | | **$42,750.00** |
| | | | **LIQUIDATED DAMAGES** | | | |
| Liquidated Damages Equal to Overtime Owed | | | | | | **$42,750.00** |
| | | | **PREJUDGMENT INTEREST** | | | |
| From | To | Single Interm Midpoint | Years from Accrual to Judgment | Overtime Owed | Prejugment Interest (9%) | |
| 3/15/2017 | 5/10/2021 | 4/12/2019 | 6.09 | $42,750.00 | $23,438.13 | |
| | | | | | | **$23,438.13** |