**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
**JONATAN BARAHONA and HECTOR HERNANDEZ,**

                    **Plaintiffs,**                    **Civil Action No.: 2:21-cv-05400**
                                                      **(GRB)(LGD)**

          **-against-**

                                                      **NOTICE OF APPEARANCE**

**PARADISE TREE SERVICE & LANDSCAPE, CORP.**
**and WILLIAM NIETO,**

                    **Defendants.**
-------------------------------------------------------------------------X
**C O U N S E L O R S :**

**TO: The clerk of court and all parties of record**

      **I am admitted or otherwise authorized to practice in this court, and I appear in this**

**case as counsel for the Defendants, PARADISE TREE SERVICE & LANDSCAPE, CORP.**

**and WILLIAM NIETO.**

**Dated: Island Park, New York**
       **June 3, 2025**

                                  **Yours, etc.,**

                                  **THE LAW OFFICE OF GLENN J. INGOGLIA**

                                  *Glenn J. Ingoglia*

          **By:** _____
                                  **GLENN J. INGOGLIA, ESQ. (GI 1655)**
                                  **Attorney for Defendants**
                                  **PARADISE TREE SERVICE & LANDSCAPE**
                                  **CORP. and WILLIAM NIETO**
                                  **104 Long Beach Road**
                                  **Island Park, New York 11558**
                                  **(516) 432-0500 Telephone**
                                  **(516) 432-7333 Facsimile**
                                  **glenn@ingoglialaw.com**

**TO:**
**THE CLERK OF THE COURT**
**U.S. DIST. COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP**
**100 Federal Plaza**
**Central Islip, NY 11722**

**Steven J. Moser, Esq.**
**Moser Law Firm, P.C.**
**133C New York Avenue**
**P.O. Box 710**
**Huntington, New York 11743**
**(631) 824-0200**
**steven.moser@moserlawfirm.com**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JONATAN BARAHONA and HECTOR HERNANDEZ, §
                                        §
                    Plaintiffs,          §  Civil Action No.: 2:21-cv-05400
                                        §      (GRB)(LGD)
        -against-                        §
                                        §  <u>AFFIRMATION OF SERVICE</u>
                                        §
PARADISE TREE SERVICE & LANDSCAPE, CORP. §
and WILLIAM NIETO                        §
                                        §
                                        §
                    Defendants.          §
-------------------------------------------------------------------------X

     I, GLENN J. INGOGLIA, ESQ., declare under the penalties of perjury, on June 3, 2025, I served a copy of the attached NOTICE OF APPEARANCE upon the following parties/offices via the Court's Electronic Case Filing System:

THE CLERK OF THE COURT
U.S. DIST. COURT
EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP
100 Federal Plaza
Central Islip, NY 11722

Steven J. Moser, Esq.
Moser Law Firm, P.C.
133C New York Avenue
P.O. Box 710
Huntington, New York 11743
(631) 824-0200
<u>steven.moser@moserlawfirm.com</u>

Dated: Island Park, New York
     June 3, 2025

                   *Glenn J. Ingoglia*

    **By:** _____
               **GLENN J. INGOGLIA, ESQ. (GI 1655)**

~ 3 ~

**THE LAW OFFICE OF GLENN J. INGOGLIA**
**104 Long Beach Road**
**ISLAND PARK, NEW YORK 11558**
**(516) 432-0500**

**Civil Action No.: 2:21-cv-05400 (GRB)(LGD)**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
========================================================

**JONATAN BARAHONA and HECTOR HERNANDEZ,**
**Plaintiffs,**

    **-against-**

**PARADISE TREE SERVICE & LANDSCAPE, CORP.**
**and WILLIAM NIETO,**
**Defendants.**
========================================================

**NOTICE OF APPEARANCE**
========================================================

**Signature (F.R.C.P. Rule 11)**

*Glenn J. Ingoglia*

**Print name beneath**
========================================================

    **Glenn J. Ingoglia, Esq.**
    **THE LAW OFFICE OF GLENN J. INGOGLIA**
    ***Attorney for Defendants***
    ***PARADISE TREE SERVICE & LANDSCAPE, CORP.***
    ***and WILLIAM NIETO***
    ***Office and Post Office Address, Telephone***
    **104 Long Beach Road**
    **ISLAND PARK, NEW YORK 11558**
    **Phone: (516) 432-0500**
    **Fax: (516) 432-7333**
    **glenn@ingoglialaw.com**

**Steven J. Moser, Esq.**
**Moser Law Firm, P.C.**
**Attorney for Plaintiffs**
**133C New York Avenue**
**P.O. Box 710**
**Huntington, New York 11743**
**(631) 824-0200**
**steven.moser@moserlawfirm.com**