1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x

JONATAN BARAHONA and HECTOR HERNANDEZ,

     Plaintiff(s),

     Civil Action No. 2:21-cv-05400

   -against-

PARADISE TREE SERVICE & LANDSCAPE, CORP. and

WILLIAM NIETO,

     Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - x

     445 Broadhollow Road

     Melville, New York

     February 6, 2023

     10:25 a.m.

    DEPOSITION BEFORE TRIAL of JONATAN

BARAHONA, one of the Plaintiffs, taken by Defendant,

pursuant to Federal Rules and Regulations, and Court

Order, held at the above-noted time and place, before

Lisa Conway, a Stenotype Reporter and Notary Public

within and for the State of New York.

2

```
 1
 2    A P P E A R A N C E S:
 3
 4
 5        MOSER LAW FIRM, P.C.
                  Attorney for Plaintiffs
 6                5 E. Main Street
                  Huntington, New York 11743
 7        BY:   STEVEN J. MOSER, ESQ.
 8
 9
10        THE LAW OFFICE OF GLENN J. INGOGLIA
                  Attorney for Defendants
11                104 Long Beach Road
                  Island Park, New York 11558
12        BY:   GLENN J. INGOGLIA, ESQ.
13
14
15
16
17    ALSO PRESENT:
18        Carolina Barbato, Spanish Interpreter
                  Eiber Translations
19
          Robert Calvert, Videographer
20                In House Video Department, Inc.
21        Hector Hernandez
22        William Nieto
23
24
25
```

3

1

2                    S T I P U L A T I O N S

3

4          IT IS HEREBY STIPULATED AND AGREED by and

5    between the attorneys for the respective parties

6    herein, that filing, sealing and certification shall

7    be and the same are hereby waived.

8

9          IT IS FURTHER STIPULATED AND AGREED that all

10   objections, except as to form of the question, shall

11   be reserved to the time of the trial.

12

13         IT IS FURTHER STIPULATED AND AGREED that the

14   within deposition may be signed and sworn to before

15   any officer authorized to administer an oath, with

16   the same force and effect as if signed and sworn to

17   before the Court.

18

19

20

21

22

23

24

25

4

1

2      THE VIDEOGRAPHER:  We are now on the

3      record.  This is the video operator

4      speaking, Robert Calvert, representing

5      Enright Reporting, offices located at 100

6      South Main Street, Sayville, New York.

7      Today's date is February 6, 2023.  The time

8      on the video monitor is 10:25 a.m.  We are

9      at the offices of Enright Reporting located

10     at 445 Broad Hollow Road, Melville, New

11     York to take the videotaped deposition of

12     Jonatan Barahona in the matter of Jonatan

13     Barahona and Hector Hernandez versus

14     Paradise Tree Service & Landscape, Corp.,

15     et al.  The venue of this case is the

16     United States District Court for the

17     Eastern District of New York.  The Index

18     No. is 2:21-cv-05400.

19          Will counsels please voice identify

20     themselves and state whom they represent.

21          MR. INGOGLIA:  For the Defendant,

22     Paradise Tree Service and William Nieto,

23     Glenn Ingoglia, 104 Long Beach Road, Island

24     Park, New York.

25          MR. MOSER:  For the Plaintiffs,

5

1

2          Jonatan Barahona and Hector Hernandez,

3          Steven Moser, 5 East Main Street,

4          Huntington, New York 11743.

5                THE VIDEOGRAPHER:  Will our court

6          reporter please swear in the interpreter

7          and our witness.

8    C A R O L I N A   B A R B A T O,  called as the

9          Interpreter in this matter, was duly sworn

10         by a Notary Public of the State of New

11         York, to accurately and faithfully

12         translate the questions propounded to the

13         Witness from English into Spanish and the

14         answers given by the Witness from Spanish

15         into English.

16                          -oOo-

17   J O N A T A N   B A R A H O N A,   the Plaintiff

18         herein, having first been duly sworn by the

19         Notary Public, through the Interpreter, was

20         examined and testified as follows:

21   EXAMINATION BY

22   MR. INGOGLIA:

23       Q    State your name for the record, please.

24       A    Jonatan Barahona.

25       Q    State your address for the record, please.

6

1                    JONATAN BARAHONA

2       A    95 Fairview Boulevard, Hempstead, New York

3   11550.

4       Q    Hello, Mr. Barahona.  My name is Glenn

5   Ingoglia.  I represent the Defendants in this matter.

6   I'm going to ask you some questions today.  If at any

7   time you don't understand one of my questions, please

8   let me know and I'll do my best to repeat it.  We're

9   being videoed today and also everything we say is

10  being taken down by the court stenographer.  I'll ask

11  that you allow me to finish a question before you

12  start answering it because the court stenographer can

13  only take down one of us at a time.

14      A    Okay.

15      Q    If at any time you need a break, simply ask

16  and I'll do my best to accommodate it.  The only

17  thing I ask is that if there's a question pending,

18  that you answer the question first before we take a

19  break.

20      A    Okay.

21      Q    Thank you.

22           You've given your name and I just want to

23  make sure your first name, Jonatan, is that spelled

24  J-O-N-A-T-H-A-N?

25      A    No, without the H.

7

1                      JONATAN BARAHONA

2         Q     So you're first name is spelled

3    J-O-N-A-T-A-N?

4         A     Yes, correct.

5         Q     Fabricio, is that spelled

6    F-A-B-R-I-C-I-O?

7         A     Yes.

8         Q     And Lopez is L-O-P-E-Z?

9         A     Correct.

10        Q     And Barahona is B-A-R-A-H-O-N-A?

11        A     Correct.

12        Q     Have you ever been known by any other

13   names?

14        A     No.

15        Q     Do you have any identification with the

16   name Jonatan Barahona?

17        A     Just with those two names, the

18   identification.

19        Q     Containing those names.  They can have more

20   names though.

21        A     Yes, yes, I do have them.

22   *    Q     What are the identifications, what forms?

23        A     I have the picture on my passport.

24        Q     If I can see it, please?

25              MR. MOSER:  Objection.

8

1          JONATAN BARAHONA

2          We'll take the request under

3     advisement.

4          MR. INGOGLIA:  You're objecting to him

5     providing proof of identification?

6          MR. MOSER:  Yes.

7          MR. INGOGLIA:  Let's mark it for a

8     ruling, please.

9     Q     The passport that you were going to show

10 me, does that con -- what name is on that passport?

11    A     The same they gave me.

12    Q     Which is what?

13    A     I'm sorry, which is what?  I don't

14 understand the question.

15    Q     You say the name that you gave me.  I have

16 four names here, so just tell me what names are on

17 the passport.

18    A     All of them.

19    Q     Where is that passport issued from?

20    A     Honduras.

21 *  Q     Do you know when that passport expires?

22          MR. MOSER:  Objection.

23          Don't answer the question.

24          MR. INGOGLIA:  Mark it for a ruling,

25     please.

9

1                          JONATAN BARAHONA

2        Q    Now, your current residence at 95 Ferview

3    Boulevard, how long have you lived there?

4        A    More than one year.

5        Q    Is it possible that you've lived there more

6    than two years?

7        A    Probably.

8        Q    Is it possible you lived there more than

9    three years?

10       A    No.

11       Q    Who do you currently live there with?

12       A    With my wife and my daughter.

13       Q    What's your wife's name?

14       A    It's necessary, all of that?

15       Q    Yes.

16       A    Tatiana Granados.

17            THE INTERPRETER:  Tatiana,

18            T-A-T-I-A-N-A.

19       Q    T-A?

20       A    T-H-A-T-I-A-N-A, Granados,

21    G-R-A-N-A-D-O-S.

22            MR. INGOGLIA:  I'm sorry, you're going

23            to have to spell that for me again,

24            I'm sorry.  T-H-A?

25            THE INTERPRETER:  T-I-A-N-A,

10

1                    JONATAN BARAHONA

2         Thatiana.

3              MR. INGOGLIA:  T-H-A-T-I --

4              THE INTERPRETER:  A-N-A, Granados,

5         G-R-A-N-A-D-O-S.

6    Q    Mr. Barahona, is your wife's first name

7    spelled T-A-T-I-A-N-A or is it spelled

8    T-H-A-T-I-A-N-A?

9    A    The second one that you mentioned.

10   Q    T-H-A-T?

11   A    Correct, yes.

12   Q    How long have you been married?

13   A    Well, I'm not legal me married.  We're just

14   living together.

15   Q    Okay, fine.

16        How long have you been living together?

17   A    For two years.

18   Q    You said you have a child as well?

19   A    Yes.

20   Q    Can you just give me the age and the

21   name?

22   A    Her name's Yaritza, Y-A-R-I-T-Z-A, Barahona

23   and she's five months old.

24   Q    Congratulations.

25   A    Thank you.

11

1              JONATAN BARAHONA

2     Q     That's Yaritza, Y-A-R-I-T-Z-A?

3     A     Yes.

4     Q     Mr. Barahona, what is your date of birth?

5     A     January 24, 1990.

6     Q     95 Ferview is that F-E-R-V-I-E-W or is that

7  spelled differently?

8     A     F-A-I-R-V-I-E-W.

9     Q     Thank you.

10          Prior to living at 95 Fairview Boulevard in

11  Hempstead, where did you live before that?

12     A     In Hempstead.

13     Q     What was the address?

14     A     The name was Gernishon (phonetic spelling),

15  but I don't know how to spell it.

16     Q     Gernishon?

17     A     Gernishon is the way that I'm pronouncing

18  it.  I don't know exactly.  It's been a while that I

19  moved out of there.

20     Q     Was that a private residence?

21     A     It was a house that I was renting.  I don't

22  know if it's private or not.

23     Q     Were you living there with your -- with

24  Thatiana at the time?

25     A     No.

12

1                    JONATAN BARAHONA

2      Q    Who were you living there with, if

3  anyone?

4      A    By myself.

5      Q    Where was this place located?

6      A    In Hempstead.

7      Q    Did you ever live on South Franklin Street

8  in Hempstead?

9      A    No.

10      Q    This place, your prior residence, how long

11  did you live there?

12      A    (Speaking in Spanish after translation.)

13      Q    Yes, the one before Fairview.

14      A    I don't know.  I can't remember.  I can't

15  tell you that.

16      Q    Was it more than a year or less than a

17  year?

18      A    Probably one year maybe.  I'm not sure.

19      Q    Do you have any records that would indicate

20  the address?

21      A    No.

22      Q    Can you please spell, as best you can, the

23  street that you lived on?

24      A    No, I don't know.  I just know that the

25  name was Gernishon, something like that.

13

1                    JONATAN BARAHONA

2       Q     Okay.

3             Prior to living at Gernishon, where did you

4    live before that?

5       A     Is this necessary, all these questions?

6       Q     Let's just do this for this whole

7    deposition.  I'm going to ask questions.  If your

8    attorney has an objection, he'll state it, otherwise

9    I really don't want you to question whether or not

10   it's necessary, please.

11      A     Okay.

12            MR. MOSER:  I just want to note for my

13            client that I believe the question was

14            proper and said in a respectful way.

15            THE WITNESS:  Okay.

16            MR. INGOGLIA:  What's going on?  I

17            have a question pending I think.

18      Q     Prior to living at Gernishon, where did you

19   live?

20      A     I used to live in 22 Court Wall Lane,

21   C-O-U-R-T, Wall, W-A-L-L, lane.

22      Q     Where is that?

23      A     In Hempstead.

24      Q     How long did you live there?

25      A     For like two to three years.

14

1                        JONATAN BARAHONA

2       Q    Was that a house or was it an apartment?

3       A    A house.

4            (Answered in English after translation of

5    the question.)

6       Q    Who did you live there with?

7       A    Alone.

8       Q    All right, we'll go one more.

9            Prior to that where did you live, and we'll

10   move on?

11      A    I don't remember.

12      Q    Did you live in Hempstead?

13      A    I always lived in Hempstead.

14      Q    Always, your entire life?

15      A    No, I live in a different place in Texas.

16      Q    Where?

17      A    I don't remember.

18      Q    Where in Texas was it?

19      A    In Dallas.

20      Q    Okay.

21           What was the address?

22      A    I have no idea.

23      Q    How long did you live in Dallas, Texas?

24      A    One year and 10 months.

25      Q    One year and 10 months?

15

1                    JONATAN BARAHONA

2        A    No, no, for 10 months or one year.

3        Q    Around 10 months to one year, something

4   like that?

5        A    Yes, yes, from 10 months to one year,

6   around that.

7        Q    Prior to living in Dallas, where did you

8   live?

9        A    In Honduras.

10       Q    What part of Honduras did you live?

11       A    Teguciaglpa, T-E-G-U-C-I-G-A-L-P-A.

12       Q    What year did you come to this country?

13       A    In 2014.  Between 2013 and 2014.

14  *  Q    Are you a citizen of the United States?

15            MR. MOSER:  You can translate, but

16            objection.

17            Don't answer the question.

18  *   Q   Are you a citizen of Honduras?

19            MR. MOSER:  Objection.

20            Don't answer the question.

21  *   Q   Have you ever obtained a work visa for the

22  United States whether it's expired or not expired?

23            MR. MOSER:  Objection.

24            Don't answer the question.

25  *   Q   Are you a resident alien of the United

16

1                    JONATAN BARAHONA

2    States?

3                    MR. MOSER:  Objection.

4                    Don't answer the question.

5    *   Q   Are you an illegal alien and you are in the

6    United States illegally?

7                    MR. MOSER:  Objection.

8                    Don't answer the question.

9                    MR. INGOGLIA:  Mark them all for a

10            ruling, please, all the ones he instructed

11            his client not to answer.

12       Q    Did there come a time when you were

13    employed by Paradise Tree Service?

14       A    Yes.

15       Q    When was that?

16       A    In March of 2017.

17       Q    What were you employed as?

18       A    I can't describe it, but I was like the

19    right hand for the head person from the company.

20       Q    Was the head person from the company

21    Mr. Nieto?

22       A    Can you repeat the question?

23       Q    Was the head person from the company

24    Mr. Nieto, the guy who's sitting next to me?

25       A    Yes.

17

1                    JONATAN BARAHONA

2        Q    And when you were hired in March of 2017,

3   how often did you work?

4        A    Five days per week, six times.

5              MR. INGOGLIA:  I'm sorry, five days

6              per week.  What was the --

7              THE INTERPRETER:  Or six days.

8        Q    Five or six days per week?

9        A    Correct.

10        Q    How were you paid?

11        A    $150 per day.

12        Q    Was that cash, check or some other way?

13        A    Cash.

14        Q    How long did you work for Paradise Tree

15   Service?

16        A    Exactly I don't know, but I would say five

17   years.

18        Q    Okay.

19              During that five years, did your salary

20   increase?

21        A    Until I drive.  I drove.

22        Q    What does that mean?  I don't know.  Did

23   your salary increase during those five years?

24                 MR. MOSER:  Objection to form.

25        A    If I didn't have to drive, they used to

18

1                    JONATAN BARAHONA

2    give me $150, but if I have to drive, they increase

3    another $50.

4        Q    So if you had to drive, you're saying you

5    would get paid an additional $50 than your regular

6    salary?

7        A    Yes.

8        Q    But during the course of your employment at

9    Paradise from roughly March 2017 to March of, let's

10   say, 2022, did your salary ever increase, and I'm not

11   talking because you drove or not?

12       A    No.

13       Q    So during the time that you were working

14   for Paradise Tree Service, would it be fair to say

15   that your salary stayed the same the entire time, you

16   never got a raise?

17            MR. MOSER:  Objection as to form.

18            That mischaracterized what the witness had

19            said.

20            MR. INGOGLIA:  Well, I'll ask it

21            then.

22       Q    Did your salary ever increase at any point

23   besides driving during those four years that you

24   worked for Paradise Tree?

25       A    No.

19

1                    JONATAN BARAHONA

2        Q     Okay.

3              Did there come a time during the year when

4    either you would stop working --

5                    MR. INGOGLIA:  Actually, that's the

6              question.

7        Q     Did there come a time during the year while

8    working for Paradise Tree where you would stop

9    working?

10       A     Only when it was raining.

11       Q     How about during the winter months like

12   November, December, January, February?

13       A     We work less December, January, February.

14       Q     When you worked less during December,

15   January and February, would you still earn the same

16   amount, the same salary?

17       A     The same, correct.

18       Q     How often would you drive?

19       A     Since the first day.

20       Q     In other words, you drove a lot or often or

21   all the time, something else?

22       A     A lot.

23       Q     So did you earn -- since you drove --

24                    MR. INGOGLIA:  Withdrawn.

25       Q     Since you drove a lot, did you earn $200

20

1                          JONATAN BARAHONA

2    per day, most of the time?

3         A    Correct.

4         Q    And would it be fair to say that you worked

5    until -- for Paradise Tree until 2021 or something

6    else?

7         A    Only June of 2021.

8         Q    Thank you.

9              Not including December, January and

10   February, the slow months, but the other months, when

11   would your workday start and when would it end

12   normally?

13             MR. MOSER:   Objection as to the

14             form.

15        A    Well, we were supposed to start at

16   7:00 a.m. in the morning.  Sometimes it could be a

17   little bit before or after, but the time to leave, we

18   never had a set time.

19             MR. INGOGLIA:   Do you want a break?

20             MR. MOSER:   No, it's all right.

21        Q    Well, so let me break this down.

22             So you said you were supposed to start at

23   7:00 a.m. in the morning?

24        A    Correct.

25        Q    What time did you normally start?

21

1                    JONATAN BARAHONA

2        A    To work, once you get to the job, you start

3    working, so it could have been 6:50, 7:00 'cause once

4    we walk into the job, we have to start checking the

5    trucks, the tools.

6        Q    Well, didn't you report to Paradise's

7    location where the equipment was first?

8                    MR. INGOGLIA:  Are you shaking your

9               head, counsel?  I rather you not do that.

10              I would rather you not shake your head

11              toward your witness.

12       A    Can you repeat the question, please?

13                   MR. INGOGLIA:  Can you read it back,

14              please.

15                   MR. MOSER:  If I can just advise the

16              witness that you're shifting a little bit

17              in your chair and it's a little

18              distracting, so try not to shift back and

19              forth in your chair.

20                   THE WITNESS:  Okay.

21                   MR. MOSER:  Thank you.

22                   (The requested portion of the record

23              was read by the reporter.)

24       A    Yes.

25       Q    Okay.

22

1                    JONATAN BARAHONA

2            So what time would you normally report to

3    Paradise's location?

4        A    At 7:00 a.m.

5        Q    So you wouldn't report to a job site at

6    7:00 a.m., it would be -- your testimony is that you

7    would report to Paradise's location where the

8    equipment was at 7:00 a.m.?

9        A    Correct.

10       Q    All right.

11            So was that the normal time that you would

12   report to Paradise routinely, 7:00 a.m. in the

13   morning?

14       A    Correct.

15       Q    Were there times when you reported there

16   later?

17       A    Well, we not perfect.  Maybe I arrive 10

18   minutes before or a couple of minutes after.

19       Q    Well, if you always arrive 10 minutes

20   before, they would call you perfect, but okay, fair

21   enough.

22            What time would you then -- what would you

23   do when you got to the Paradise place where they keep

24   the equipment?

25                    THE INTERPRETER:  I am sorry, can you

23

1          JONATAN BARAHONA

2          repeat the question?

3               MR. INGOGLIA:  Yeah.

4     Q     What would you do when you got to

5 Paradise's location?

6     A     Well, we had to load the truck with all the

7 tools and I had to warm up the truck and then we

8 started like driving to the job site that we have to

9 go to.

10     Q     What time would you normally arrive at your

11 first job site?

12     A     Depends what it was 'cause sometimes it's a

13 long trip.  Sometimes it could be a short trip.  I

14 can't give you like a specific time.

15     Q     Well, if it was a long trip, when would you

16 arrive there?

17     A     In one hour or an hour and a half maybe

18 because remember, we had to drive commercial time.

19     Q     While you were working for Paradise, were

20 you aware of any time limitations that you had as far

21 as when you could actually start working at a job

22 site?

23     A     In the estimate, we were supposed to arrive

24 within an hour, but sometimes we were not on time --

25 we couldn't get it on time.

24

1                    JONATAN BARAHONA

2      Q     Okay.

3            What I mean is what was the earliest you

4  could start working at a job site?

5      A     At eight o'clock in the morning.

6      Q     Okay, thank you.

7            On average, when did the workday end?

8      A     Depends of the job.  Sometimes it could

9  take us from four to five days and it could last like

10 three hours.  It depends.  Depends the kind of job we

11 have to do.  Could take one day.  I don't know.

12     Q     What I really mean is what time did the

13 workday end?

14     A     Until we finish.

15     Q     What time would that be?

16     A     Depends on the job what that we have to do.

17 I cannot give you a specific time.

18     Q     Would it be fair to say that it would be

19 less than 10 hours per day that you would work?

20     A     Correct.

21     Q     Thank you.

22           Is it possible that the average workday

23 would be less than eight hours?

24           MR. MOSER:  Just for the record, I

25           would like the question read back.

25

1          JONATAN BARAHONA

2              MR. INGOGLIA:  Sure.

3              MR. MOSER:  Because I believe --

4              MR. INGOGLIA:  -- go ahead.

5              MR. MOSER:  There was a

6          mistranslation.

7              (The requested portion of the record

8          was read by the reporter.)

9              MR. MOSER:  The average workday.

10     A     Sometimes.

11     Q     How about would the average workday at

12 times be less than six hours?

13     A     We never worked for that amount of time.

14     Q     For less than six hours?

15     A     No, because we always work with a schedule,

16 so the owner of the company usually give us a

17 schedule and we have to work for those hours that he

18 give it to us.

19     Q     So what I'm asking is, were there times

20 you worked less than six hours per day?

21     A     When we went to do a job for three hours or

22 sometimes for two hours.

23     Q     I'm talking about for the whole day, were

24 there times you had worked less than six hours per

25 day?

26

1                        JONATAN BARAHONA

2        A       Maybe.

3        Q       Now, let's focus on the months of December,

4   January and February.

5        A       Okay.

6                MR. INGOGLIA:  Actually, you know

7                what, can we take a five-minute break?  I

8                need to get water or something.

9                THE VIDEOGRAPHER:  We are going off

10               the record.  The time is 11:11.

11               (A short recess was taken.)

12               THE VIDEOGRAPHER:  We're now back on

13               the record.  The time is 11:21.

14   CONTINUED EXAMINATION BY

15   MR. INGOGLIA:

16       Q       Mr. Barahona, I'd like to talk to you about

17   those months that you worked at Paradise Tree during

18   December, January and February.

19               (Witness started speaking in Spanish.)

20       Q       I didn't ask anything yet.  I'm just

21   directing your attention.

22               So during those months, what was your

23   average workday and how many days per week did you

24   work on average?

25       A       Okay.

27

1          JONATAN BARAHONA

2          So those days we -- on that time we used to

3   work two or three days per week and then we also used

4   to work eight hours per day because it gets dark

5   early, so we leave the job earlier.

6          Q    So just so I'm correct, during the months

7   of December, January and February, you would normally

8   work two to three days per week and approximately

9   eight hours per day?

10         A    Correct.

11         Q    Okay, thank you.

12         What would you be paid during the months of

13  December, January and February for work those two to

14  three days per week?

15         A    $200 per day.

16         Q    Was there ever a time that you worked for

17  Paradise Tree in the roughly four years that you

18  worked there that you didn't earn $200 per day?

19         A    Yes, because I was driving.  If I didn't

20  have to drive, only $150.

21         Q    Okay.

22         Well, in the four years that you worked

23  there, how often would you say it was that you didn't

24  have to drive?

25         A    It was very rare.  I almost always have to

28

1                         JONATAN BARAHONA

2      drive.

3           Q     Okay.  All right.

4                 When you were working there for the last

5      month or so, let's say, who were you working -- who

6      were the other people you worked with?

7           A     We were five people in total.

8           Q     That was like the last month you were

9      there?

10          A     The months, yes, but the last days that I

11     work there, we were like eight people.

12          Q     Okay.

13                Did you work with any of the same people

14     from the time you started to the time you ended?

15          A     Except Hector.

16          Q     Did you work with anyone else besides

17     Hector?

18          A     With the same people that we used to have.

19     Sometimes we used to pick up some people at Home

20     Depot, but just to work for the day.

21          Q     Do you know the names of any of the people

22     that you worked with regularly, besides Hector?

23          A     Yes.

24          Q     And who are they?

25          A     Jorge, J-O-R-G-E, Mario, M-A-R-I-O, Armando

29

```
 1                    JONATAN BARAHONA
 2    A-R-M-A-N-D-O.
 3         Q    Do you know Jorge's last name?
 4         A    Maldonado, M-A-L-D-O-N-A-D-O.
 5         Q    Do you know Mario's last name?
 6         A    No, I don't know their last name, either
 7    the other one.  Just the name.
 8         Q    But you know Jorge Maldonado?
 9         A    He was the one who brought me into the
10    company.
11         Q    Oh, okay.
12              When you left the company, was Jorge
13    Maldonado still working there?
14         A    He worked for another year.
15         Q    How about Hector Hernandez, how long did
16    you work with him?
17         A    For one year.
18         Q    And that was at Paradise Tree?
19         A    Correct.
20         Q    So Hector Hernandez, to your knowledge,
21    worked for Paradise Tree for one year?
22              MR. MOSER:  Objection as to form.
23              Mischaracterization.
24              MR. INGOGLIA:  Can he answer the
25              question?
```

30

1                    JONATAN BARAHONA

2              MR. MOSER:  Over my objection.

3      A    Not exactly, but I do know that it was for

4 about one year.

5      Q    Are you and Mr. Hernandez friends outside

6 of work?

7      A    Correct.

8      Q    Okay.

9           You said that Mr. Maldonado brought you

10 into Paradise, so to speak, told you about the job,

11 something like that, right?

12     A    Yes, correct, he used to be the manager.

13     Q    Okay.

14          Was there a time when you became the

15 manager of Paradise Tree?

16     A    No, never.

17     Q    Prior to working for Paradise Tree, did you

18 work for another landscape or tree service company?

19     A    Yes.

20     Q    What was the name of that company?

21     A    I worked for a few of them.  The other one

22 was Metropolitan Landscaping Services -- Metropolitan

23 Tree Service.

24     Q    When did you work for Metropolitan?

25     A    I work for a few days.  I work in several

31

1                    JONATAN BARAHONA

2    ones.  So I just work, like if they call me, I used

3    to work.  Not like in Paradise that I had a permanent

4    job.

5          Q    Are you claiming in this action, this

6    lawsuit, that Paradise Tree Service didn't pay you

7    enough overtime hours or any overtime hours or

8    something else?

9          A    All the overtime they didn't pay me.

10         Q    Is that all the overtime did you say?

11         A    I never received any extra payment.  Only

12    the regular pay.

13         Q    When you say you never received any extra

14    payment, the overtime, would it be fair to say that

15    that was for the entire time that you worked there,

16    the approximate four years?

17         A    For the four years.

18         Q    Have you calculated yourself what that

19    amount of money that you didn't receive from Paradise

20    is, how much it's worth?

21         A    Not exactly.  The only thing that I know is

22    we used to make about 60 hours per week.

23         Q    I'm not sure exactly what you're referring

24    to.

25              What I was asking is did you calculate

32

1                          JONATAN BARAHONA

2      yourself how much money you in your -- by your own

3      thoughts should have been paid?

4           A     The percentage of the hours that they

5      didn't pay me.

6           Q     All right.  Okay.

7                 For the four years, do you think the amount

8      that you weren't paid for those overtime hours was

9      less than, equal to or greater than $10,000?

10          A     More.

11          Q     How much more?

12          A     I don't know exactly.

13          Q     Is it less than -- that amount, is it less

14     than or equal to or over $20,000?

15          A     I don't know exactly.

16          Q     Do you know approximately how much it is?

17                MR. MOSER:  Objection.  Privileged.

18                MR. INGOGLIA:  Privilege?

19                MR. MOSER:  Yes.

20          Q     Well, I'm not -- let me make it clear.

21     I'll withdraw that question, but I'm not asking you

22     to tell me any conversations you've had with your

23     attorney, okay.  What I'm asking is if you yourself

24     have an idea, or based on your own thoughts, your own

25     calculations, as to how much you're owed?

33

1                    JONATAN BARAHONA

2        A    Not exactly.

3        Q    Okay.

4             Do you have an idea, and again not based on

5    your conversations with your attorney, but you

6    yourself, do you have an idea of how many hours of

7    overtime you're owed?

8        A    12 hours per week, 48 -- I probably will

9    say maybe 50 hours extra per month for all those four

10   years.

11       Q    So 50 hours extra per month for those four

12   years?

13                 MR. MOSER:   What did the witness

14           say.

15       A    How many hours should it be?

16       Q    I don't know how many hours.  It's his

17   testimony.  I'm asking you.

18            So 50 hours per month though for four years

19   was your testimony?

20       A    (Witness nods head.)

21       Q    Which comes out to 2,400 overtime hours

22   during those 48 months?

23       A    That is not exactly the amount, right?

24       Q    48 times 50 is 2,400, so I'm just going by

25   what you said.

34

1                    JONATAN BARAHONA

2       A    But it's not exactly the amount.  It's just

3  something I say like minimum.

4       Q    Is it more than 2,400 hours of overtime

5  that you believe you're owed?

6       A    Well, exactly I would say 20 hours per

7  week, that would be the amount, so exactly of 80,

8  that would be the amount.

9       Q    20 hours per week?

10       A    So I was supposed to work 40 hours per week

11  and I was working 55, sometimes 65 hours.  I don't

12  know exactly.

13       Q    So is it fair to say that according to you

14  you worked about 15 to 20 hours per week in overtime

15  that you didn't get paid for?

16       A    Correct.

17       Q    And that lasted for the four years roughly

18  that you worked there?

19       A    Not exactly.  Sometimes in hurricane time

20  we were supposed to start at 6:00 a.m. and end at

21  8:00 p.m.

22       Q    You were supposed to start?

23       A    Only in that case.  We didn't have like a

24  specific time to start or to end.

25       Q    Okay, but what about during the months of

35

JONATAN BARAHONA

2  December, January and February, are you saying that

3  during those months you also worked 15 to 20 hours

4  per week in overtime that you weren't paid for?

5      A    No.

6      Q    So would it be fair to say you're not

7  claiming overtime -- unpaid overtime for December,

8  January and February?

9      A    I will say January and February, that those

10 are the days that we didn't have long hours.  Like I

11 say before, it gets dark early so we only work for

12 eight hours.

13     Q    You stated before that December, January

14 and February you worked two to three days per week

15 and you also stated that on those two to three days

16 per week, you worked approximately eight hours per

17 day and you mentioned the darkness.  Does that sound

18 correct to you or do I have that wrong?

19     A    Yes, it's correct.

20     Q    Okay.

21          So it would be fair to say for the months

22 December, January and February each year that you're

23 not claiming that you weren't paid overtime hours

24 during those months?

25     A    I didn't work, didn't do those.

36

1                       JONATAN BARAHONA

2       Q     I'm sorry?

3       A     Can you repeat the question again?

4       Q     Yeah.

5             All the hours that you're claiming that you

6    weren't paid for overtime work occurred, okay, March

7    through November, correct?

8       A     Correct.

9       Q     Okay.

10      A     (Continuing) I'm claiming what it is.

11      Q     Okay.

12            Now, is it also your claim that, so

13   through, let's say, March through November, those

14   nine months, that you're claiming each week you

15   weren't paid approximately 15 to 20 hours worth of

16   overtime?

17      A     Correct.

18      Q     Would it be fair to say for one year from

19   March to November at a rate of 15 to 20 hours per

20   week of unpaid overtime, that equals 580 hours to 780

21   hours for those nine months of unpaid overtime?

22      A     Okay.

23      Q     Okay.

24            And approximately for the four years that

25   you worked there, according to your testimony,

37

JONATAN BARAHONA

there's 2,340 to 3,120 of unpaid hours of overtime?

    A    Okay, I don't know the exact amount of
hours, but they were unpaid.

    Q    Okay.

         Is this the first claim you've ever made
about not being paid overtime hours?

    A    Depends because if I work for one person
for one day, I cannot just go and claim one day, but
this one I worked for a long time.

    Q    Were you ever involved in another lawsuit
where you sued another employer for like for the
claims you are making here?

    A    Correct.

    Q    When was that?

    A    I don't remember.  It has been a long
time.

    Q    When was the -- what was the name of the
company you sued?

    A    Joe's Complete Tree Service.

    Q    Was that in 2016?

    A    I don't remember the day exactly.

    Q    I'm not asking the date exactly.  I'm
asking was it in the year 2016 that you made that
claim?

38

1                            JONATAN BARAHONA

2        A      I don't remember.

3        Q      Was it in 2017?

4        A      No, I don't have the day exactly.

5        Q      What claims did you make in that case?

6        A      For the same thing.

7        Q      Well, for how long?

8        A      For how long what?

9        Q      Did you make a claim for overtime hours

10   that weren't paid to you?

11       A      I just worked there for one year.

12       Q      Did you ever reside at 54 Remsen Avenue in

13   Hempstead?

14       A      Yes.

15       Q      When did you reside there?

16       A      I don't remember.

17       Q      Well, was it 2022?

18       A      No.

19       Q      Was it 2021?

20       A      No, I don't remember.  Maybe in 2014

21   or 2015.

22       Q      Okay, fair enough.

23              Did you work for Jonathan's Tree -- sorry,

24   Joe's Complete Tree Service from March 2012 until

25   approximately March 2016?

39

1                    JONATAN BARAHONA

2      A    I don't have the specific day.  It's been a

3  long time.

4      Q    I'm not asking specifics.  I'm asking

5  approximately.

6           Did you work for them approximately from

7  March 2012 until approximately March 2016?

8      A    That's my answer.  I have no idea.

9           MR. MOSER:  Counselor, I have a twelve

10          o'clock call with a court that I cannot --

11          MR. INGOGLIA:  We can break then.

12          MR. MOSER:  I just need 15 minutes.

13          MR. INGOGLIA:  Tell me when you want

14          to break.

15          MR. MOSER:  Can we break now?

16          MR. INGOGLIA:  We can and then I guess

17          we should just break for like a half hour

18          or something.

19          MR. MOSER:  For lunch?

20          MR. INGOGLIA:  I guess so.  That makes

21          sense.

22          MR. MOSER:  That makes sense.

23          MR. INGOGLIA:  Do you guys agree with

24          that?

25          MR. MOSER:  Yeah.

40

1          JONATAN BARAHONA

2               THE VIDEOGRAPHER:  We're going off the

3          record the time is 11:54.

4               (Recess from 11:54 a.m. until

5          12:37 p.m.)

6               THE VIDEOGRAPHER:  We are now back on

7          the record.  The time is 12:37.

8               MR. INGOGLIA:  Thank you.

9     CONTINUED EXAMINATION BY

10    MR. INGOGLIA:

11         Q    Mr. Barahona, I believe we were talking

12    about the prior lawsuit that you had made, that you

13    had commenced against Joe's Tree Service.  Do you

14    recall that lawsuit?

15         A    I just know that I worked there before I

16    started in Paradise.

17         Q    Well, I'm asking about the lawsuit

18    specifically.  Do you recall commencing a lawsuit

19    against Joe's Complete Tree Service in or

20    about 2016?

21         A    In 2016 when I work?

22         Q    Do you recall commencing a lawsuit against

23    Joe's Complete Tree Service in 2016?

24         A    Maybe in 2015, 2016 that happened around

25    that time.  We are already in 2023.

41

1                          JONATAN BARAHONA

2        Q    Thank you.

3              MR. INGOGLIA:  Can we mark that,

4              please.

5              (A 10-page Collective Action

6              Complaint was received and marked

7              Defendants' Exhibit A for identification,

8              as of this date.)

9        Q    Mr. Barahona, I'm going to show you

10   something that's been marked as Defendants' -- a

11   document that's been marked as Defendants' Exhibit A

12   with today's date on it.

13             MR. INGOGLIA:  I'll show it to counsel

14             first.

15       Q    I'd just like you to look at that document

16   and tell me if that refreshes your recollection as to

17   when you commenced a lawsuit against Joe's Complete

18   Tree Service (handing).

19             (Witness examines document.)

20       A    It has the translation in Spanish?  No.

21       Q    I understand.

22             Would it be fair to say that you did not --

23   you're not -- you do not -- you're not able to read

24   English?

25       A    No.

42

1                    JONATAN BARAHONA

2        Q    Okay.

3             With regard to speaking English, can you

4    speak any English?

5        A    No.

6        Q    Now, it says on paragraph 30 of the

7    document that I just -- Defendants' Exhibit A,

8    paragraph 30, it says Plaintiff Jonatan Barahona was

9    employed by Defendants at Joe's Complete Tree

10   Service, Inc. from in or around March 2012 until in

11   or around March 2016.

12             MR. MOSER:  If I may, the witness is

13             not reading the question from the document

14             that's in front of him.  He's being asked

15             the question, so if the question can just

16             be translated to him rather than him

17             referencing the document --

18             MR. INGOGLIA:  You didn't let me

19             finish my question.  You interrupted me

20             before.  That was a preemptive to my

21             question.

22             MR. MOSER:  Oh, yeah, I'm sorry, about

23             that.

24             MR. INGOGLIA:  Yeah, that's cool.

25             Yeah, why not.  Why don't I just read that

43

1                          JONATAN BARAHONA

2              over again.

3                     MR. MOSER:  I guess I just want to

4              clarify --

5                     MR. INGOGLIA:  Can we off for a second

6              and then you can tell?

7                     MR. MOSER:  We can stay on.

8                     MR. INGOGLIA:  All right, stay on.

9                     MR. MOSER:  You just want to clarify

10             that there's no basis for questioning him

11             regarding this particular document.  I have

12             no objection to you asking him whether a

13             particular statement is true or false.  I

14             just -- it just seems a little confusing to

15             him to be looking at a document with the

16             translator there, so that's my only

17             objection.

18                     MR. INGOGLIA:  Okay, well back on --

19             well, we're still on.

20     CONTINUED EXAMINATION BY

21     MR. INGOGLIA:

22        Q    Mr. Barahona, paragraph 30 of this document

23     states -- I understand you can't read English, but we

24     do have a translator here, okay.  Paragraph 30 of

25     this document states you worked for Joe's Complete

44

JONATAN BARAHONA

1   Tree Service from about March 2012 until March 2016.

2   My question is are those dates accurate to indicate

3   when you did work for Joe's Complete Tree Service?

4       A    I couldn't tell you that.  Maybe my

5   translation was wrong because in 2012, I don't think

6   so.  I only work for one year for that company.

7       Q    Okay.

8            Defendants' Exhibit A, paragraph 31 states

9   that your primary duties were as a tree cutter and

10  performing other miscellaneous duties from March 2012

11  until March of 2016.  Is that statement accurate?

12      A    I couldn't tell you exactly the date

13  because I don't know if I make a mistake with the

14  translation telling them the date, the correct date.

15  The duties, yes, that's what I used to do, but

16  regarding the date, I'm not sure.

17      Q    Okay.

18           Despite what the document says, when did

19  you work for Joe's Tree Service?

20      A    I don't remember.  It was a long time ago.

21  I have no idea.

22      Q    It had to be before this lawsuit,

23  correct?

24      A    Correct.

45

1                    JONATAN BARAHONA

2       Q    Okay.

3            And if this lawsuit was filed on July 11,

4   2016, would it be fair to say that you worked for

5   Joe's Complete Tree Service before that date, before

6   July 11, 2016?

7       A    Yes, I worked for them before 2016, but the

8   manager from Paradise is the one who is suing Jorge

9   Maldonado.

10      Q    Is that it?

11      A    So like what I did for them, yes.  I just

12  don't remember the exact date, that was the correct

13  date.  Like we are today that I'm having the

14  interpreter in front of me that is translating for me

15  in Spanish, it wasn't like that back then when I was

16  giving those dates.

17      Q    Uh-huh.

18           Did you ever -- did you settle this

19  lawsuit?

20      A    With who?  Settle with who?

21      Q    With the people you were suing.

22      A    Like I say before, like Jorge Maldonado was

23  the one that translate for this case, so he was the

24  one who came up to tell us they came to a settle, but

25  like I don't know anything else.

46

1                    JONATAN BARAHONA

2        Q    So you don't know if you settled the

3   case?

4        A    Well, they tried the case.  They came to a

5   settle, but like I say before, Jorge was the one who

6   translate for us.

7        Q    Did you receive any money?  Do you recall

8   receiving a check?

9        A    Yes.

10       Q    Okay.

11            How much was it?

12       A    6,500.

13       Q    Did you cash that check in any bank

14   account?

15       A    They gave it to me and William change it

16   for me, the owner of Paradise.

17            MR. INGOGLIA:  That's B.

18            (A photocopy of a check was received

19            and marked Defendants' Exhibit B for

20            identification, as of this date.)

21            MR. INGOGLIA:  Thank you.

22       Q    Mr. Barahona, I'm going to show you -- I'm

23   showing to counsel first -- what is marked

24   Defendants' Exhibit B for identification.  It's

25   actually a copy of the front and back of a particular

47

```
 1                    JONATAN BARAHONA
 2   check.  I would like you to just take a look at it
 3   and let me know if you recognize that check
 4   (handing).
 5              (Witness examines document.)
 6        A    Yes, this is the check.
 7        Q    Thank you.
 8              So you're stating that where it states in
 9   Defendants' Exhibit A that you worked for Joe's
10   Complete Tree Service for four years, that that's not
11   accurate; is that correct?
12        A    Like I say before, I didn't work for that
13   amount of years.  I only work for one year.  I don't
14   know why it says it like that.
15        Q    Okay.
16              MR. INGOGLIA:  What did he say?
17        A    Probably like the translation.
18        Q    I'm going to show you Defendants' Exhibit B
19   again.  It's the check.  It's the backside of the
20   check.  I'm going to ask you to take a look at that
21   (handing).
22              (Witness examines document.)
23        Q    Now, it has -- your name appears there,
24   correct?
25        A    This is my name, correct, and this is
```

48

1                          JONATAN BARAHONA

2    William's name (indicating).

3         Q    And you endorsed the check to William?

4         A    So, he has changed it to me because back

5    then I didn't have a bank account so I couldn't cash

6    the check.

7         Q    Right, so you signed over the check to

8    William, correct?

9         A    Yes, yes.

10        Q    And then William cashed it and presumably

11   gave you the money; is that correct?

12        A    Yes, gave me the whole money.

13        Q    Okay.

14             Now, below your name do you see where I

15   believe it says Republic de Honduras ID?  Do you see

16   that?

17        A    This one, yes.

18        Q    Yes, then underneath that we have a number.

19   Can you tell me what this number is, what the numbers

20   are?

21        A    This is my ID number, 0801199004804 and my

22   date of birth.

23        Q    Then what is the number to the left of your

24   date of birth?

25        A    I don't know exactly.  Could it be the day

49

JONATAN BARAHONA

2    that they gave to me.  I don't know exactly.

3        Q    Whose handwriting is the Republic de

4    Honduras?  Whose handwriting is that?

5        A    I don't know.  This is not my handwriting.

6    This is mine.  This is different (indicating).

7        Q    Your signature is your handwriting?

8        A    I had a signature.  They just told me to

9    print my name.

10       Q    Do you know who wrote the information below

11   your name?

12       A    So, I don't know.  When he cash the check

13   at the bank, so they required my ID to prove that

14   that was my full name.

15       Q    What ID did you give them?

16       A    The ID from my country.

17       Q    Which is what?  What's it called?  What's

18   the document called?

19       A    How you call the ID?  I don't understand.

20       Q    You don't know what the ID is called?  Is

21   it a driver's license?  Is it a passport?

22       A    It was an ID.  That's it.

23       Q    Who issued it?

24       A    From my country.  I brought it from my

25   country when I came.

1              JONATAN BARAHONA

2       Q     Do you still have that ID?

3       A     Correct.

4       Q     Do you have it with you?

5       A     Right now, no.

6       Q     Do you have it at home?

7       A     I have to look for it.

8             MR. INGOGLIA:  We'll call for

9             production of that.

10            MR. MOSER:  We'll take that request

11            under advisement.

12      Q     So this number 0801199004804, it looks

13 like, what number is that?

14      A     Could it be the ID number because this is

15 also my date.

16      Q     Let me just -- you do not know what this

17 number signifies here, the one that apparently looks

18 like 118 with a line 16 with a line 2009?  Do you

19 know what that number is or refers to?

20      A     I don't know exactly.  It could be the date

21 when I went to get my ID.

22      Q     So it's possible that this number appears

23 on your ID, this number right here, the one that says

24 118, apparently 16, 2009?

25      A     I have to verify.

51

JONATAN BARAHONA

2          MR. INGOGLIA:  Again, we repeat our

3          request to produce the Honduras ID.

4      Q     Has anyone been translating for you during

5  the course of this case?  I don't want to know what

6  you said to your attorney.  I just want to know has

7  anyone been translating for you?

8          MR. MOSER:  Objection as to form.

9      A     So like I say before, Jorge was the one who

10  was translating for my attorney.  So me and my

11  friend, they used to ask like what did we do.  In a

12  few words, they were like going directly to Jorge,

13  not for us because of the language barrier.

14      Q     I understand.

15          I'm specifically referring to now, to this

16  case, the one you're involved in now, not the old

17  case, okay?

18      A     Oh, so who has been translating?

19      Q     Yes, for this case.

20      A     Well, my attorney speaks Spanish.

21      Q     Okay.

22          Is that how you communicate with your --

23          MR. MOSER:  Objection.

24          MR. INGOGLIA:  You have to let me

25          finish my question.

52

1                    JONATAN BARAHONA

2            MR. MOSER:  Okay.

3            MR. INGOGLIA:  I can ask.  Methods of

4      communication are not privileged.

5      Q    I'm asking -- I don't want to know what you

6  tell your attorney.  I just want to know if there's

7  anyone else who translates for you when you

8  communicate with your attorney?

9      A    No, he speaks Spanish and his secretary

10  speaks Spanish.

11     Q    Okay.

12          What would be your normal ending time when

13  you worked for Paradise Tree?  Like during the months

14  of March to November, what would be the normal

15  time, customary time that you would end each day?

16     A    So in total like I would say I will end

17  between 6:00, 7:00 p.m.  Sometimes it went up to

18  8:00 p.m. because if it's a long trip, I'm still like

19  making money when I'm driving the truck from the

20  company.

21     Q    Okay.

22          Did you ever request from Mr. Nieto that he

23  pay you for your overtime hours?

24     A    Always.

25     Q    Always, what does that mean?

53

1                          JONATAN BARAHONA

2       A     I always told him that I want to get a

3    raise for what to do.

4       Q     I'm not talking about a raise.  I'm talking

5    about being paid for the overtime hours you say you

6    weren't being paid for?

7       A     No, I never receive any payment.

8       Q     I didn't ask if you received it.  I asked

9    did you ever ask him for it?

10      A     You're asking about the hours?  I just told

11   him that what he didn't pay me.

12      Q     Did you ever ask him to pay you the unpaid

13   overtime hours that you're complaining about in this

14   action?

15      A     I always had the problem with him.

16            MR. MOSER:  I'd like to take a break

17            for just one minute, speak with the

18            witness.

19            MR. INGOGLIA:  I'd like to finish this

20            question because we're going back and forth

21            on it.

22            MR. MOSER:  Well, the question was

23            answered.

24            THE VIDEOGRAPHER:  We are going off

25            the record.  The time is 1:10.

1              JONATAN BARAHONA

2         (A short recess was taken.)

3         THE VIDEOGRAPHER:  We are now back on

4         the record.  The time is 1:13.

5  CONTINUED EXAMINATION BY

6  MR. INGOGLIA:

7    Q    So during your employment with Paradise

8  Tree Service, did you ever complain to Mr. Nieto that

9  you weren't getting paid for your overtime hours?

10   A    Correct.

11   Q    When was that?

12   A    Many times I ask for it.

13   Q    When was the first time?

14   A    I don't remember.

15   Q    All right.

16        MR. INGOGLIA:  So I guess we'll make

17        this C.

18         (A two-page declaration was received

19        and marked Defendants' Exhibit C for

20        identification, as of this date.)

21   Q    I'm showing you what has been marked as

22  Defendants' Exhibit C for identification today.  Do

23  you recognize that document (handing)?

24         (Witness examines document.)

25   A    Correct.

55

1                    JONATAN BARAHONA

2        Q     What is it?

3        A     This is what I spoke with my attorney about

4    what I'm claiming.

5        Q     Okay.

6              When you asked Mr. Nieto about paying you

7    for overtime hours, what, if anything, did he say to

8    you?

9        A     If I didn't like it, just leave.

10             MR. INGOGLIA:  That will be the last

11             one.

12             (A one-page uniform traffic ticket

13             was received and marked Defendants' Exhibit

14             C for identification, as of this date.)

15       Q     Mr. Barahona, I'm showing you what has been

16   marked as Defendants' Exhibit D for today.  Do you

17   recognize what that's a copy of (handing)?

18             (Witness examines document.)

19       A     Yes, that's a ticket.

20       Q     It's a ticket you received?

21       A     No, I put it under a different address

22   because where I used to live, it was not secure,

23   safe.

24       Q     You put the ticket under a different

25   address?

1                    JONATAN BARAHONA

2        A     Yes, because where I used to live, it

3    wasn't safe and I have to receive this.

4        Q     Right, okay.

5             The violation that's alleged on this ticket

6    is unlicensed CDL operation.  Do you recall that?

7        A     Yes, this ticket was in the parkway, a

8    ticket that he was supposed to pay, and I had to pay

9    that with that condition I was driving.  Not only me,

10   the whole company.

11       Q     Okay.

12             So it says here that this occurred on the

13   Long Island Expressway eastbound at 48 weigh station.

14   Do you recall if that's where you got this ticket?

15       A     Correct.

16       Q     So how did you get this ticket exactly, did

17   you pull into the weigh station, were you pulled over

18   by somebody or something else?

19       A     So, I was driving the truck and on that

20   parkway on 495 there is a scale where they make the

21   trucks stop and they weigh them, DOT.  That's how

22   they call it.  So they stopped me and I didn't have

23   the license.

24       Q     Did you have any license on you?

25       A     No, none.

57

1                       JONATAN BARAHONA

2         Q    Neither a regular driver's license?  I'm

3    not talking about a CDL.  I'm talking about just a

4    regular driver's license.

5         A    No, none.

6         Q    On the ticket underneath it says LIC,

7    period, state and it has the letters O and T.  Do you

8    know what that refers to?

9         A    No.

10        Q    When they stopped you, did they ask you for

11   your license?

12        A    That was the first thing.

13        Q    So the address that appears on here

14   underneath your name is 208 South Franklin Street.

15   Whose address is that?

16        A    It's one of his ex-worker.

17        Q    One of whose ex-worker?

18        A    From William.

19        Q    What's the name of that ex-worker?

20        A    Jorge is also his name.

21        Q    What's his last name?

22        A    I don't know.

23        Q    How did you know his address?

24        A    I was his friend.

25        Q    Okay.

58

1                    JONATAN BARAHONA

2          So you don't know his last name?

3      A    No, because he was in the truck with me

4  when I got pulled over.

5      Q    I see.

6          Is there any reason why you gave them

7  Jorge's address instead your address?

8      A    Because where he lives, nothing get lost

9  instead of where I live.

10              MR. INGOGLIA:  All right, I have

11          nothing further.

12              THE VIDEOGRAPHER:  We are going off

13          the record.  The time is 1:26.

14                  -oOo-

15          (Time noted: 1:26 p.m.)

16

17

18

19

20

21

22

23

24

25

59

1

2    A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK    )

5                         :

6    COUNTY OF            )

7

8                I, JONATAN BARAHONA, hereby certify

9    that I have read the transcript of my testimony taken

10   under oath in my deposition of February 6, 2023; that

11   the transcript is a true, complete and correct record

12   of what was asked, answered and said during this

13   deposition, and that the answers on the record as

14   given by me are true and correct.

15

16                                    _____

17                                    JONATAN BARAHONA

18

19

20   Subscribed and sworn to

21   before me this _____ day

22   of _____, 2023

23

24   _____

25        Notary Public

60

```
 1
 2                        I N D E X
 3   WITNESS           EXAMINATION BY            PAGE
 4   Jonatan Barahona  Mr. Ingoglia               5
 5
                       E X H I B I T S
 6
     DEFENDANTS'       DESCRIPTION               PAGE
 7
     A                Collective Action Complaint  41
 8
     B                Photocopy of a check        46
 9
     C                Declaration                 54
10
     D                Uniform traffic ticket      55
11
12                    R E Q U E S T S
13   DESCRIPTION                                 PAGE
14   Production of Honduras ID                    50
15   Second request for production of Honduras ID  51
16
                       R U L I N G S
17
     ATTORNEY'S NAME                             PAGE
18
     Mr. Ingoglia                                 7
19
     Mr. Ingoglia                                 8
20
     Mr. Ingoglia                                15
21
     Mr. Ingoglia                                15
22
     Mr. Ingoglia                                15
23
     Mr. Ingoglia                                15
24
     Mr. Ingoglia                                16
25
```

Enright Court Reporting    (631) 589-7788

61

```
 1

 2                    C E R T I F I C A T E

 3

 4    STATE OF NEW YORK   )

                          :   SS:

 5    COUNTY OF NASSAU    )

 6

 7          I, LISA CONWAY, a Shorthand Reporter and

 8    Notary Public within and for the State of New York,

 9    do hereby certify:

10          That JONATAN BARAHONA, the witness whose

11    deposition is hereinbefore set forth, was duly sworn

12    by me, and that such deposition is a true record of

13    the testimony given by such witness.

14          I further certify that I am not related to any

15    of the parties to this action by blood or marriage,

16    and that I am in no way interested in the outcome of

17    this matter.

18          IN WITNESS WHEREOF, I have hereunto set my

19    hand this 6th day of February, 2023.

20

21

22

23                        _____

                                    LISA CONWAY
24

25
```

## A

A-N-A 10:4
A-R-M-A-N-D-O 29:2
a.m 1:13 4:8 20:16 20:23 22:4,6,8,12 34:20 40:4
able 41:23
above-noted 1:19
accommodate 6:16
account 46:14 48:5
accurate 44:3,12 47:11
accurately 5:11
action 1:6 31:5 41:5 53:14 60:7 61:15
additional 18:5
address 5:25 11:13 12:20 14:21 55:21 55:25 57:13,15,23 58:7,7
administer 3:15
advise 21:15
advisement 8:3 50:11
against- 1:7
age 10:20
ago 44:21
agree 39:23
AGREED 3:4,9,13
ahead 25:4
al 4:15
alien 15:25 16:5
alleged 56:5
allow 6:11
amount 19:16 25:13 31:19 32:7 32:13 33:23 34:2 34:7,8 37:3 47:13
answer 6:18 8:23 15:17,20,24 16:4 16:8,11 29:24 39:8
answered 14:4 53:23 59:12
answering 6:12
answers 5:14 59:13
apartment 14:2

apparently 50:17 50:24
appears 47:23 50:22 57:13
approximate 31:16
approximately 27:8 32:16 35:16 36:15,24 38:25 39:5,6,7
Armando 28:25
arrive 22:17,19 23:10,16,23
asked 42:14 53:8 55:6 59:12
asking 25:19 31:25 32:21,23 33:17 37:23,24 39:4,4 40:17 43:12 52:5 53:10
attention 26:21
attorney 2:5,10 13:8 32:23 33:5 51:6,10,20 52:6,8 55:3
ATTORNEY'S 60:17
attorneys 3:5
authorized 3:15
Avenue 38:12
average 24:7,22 25:9,11 26:23,24
aware 23:20

## B

B 5:8,8,17 46:17,19 46:24 47:18 60:5 60:8
B-A-R-A-H-O-N-A 7:10
back 21:13,18 24:25 26:12 40:6 43:18 45:15 46:25 48:4 53:20 54:3
backside 47:19
bank 46:13 48:5 49:13
Barahona 1:5,17 4:12,13 5:2,24 6:1

6:4 7:1,10,16 8:1 9:1 10:1,6,22 11:1 11:4 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1,16 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1,11 41:1,9 42:1,8 43:1 43:22 44:1 45:1 46:1,22 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1,15 56:1 57:1 58:1 59:8,17 60:4 61:10
Barbato 2:18
barrier 51:13
based 32:24 33:4
basis 43:10
Beach 2:11 4:23
believe 13:13 25:3 34:5 40:11 48:15
best 6:8,16 12:22
birth 11:4 48:22,24
bit 20:17 21:16
blood 61:15
Boulevard 6:2 9:3 11:10
break 6:15,19 20:19,21 26:7 39:11,14,15,17 53:16
Broad 4:10
Broadhollow 1:11
brought 29:9 30:9 49:24

## C

C 2:2 5:8 54:17,19 54:22 55:14 59:2 60:9 61:2,2
C-O-U-R-T 13:21
calculate 31:25

calculated 31:18
calculations 32:25
call 22:20 31:2 39:10 49:19 50:8 56:22
called 5:8 49:17,18 49:20
Calvert 2:19 4:4
Carolina 2:18
case 4:15 34:23 38:5 45:23 46:3,4 51:5,16,17,19
cash 17:12,13 46:13 48:5 49:12
cashed 48:10
cause 21:3 23:12
CDL 56:6 57:3
certification 3:6
certify 59:8 61:9,14
chair 21:17,19
change 46:15
changed 48:4
check 17:12 46:8 46:13,18 47:2,3,6 47:19,20 48:3,6,7 49:12 60:8
checking 21:4
child 10:18
citizen 15:14,18
Civil 1:6
claim 36:12 37:6,9 37:25 38:9
claiming 31:5 35:7 35:23 36:5,10,14 55:4
claims 37:13 38:5
clarify 43:4,9
clear 32:20
client 13:13 16:11
Collective 41:5 60:7
come 15:12 16:12 19:3,7
comes 33:21
commenced 40:13 41:17
commencing 40:18 40:22

commercial 23:18
communicate 51:22 52:8
communication 52:4
company 16:19,20 16:23 25:16 29:10 29:12 30:18,20 37:19 44:7 52:20 56:10
complain 54:8
complaining 53:13
Complaint 41:6 60:7
complete 37:20 38:24 40:19,23 41:17 42:9 43:25 44:4 45:5 47:10 59:11
con 8:10
condition 56:9
confusing 43:14
Congratulations 10:24
Containing 7:19
CONTINUED 26:14 40:9 43:20 54:5
Continuing 36:10
conversations 32:22 33:5
Conway 1:20 61:7 61:24
cool 42:24
copy 46:25 55:17
Corp 1:8 4:14
correct 7:4,9,11 10:11 17:9 19:17 20:3,24 22:9,14 24:20 27:6,10 29:19 30:7,12 34:16 35:18,19 36:7,8,17 37:14 44:15,24,25 45:12 47:11,24,25 48:8 48:11 50:3 54:10 54:25 56:15 59:11 59:14

counsel 21:9 41:13 46:23
counselor 39:9
counsels 4:19
country 15:12 49:16,24,25
COUNTY 59:6 61:5
couple 22:18
course 18:8 51:5
court 1:2,18 3:17 4:16 5:5 6:10,12 13:20 39:10
current 9:2
currently 9:11
customary 52:15
cutter 44:10

**D**

D 55:16 59:2 60:2 60:10
Dallas 14:19,23 15:7
dark 27:4 35:11
arkness 35:17
date 4:7 11:4 37:23 41:8,12 44:13,15 44:15,17 45:5,12 45:13 46:20 48:22 48:24 50:15,20 54:20 55:14
dates 44:3 45:16
daughter 9:12
day 17:11 19:19 20:2 44:11,19 25:20,23,25 27:4 27:9,15,18 28:20 35:17 37:9,9,22 38:4 39:2 48:25 52:15 59:21 61:19
days 17:4,5,7,8 24:9 26:23 27:2,3 27:8,14 28:10 30:25 35:10,14,15
de 48:15 49:3
December 19:12,13 19:14 20:9 26:3 26:18 27:7,13

35:2,7,13,22
declaration 54:18 60:9
Defendant 1:17 4:21
Defendant(s) 1:9
Defendants 2:10 6:5 42:9
Defendants' 41:7 41:10,11 42:7 44:9 46:19,24 47:9,18 54:19,22 55:13,16 60:6
Department 2:20
depends 23:12 24:8 24:10,10,16 37:8
deposition 1:16 3:14 4:11 13:7 59:10,13 61:11,12
Depot 28:20
describe 16:18
DESCRIPTION 60:6,13
Despite 44:19
different 14:15 49:6 55:21,24
differently 11:7
directing 26:21
directly 51:12
distracting 21:18
District 1:2,3 4:16 4:17
document 41:11,15 41:19 42:7,13,17 43:11,15,22,25 44:19 47:5,22 49:18 54:23,24 55:18
DOT 56:21
drive 17:21,25 18:2 18:4 19:18 23:18 27:20,24 28:2
driver's 49:21 57:2 57:4
driving 18:23 23:8 27:19 52:19 56:9 56:19
drove 17:21 18:11

19:20,23,25
duly 5:9,18 61:11
duties 44:10,11,16

**E**

E 2:2,2,6 59:2,2 60:2,5,12,12 61:2 61:2
earlier 27:5
earliest 24:3
early 27:5 35:11
earn 19:15,23,25 27:18
East 5:3
eastbound 56:13
Eastern 1:3 4:17
effect 3:16
Eiber 2:18
eight 24:5,23 27:4,9 28:11 35:12,16
either 19:4 29:6
employed 16:13,17 42:9
employer 37:12
employment 18:8 54:7
ended 28:14
endorsed 48:3
English 5:13,15 14:4 41:24 42:3,4 43:23
Enright 4:5,9
entire 14:14 18:15 31:15
equal 32:9,14
equals 36:20
equipment 21:7 22:8,24
ESQ 2:7,12
estimate 23:23
et 4:15
ex-worker 57:16,17 57:19
exact 37:3 45:12
exactly 11:18 17:16 30:3 31:21,23 32:12,15 33:2,23 34:2,6,7,12,19

37:22,23 38:4 44:13 48:25 49:2 50:20 56:16
**EXAMINATION** 5:21 26:14 40:9 43:20 54:5 60:3
examined 5:20
examines 41:19 47:5,22 54:24 55:18
Exhibit 41:7,11 42:7 44:9 46:19 46:24 47:9,18 54:19,22 55:13,16
expired 15:22,22
expires 8:21
Expressway 56:13
extra 31:11,13 33:9 33:11

**F**

F 61:2
F-A-B-R-I-C-I-O 7:6
F-A-I-R-V-I-E-W 11:8
F-E-R-V-I-E-W 11:6
Fabricio 7:5
fair 18:14 20:4 22:20 24:18 31:14 34:13 35:6,21 36:18 38:22 41:22 45:4
Fairview 6:2 11:10 12:13
faithfully 5:11
false 43:13
far 23:20
February 1:13 4:7 19:12,13,15 20:10 26:4,18 27:7,13 35:2,8,9,14,22 59:10 61:19
Federal 1:18
Ferview 9:2 11:6
filed 45:3
filing 3:6

fine 10:15
finish 6:11 24:14 42:19 51:25 53:19
FIRM 2:5
first 5:18 6:18,23 7:2 10:6 19:19 21:7 23:11 37:6 41:14 46:23 54:13 57:12
five 10:23 17:4,5,8 17:16,19,23 24:9 28:7
five-minute 26:7
focus 26:3
follows 5:20
force 3:16
form 3:10 17:24 18:17 20:14 29:22 51:8
forms 7:22
forth 21:19 53:20 61:11
four 8:16 18:23 24:9 27:17,22 31:16,17 32:7 33:9,11,18 34:17 36:24 47:10
Franklin 12:7 57:14
friend 51:11 57:24
friends 30:5
front 42:14 45:14 46:25
full 49:14
further 3:9,13 58:11 61:14

**G**

G 59:2 60:16
G-R-A-N-A-D-O-S 9:21 10:5
Gernishon 11:14 11:16,17 12:25 13:3,18
getting 54:9
give 10:20 18:2 23:14 24:17 25:16 25:18 49:15

given 5:14 6:22
 59:14 61:13
giving 45:16
Glenn 2:10,12 4:23
 6:4
go 14:8 23:9 25:4
 37:9
going 6:6 8:9 9:22
 13:7,16 26:9
 33:24 40:2 41:9
 46:22 47:18,20
 51:12 53:20,24
 58:12
Granados 9:16,20
 10:4
greater 32:9
guess 39:16,20 43:3
 54:16
guy 16:24
guys 39:23

**H**

H 5:17 6:25 60:5
half 23:17 39:17
 and 16:19 61:19
nanding 41:18 47:4
 47:21 54:23 55:17
handwriting 49:3,4
 49:5,7
happened 40:24
he'll 13:8
head 16:19,20,23
 21:9,10 33:20
Hector 1:5 2:21
 4:13 5:2 28:15,17
 28:22 29:15,20
held 1:19
Hello 6:4
Hempstead 6:2
 11:11,12 12:6,8
 13:23 14:12,13
 38:13
hereinbefore 61:11
hereunto 61:18
Hernandez 1:5
 2:21 4:13 5:2
 29:15,20 30:5
nired 17:2

Hollow 4:10
home 28:19 50:6
Honduras 8:20
 15:9,10,18 48:15
 49:4 51:3 60:14
 60:15
hour 23:17,17,24
 39:17
hours 24:10,19,23
 25:12,14,17,20,21
 25:22,24 27:4,9
 31:7,7,22 32:4,8
 33:6,8,9,11,15,16
 33:18,21 34:4,6,9
 34:10,11,14 35:3
 35:10,12,16,23
 36:5,15,19,20,21
 37:2,4,7 38:9
 52:23 53:5,10,13
 54:9 55:7
house 2:20 11:21
 14:2,3
Huntington 2:6 5:4
hurricane 34:19

**I**

ID 48:15,21 49:13
 49:15,16,19,20,22
 50:2,14,21,23
 51:3 60:14,15
idea 14:22 32:24
 33:4,6 39:8 44:22
identification 7:15
 7:18 8:5 41:7
 46:20,24 54:20,22
 55:14
identifications 7:22
identify 4:19
illegal 16:5
illegally 16:6
including 20:9
increase 17:20,23
 18:2,10,22
Index 4:17
indicate 12:19 44:3
indicating 48:2
 49:6
information 49:10

Ingoglia 2:10,12
 4:21,23 5:22 6:5
 8:4,7,24 9:22 10:3
 13:16 16:9 17:5
 18:20 19:5,24
 20:19 21:8,13
 23:3 25:2,4 26:6
 26:15 29:24 32:18
 39:11,13,16,20,23
 40:8,10 41:3,13
 42:18,24 43:5,8
 43:18,21 46:17,21
 47:16 50:8 51:2
 51:24 52:3 53:19
 54:6,16 55:10
 58:10 60:4,18,19
 60:20,21,22,23,24
instructed 16:10
interested 61:16
interpreter 2:18
 5:6,9,19 9:17,25
 10:4 17:7 22:25
 45:14
interrupted 42:19
involved 37:11
 51:16
Island 2:11 4:23
 56:13
issued 8:19 49:23

**J**

J 2:7,10,12 5:17
J-O-N-A-T-A-N
 7:3
J-O-N-A-T-H-A-N
 6:24
J-O-R-G-E 28:25
January 11:5 19:12
 19:13,15 20:9
 26:4,18 27:7,13
 35:2,8,9,13,22
job 21:2,4 22:5 23:8
 23:11,21 24:4,8
 24:10,16 25:21
 27:5 30:10 31:4
Joe's 37:20 38:24
 40:13,19,23 41:17
 42:9 43:25 44:4

44:20 45:5 47:9
Jonatan 1:5,16
 4:12,12 5:2,24 6:1
 6:23 7:1,16 8:1
 9:1 10:1 11:1 12:1
 13:1 14:1 15:1
 16:1 17:1 18:1
 19:1 20:1 21:1
 22:1 23:1 24:1
 25:1 26:1 27:1
 28:1 29:1 30:1
 31:1 32:1 33:1
 34:1 35:1 36:1
 37:1 38:1 39:1
 40:1 41:1 42:1,8
 43:1 44:1 45:1
 46:1 47:1 48:1
 49:1 50:1 51:1
 52:1 53:1 54:1
 55:1 56:1 57:1
 58:1 59:8,17 60:4
 61:10
Jonathan's 38:23
Jorge 28:25 29:8,12
 45:8,22 46:5 51:9
 51:12 57:20
Jorge's 29:3 58:7
July 45:3,6
June 20:7

**K**

K 59:2
keep 22:23
kind 24:10
know 6:8 8:21
 11:15,18,22 12:14
 12:24,24 17:16,22
 24:11 26:6 28:21
 29:3,5,6,8 30:3
 31:21 32:12,15,16
 33:16 34:12 37:3
 40:15 44:14 45:25
 46:2 47:3,14
 48:25 49:2,5,10
 49:12,20 50:16,19
 50:20 51:5,6 52:5
 52:6 57:8,22,23
 58:2

knowledge 29:20
known 7:12

**L**

L 3:2 5:18 59:2
 60:16
L-O-P-E-Z 7:8
landscape 1:8 4:14
 30:18
Landscaping 30:22
lane 13:20,21
language 51:13
lasted 34:17
LAW 2:5,10
lawsuit 31:6 37:11
 40:12,14,17,18,22
 41:17 44:23 45:3
 45:19
leave 20:17 27:5
 55:9
left 29:12 48:23
legal 10:13
let's 8:7 13:6 18:9
 26:3 28:5 36:13
letters 57:7
LIC 57:6
license 49:21 56:23
 56:24 57:2,4,11
life 14:14
limitations 23:20
line 50:18,18
Lisa 1:20 61:7,24
little 20:17 21:16
 21:17 43:14
live 9:11 11:11 12:7
 12:11 13:4,19,20
 13:24 14:6,9,12
 14:15,23 15:8,10
 55:22 56:2 58:9
lived 9:3,5,8 12:23
 14:13
lives 58:8
living 10:14,16
 11:10,23 12:2
 13:3,18 15:7
load 23:6
located 4:5,9 12:5
location 21:7 22:3,7

23:5
ng 2:11 4:23 9:3
10:12,16 12:10
13:24 14:23 17:14
23:13,15 29:15
35:10 37:10,16
38:7,8 39:3 44:21
52:18 56:13
look 41:15 47:2,20
50:7
looking 43:15
looks 50:12,17
Lopez 7:8
lost 58:8
lot 19:20,22,25
lunch 39:19

**M**

M 59:2
M-A-L-D-O-N-A...
29:4
M-A-R-I-O 28:25
Main 2:6 4:6 5:3
making 37:13
52:19
Maldonado 29:4,8
29:13 30:9 45:9
45:22
manager 30:12,15
45:8
March 16:16 17:2
18:9,9 36:6,13,19
42:10,11 44:2,2
44:11,12 52:14
Mario 28:25
Mario's 29:5
mark 8:7,24 16:9
41:3
marked 41:6,10,11
46:19,23 54:19,21
55:13,16
marriage 61:15
married 10:12,13
matter 4:12 5:9 6:5
61:17
mean 17:22 24:3,12
52:25

Melville 1:12 4:10
mentioned 10:9
35:17
Methods 52:3
Metropolitan 30:22
30:22,24
mine 49:6
minimum 34:3
minute 53:17
minutes 22:18,18
22:19 39:12
miscellaneous
44:11
Mischaracterizat...
29:23
mischaracterized
18:18
mistake 44:14
mistranslation 25:6
money 31:19 32:2
46:7 48:11,12
52:19
monitor 4:8
month 28:5,8 33:9
33:11,18
months 10:23 14:24
14:25 15:2,3,5
19:11 20:10,10
26:3,17,22 27:6
27:12 28:10 33:22
34:25 35:3,21,24
36:14,21 52:13
morning 20:16,23
22:13 24:5
Moser 2:5,7 4:25
5:3 7:25 8:6,22
13:12 15:15,19,23
16:3,7 17:24
18:17 20:13,20
21:15,21 24:24
25:3,5,9 29:22
30:2 32:17,19
33:13 39:9,12,15
39:19,22,25 42:12
42:22 43:3,7,9
50:10 51:8,23
52:2 53:16,22
move 14:10

moved 11:19

**N**

N 2:2 3:2 5:8,17,17
5:17 59:2,2 60:2
60:16
name 5:23 6:4,22
6:23 7:2,16 8:10
8:15 9:13 10:6,21
11:14 12:25 29:3
29:5,6,7 30:20
37:18 47:23,25
48:2,14 49:9,11
49:14 57:14,19,20
57:21 58:2 60:17
name's 10:22
names 7:13,17,19
7:20 8:16,16
28:21
NASSAU 61:5
necessary 9:14 13:5
13:10
need 6:15 26:8
39:12
Neither 57:2
never 18:16 20:18
25:13 30:16 31:11
31:13 53:7
New 1:3,12,21 2:6
2:11 4:6,10,17,24
5:4,10 6:2 59:4
61:4,8
Nieto 1:8 2:22 4:22
16:21,24 52:22
54:8 55:6
nine 36:14,21
nods 33:20
normal 22:11 52:12
52:14
normally 20:12,25
22:2 23:10 27:7
Notary 1:20 5:10
5:19 59:25 61:8
note 13:12
noted 58:15
November 19:12
36:7,13,19 52:14
number 48:18,19

48:21,23 50:12,13
50:14,17,19,22,23
numbers 48:19

**O**

O 3:2 5:8,8,17,17
57:7 59:2
o'clock 24:5 39:10
oath 3:15 59:10
objecting 8:4
objection 7:25 8:22
13:8 15:16,19,23
16:3,7 17:24
18:17 20:13 29:22
30:2 32:17 43:12
43:17 51:8,23
objections 3:10
obtained 15:21
occurred 36:6
56:12
OFFICE 2:10
officer 3:15
offices 4:5,9
Oh 29:11 42:22
51:18
okay 6:14,20 10:15
13:2,11,15 14:20
17:18 19:2 21:20
21:25 22:20 24:2
24:6 26:5,25
27:11,21 28:3,12
29:11 30:8,13
32:6,23 33:3
34:25 35:20 36:6
36:9,11,22,23
37:3,5 38:22 42:2
43:18,24 44:8,18
45:2 46:10 47:15
48:13 51:17,21
52:2,11,21 55:5
56:4,11 57:25
old 10:23 51:16
once 21:2,3
one-page 55:12
ones 16:10 31:2
oOo- 5:16 58:14
operation 56:6
operator 4:3

Order 1:19
outcome 61:16
outside 30:5
overtime 31:7,7,9
31:10,14 32:8
33:7,21 34:4,14
35:4,7,7,23 36:6
36:16,20,21 37:2
37:7 38:9 52:23
53:5,13 54:9 55:7
owed 32:25 33:7
34:5
owner 25:16 46:16

**P**

P 2:2,2 3:2
P.C 2:5
p.m 34:21 40:5
52:17,18 58:15
PAGE 60:3,6,13,17
paid 17:10 18:5
27:12 32:3,8
34:15 35:4,23
36:6,15 37:7
38:10 53:5,6 54:9
Paradise 1:8 4:14
4:22 16:13 17:14
18:9,14,24 19:8
20:5 22:12,23
23:19 26:17 27:17
29:18,21 30:10,15
30:17 31:3,6,19
40:16 45:8 46:16
52:13 54:7
Paradise's 21:6
22:3,7 23:5
paragraph 42:6,8
43:22,24 44:9
Park 2:11 4:24
parkway 56:7,20
part 15:10
particular 43:11,13
46:25
parties 3:5 61:15
passport 7:23 8:9
8:10,17,19,21
49:21
pay 31:6,9,12 32:5

52:23 53:11,12
56:8,8
aying 55:6
payment 31:11,14
53:7
pending 6:17 13:17
people 28:6,7,11,13
28:18,19,21 45:21
percentage 32:4
perfect 22:17,20
performing 44:11
period 57:7
permanent 31:3
person 16:19,20,23
37:8
phonetic 11:14
photocopy 46:18
60:8
pick 28:19
picture 7:23
place 1:19 12:5,10
14:15 22:23
Plaintiff 5:17 42:8
Plaintiff(s) 1:6
laintiffs 1:17 2:5
4:25
please 4:19 5:6,23
5:25 6:7 7:24 8:8
8:25 12:22 13:10
16:10 21:12,14
41:4
point 18:22
portion 21:22 25:7
possible 9:5,8 24:22
50:22
preemptive 42:20
PRESENT 2:17
presumably 48:10
primary 44:10
print 49:9
prior 11:10 12:10
13:3,18 14:9 15:7
30:17 40:12
private 11:20,22
Privilege 32:18
privileged 32:17
52:4
probably 9:7 12:18

33:8 47:17
problem 53:15
produce 51:3
production 50:9
60:14,15
pronouncing 11:17
proof 8:5
proper 13:14
propounded 5:12
prove 49:13
providing 8:5
Public 1:20 5:10,19
59:25 61:8
pull 56:17
pulled 56:17 58:4
pursuant 1:18
put 55:21,24

**Q**
question 3:10 6:11
6:17,18 8:14,23
13:9,13,17 14:5
15:17,20,24 16:4
16:8,22 19:6
21:12 23:2 24:25
29:25 32:21 36:3
42:13,15,15,19,21
44:3 51:25 53:20
53:22
questioning 43:10
questions 5:12 6:6
6:7 13:5,7

**R**
R 2:2 5:8,8,17
60:12,16 61:2
raining 19:10
raise 18:16 53:3,4
rare 27:25
rate 36:19
read 21:13,23
24:25 25:8 41:23
42:25 43:23 59:9
reading 42:13
really 13:9 24:12
reason 58:6
recall 40:14,18,22
46:7 56:6,14

receive 31:19 46:7
53:7 56:3
received 31:11,13
41:6 46:18 53:8
54:18 55:13,20
receiving 46:8
recess 26:11 40:4
54:2
recognize 47:3
54:23 55:17
recollection 41:16
record 4:3 5:23,25
21:22 24:24 25:7
26:10,13 40:3,7
53:25 54:4 58:13
59:11,13 61:12
records 12:19
referencing 42:17
referring 31:23
51:15
refers 50:19 57:8
refreshes 41:16
regard 42:3
regarding 43:11
44:17
regular 18:5 31:12
57:2,4
regularly 28:22
Regulations 1:18
related 61:14
remember 12:14
14:11,17 23:18
37:16,22 38:2,16
38:20 44:21 45:12
54:14
Remsen 38:12
renting 11:21
repeat 6:8 16:22
21:12 23:2 36:3
51:2
report 21:6 22:2,5
22:7,12
reported 22:15
reporter 1:20 5:6
21:23 25:8 61:7
Reporting 4:5,9
represent 4:20 6:5
representing 4:4

Republic 48:15
49:3
request 8:2 50:10
51:3 52:22 60:15
requested 21:22
25:7
required 49:13
reserved 3:11
reside 38:12,15
residence 9:2 11:20
12:10
resident 15:25
respectful 13:14
respective 3:5
right 14:8 16:19
20:20 22:10 28:3
30:11 32:6 33:23
43:8 48:7 50:5,23
54:15 56:4 58:10
Road 1:11 2:11
4:10,23
Robert 2:19 4:4
roughly 18:9 27:17
34:17
routinely 22:12
Rules 1:18
ruling 8:8,24 16:10

**S**
S 2:2 3:2,2 60:5,12
60:12,16
safe 55:23 56:3
salary 17:19,23
18:6,10,15,22
19:16
saying 18:4 35:2
says 42:6,8 44:19
47:14 48:15 50:23
56:12 57:6
Sayville 4:6
scale 56:20
schedule 25:15,17
sealing 3:6
second 10:9 43:5
60:15
secretary 52:9
secure 55:22
see 7:24 48:14,15

58:5
sense 39:21,22
service 1:8 4:14,22
16:13 17:15 18:14
30:18,23 31:6
37:20 38:24 40:13
40:19,23 41:18
42:10 44:2,4,20
45:5 47:10 54:8
Services 30:22
set 20:18 61:11,18
settle 45:18,20,24
46:5
settled 46:2
shake 21:10
shaking 21:8
shift 21:18
shifting 21:16
short 23:13 26:11
54:2
Shorthand 61:7
show 8:9 41:9,13
46:22 47:18
showing 46:23
54:21 55:15
signature 49:7,8
signed 3:14,16 48:7
signifies 50:17
simply 6:15
site 22:5 23:8,11,22
24:4
sitting 16:24
six 17:4,7,8 25:12
25:14,20,24
slow 20:10
somebody 56:18
sorry 8:13 9:22,24
17:5 22:25 36:2
38:23 42:22
sound 35:17
South 4:6 12:7
57:14
Spanish 2:18 5:13
5:14 12:12 26:19
41:20 45:15 51:20
52:9,10
speak 30:10 42:4
53:17

speaking 4:4 12:12
26:19 42:3
speaks 51:20 52:9
52:10
specific 23:14 24:17
34:24 39:2
specifically 40:18
51:15
specifics 39:4
spell 9:23 11:15
12:22
spelled 6:23 7:2,5
10:7,7 11:7
spelling 11:14
spoke 55:3
SS 61:4
start 6:12 20:11,15
20:22,25 21:2,4
23:21 24:4 34:20
34:22,24
started 23:8 26:19
28:14 40:16
state 1:21 4:20 5:10
5:23,25 13:8 57:7
59:4 61:4,8
stated 35:13,15
statement 43:13
44:12
states 1:2 4:16
15:14,22 16:2,6
43:23,25 44:9
47:8
stating 47:8
station 56:13,17
stay 43:7,8
stayed 18:15
stenographer 6:10
6:12
Stenotype 1:20
Steven 2:7 5:3
STIPULATED 3:4
3:9,13
stop 19:4,8 56:21
stopped 56:22
57:10
street 2:6 4:6 5:3
12:7,23 57:14
subscribed 59:20

sued 37:12,19
suing 45:8,21
supposed 20:15,22
23:23 34:10,20,22
56:8
sure 6:23 12:18
25:2 31:23 44:17
swear 5:6
sworn 3:14,16 5:9
5:18 59:20 61:11

T
T 3:2,2 5:8,17 57:7
59:2 60:5,12 61:2
61:2
T-A 9:19
T-A-T-I-A-N-A
9:18 10:7
T-E-G-U-C-I-G-...
15:11
T-H-A 9:24
T-H-A-T 10:10
T-H-A-T-I 10:3
T-H-A-T-I-A-N-A
9:20 10:8
T-I-A-N-A 9:25
take 4:11 6:13,18
8:2 24:9,11 26:7
47:2,20 50:10
53:16
taken 1:17 6:10
26:11 54:2 59:9
talk 26:16
talking 18:11 25:23
40:11 53:4,4 57:3
57:3
Tatiana 9:16,17
Teguciaglpa 15:11
tell 8:16 12:15
32:22 39:13 41:16
43:6 44:5,13
45:24 48:19 52:6
telling 44:15
testified 5:20
testimony 22:6
33:17,19 36:25
59:9 61:13
Texas 14:15,18,23

thank 6:21 10:25
11:9 20:8 21:21
24:6,21 27:11
40:8 41:2 46:21
47:7
Thatiana 10:2
11:24
thing 6:17 31:21
38:6 57:12
think 13:17 32:7
44:6
thoughts 32:3,24
three 9:9 13:25
24:10 25:21 27:3
27:8,14 35:14,15
ticket 55:12,19,20
55:24 56:5,7,8,14
56:16 57:6 60:17
time 1:19 3:11 4:7
6:7,13,15 11:24
16:12 18:13,15
19:3,7,21 20:2,17
20:18,25 22:2,11
22:22 23:10,14,18
23:20,24,25 24:12
24:15,17 25:13
26:10,13 27:2,16
28:14,14 30:14
31:15 34:19,24
37:10,17 39:3
40:3,7,25 44:21
52:12,15,15 53:25
54:4,13 58:13,15
times 17:4 22:15
25:12,19,24 33:24
54:12
today 6:6,9 45:13
54:22 55:16
today's 4:7 41:12
told 30:10 49:8
53:2,10
tools 21:5 23:7
total 28:7 52:16
traffic 55:12 60:10
transcript 59:9,11
translate 5:12
15:15 45:23 46:6
translated 42:16

translates 52:7
translating 45:14
51:4,7,10,18
translation 12:12
14:4 41:20 44:6
44:15 47:17
Translations 2:18
translator 43:16,24
tree 1:8 4:14,22
16:13 17:14 18:14
18:24 19:8 20:5
26:17 27:17 29:18
29:21 30:15,17,18
30:23 31:6 37:20
38:23,24 40:13,19
40:23 41:18 42:9
44:2,4,10,20 45:5
47:10 52:13 54:8
trial 1:16 3:11
tried 46:4
trip 23:13,13,15
52:18
truck 23:6,7 52:19
56:19 58:3
trucks 21:5 56:21
true 43:13 59:11,14
61:12
try 21:18
twelve 39:9
two 7:17 9:6 10:17
13:25 25:22 27:3
27:8,13 35:14,15
two-page 54:18

U
U 3:2 60:12,16
Uh-huh 45:17
underneath 48:18
57:6,14
understand 6:7
8:14 41:21 43:23
49:19 51:14
uniform 55:12
60:10
United 1:2 4:16
15:14,22,25 16:6
unlicensed 56:6
unpaid 35:7 36:20

36:21 37:2,4
53:12
usually 25:16

V
venue 4:15
verify 50:25
versus 4:13
video 2:20 4:3,8
videoed 6:9
Videographer 2:19
4:2 5:5 26:9,12
40:2,6 53:24 54:3
58:12
videotaped 4:11
violation 56:5
visa 15:21
voice 4:19

W
W 59:2
W-A-L-L 13:21
waived 3:7
walk 21:4
Wall 13:20,21
want 6:22 13:9,12
20:19 39:13 43:3
43:9 51:5,6 52:5,6
53:2
warm 23:7
wasn't 45:15 56:3
water 26:8
way 11:17 13:14
17:12 61:16
we'll 8:2 14:8,9
50:8,10 54:16
we're 6:8 10:13
26:12 40:2 43:19
53:20
week 17:4,6,8 26:23
27:3,8,14 31:22
33:8 34:7,9,10,14
35:4,14,16 36:14
36:20
weigh 56:13,17,21
went 25:21 50:21
52:17
weren't 32:8 35:4

35:23 36:6,15
38:10 53:6 54:9
√HEREOF 61:18
**wife** 9:12
**wife's** 9:13 10:6
**William** 1:8 2:22
4:22 46:15 48:3,8
48:10 57:18
**William's** 48:2
**winter** 19:11
**withdraw** 32:21
**Withdrawn** 19:24
**witness** 5:7,13,14
13:15 18:18 21:11
21:16,20 26:19
33:13,20 41:19
42:12 47:5,22
53:18 54:24 55:18
60:3 61:10,13,18
**words** 19:20 51:12
**work** 15:21 17:3,14
19:13 21:2 24:19
25:15,17 26:24
27:3,4,8,13 28:11
28:13,16,20 29:16
30:6,18,24,25,25
31:2,3 34:10
35:11,25 36:6
37:8 38:23 39:6
40:21 44:4,7,20
47:12,13
**workday** 20:11
24:7,13,22 25:9
25:11 26:23
**worked** 18:24
19:14 20:4 25:13
25:20,24 26:17
27:16,18,22 28:6
28:22 29:14,21
30:21 31:15 34:14
34:18 35:3,14,16
36:25 37:10 38:11
40:15 43:25 45:4
45:7 47:9 52:13
**working** 18:13 19:4
19:8,9 21:3 23:19
23:21 24:4 28:4,5
29:13 30:17 34:11

**worth** 31:20 36:15
**wouldn't** 22:5
**wrong** 35:18 44:6
**wrote** 49:10

**X**

**x** 1:4,10 60:2,5

**Y**

**Y-A-R-I-T-Z-A**
10:22 11:2
**Yaritza** 10:22 11:2
**yeah** 23:3 36:4
39:25 42:22,24,25
**year** 9:4 12:16,17
12:18 14:24,25
15:2,3,5,12 19:3,7
29:14,17,21 30:4
35:22 36:18 37:24
38:11 44:7 47:13
**years** 9:6,9 10:17
13:25 17:17,19,23
18:23 27:17,22
31:16,17 32:7
33:10,12,18 34:17
36:24 47:10,13
**York** 1:3,12,21 2:6
2:11 4:6,11,17,24
5:4,11 6:2 59:4
61:4,8

**Z**

**0**

**0801199004804**
48:21 50:12

**1**

**1:10** 53:25
**1:13** 54:4
**1:26** 58:13,15
**10** 14:24,25 15:2,3
15:5 22:17,19
24:19
**10-page** 41:5
**10,000** 32:9
**10:25** 1:13 4:8
**100** 4:5
**104** 2:11 4:23

**11** 45:3,6
**11:11** 26:10
**11:21** 26:13
**11:54** 40:3,4
**11550** 6:3
**11558** 2:11
**11743** 2:6 5:4
**118** 50:18,24
**12** 33:8
**12:37** 40:5,7
**15** 34:14 35:3 36:15
36:19 39:12 60:20
60:21,22,23
**150** 17:11 18:2
27:20
**16** 50:18,24 60:24
**1990** 11:5

**2**

**2,340** 37:2
**2,400** 33:21,24 34:4
**2:21-cv-05400** 1:6
4:18
**20** 34:6,9,14 35:3
36:15,19
**20,000** 32:14
**200** 19:25 27:15,18
**2009** 50:18,24
**2012** 38:24 39:7
42:10 44:2,6,11
**2013** 15:13
**2014** 15:13,13
38:20
**2015** 38:21 40:24
**2016** 37:21,24
38:25 39:7 40:20
40:21,23,24 42:11
44:2,12 45:4,6,7
**2017** 16:16 17:2
18:9 38:3
**2021** 20:5,7 38:19
**2022** 18:10 38:17
**2023** 1:13 4:7 40:25
59:10,22 61:19
**208** 57:14
**22** 13:20
**24** 11:5

**3**

**3,120** 37:2
**30** 42:6,8 43:22,24
**31** 44:9

**4**

**40** 34:10
**41** 60:7
**445** 1:11 4:10
**46** 60:8
**48** 33:8,22,24 56:13
**495** 56:20

**5**

**5** 2:6 5:3 60:4
**50** 18:3,5 33:9,11
33:18,24 60:14
**51** 60:15
**54** 38:12 60:9
**55** 34:11 60:10
**580** 36:20

**6**

**6** 1:13 4:7 59:10
**6,500** 46:12
**6:00** 34:20 52:17
**6:50** 21:3
**60** 31:22
**65** 34:11
**6th** 61:19

**7**

**7** 60:18
**7:00** 20:16,23 21:3
22:4,6,8,12 52:17
**780** 36:20

**8**

**8** 60:19
**8:00** 34:21 52:18
**80** 34:7

**9**

**95** 6:2 9:2 11:6,10