1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - x
JONATAN BARAHONA and HECTOR HERNANDEZ,

                         Plaintiff(s),
                         Civil Action No. 2:21-cv-05400

         -against-
PARADISE TREE SERVICE & LANDSCAPE, CORP. and
WILLIAM NIETO,


                         Defendant(s).


- - - - - - - - - - - - - - - - - - - - - - - - - x


                         445 Broadhollow Road
                         Melville, New York
                         February 6, 2023
                         1:37 p.m.



         DEPOSITION BEFORE TRIAL of HECTOR
HERNANDEZ, one of the Plaintiffs, taken by Defendant,
pursuant to Federal Rules and Regulations, and Court
Order, held at the above-noted time and place, before
Lisa Conway, a Stenotype Reporter and Notary Public
within and for the State of New York.

2

```
 1
 2    A P P E A R A N C E S:
 3
 4
 5         MOSER LAW FIRM, P.C.
                Attorney for Plaintiffs
 6              5 E. Main Street
                Huntington, New York 11743
 7    BY:    STEVEN J. MOSER, ESQ.
 8
 9
10         THE LAW OFFICE OF GLENN J. INGOGLIA
                Attorney for Defendants
11              104 Long Beach Road
                Island Park, New York 11558
12    BY:    GLENN J. INGOGLIA, ESQ.
13
14
15
16
17    ALSO PRESENT:
18         Carolina Barbato, Spanish Interpreter
                Eiber Translations
19
           Robert Calvert, Videographer
20              In House Video Department, Inc.
21         Jonatan Barahona
22         William Nieto
23
24
25
```

3

1
2                    S T I P U L A T I O N S
3
4         IT IS HEREBY STIPULATED AND AGREED by and
5    between the attorneys for the respective parties
6    herein, that filing, sealing and certification shall
7    be and the same are hereby waived.
8
9         IT IS FURTHER STIPULATED AND AGREED that all
10   objections, except as to form of the question, shall
11   be reserved to the time of the trial.
12
13        IT IS FURTHER STIPULATED AND AGREED that the
14   within deposition may be signed and sworn to before
15   any officer authorized to administer an oath, with
16   the same force and effect as if signed and sworn to
17   before the Court.
18
19
20
21
22
23
24
25

4

1

2          THE VIDEOGRAPHER:  We are now on the

3          record.  This is the video operator

4          speaking, Robert Calvert, representing

5          Enright Reporting, offices located at 100

6          South Main Street, Sayville, New York.

7          Today's date is February 6, 2023.  The time

8          on the video monitor is 1:37 p.m.  We are

9          here at the offices of Enright Reporting

10         located at 445 Broad Hollow Road, Melville,

11         New York to take the videotaped deposition

12         of Hector Hernandez in the matter of

13         Jonatan Barahona and Hector Hernandez

14         versus Paradise Tree Service & Landscape,

15         Corp., et al.  The venue of this case is

16         the United States District Court for the

17         Eastern District of New York.  The Index

18         No. is 2:21-cv-05400.

19             Will counsels please voice identify

20         themselves and state whom they represent.

21             MR. INGOGLIA:  Glenn Ingoglia.  I

22         represent William Nieto and Paradise Tree

23         Service.

24             MR. MOSER:  Steven Moser for the

25         Plaintiffs Jonatan Barahona and Hector

5

```
1
2            Hernandez.
3                 THE VIDEOGRAPHER:  Will our court
4            reporter please swear in the interpreter
5            and the witness.
6   C A R O L I N A   B A R B A T O, called as the
7            Interpreter in this matter, was duly sworn
8            by a Notary Public of the State of New
9            York, to accurately and faithfully
10           translate the questions propounded to the
11           Witness from English into Spanish and the
12           answers given by the Witness from Spanish
13           into English.
14                           -oOo-
15  H E C T O R   H E R N A N D E Z,   the Plaintiff
16           herein, having first been duly sworn by the
17           Notary Public, through the Interpreter, was
18           examined and testified as follows:
19  EXAMINATION BY
20  MR. INGOGLIA:
21       Q    State your name for the record, please.
22       A    Hector Antonio Hernandez.
23       Q    State your address for the record, please.
24       A    22 Cornwall Lane, Hempstead, New York
25  11550.
```

6

1              HECTOR HERNANDEZ

2        Q    Mr. Hernandez, my name is Glenn Ingoglia.

3   I'm going to ask you some questions today.  If you

4   don't understand any one of my questions, please let

5   me know.  Also, this deposition is being transcribed,

6   so the court reporter can't take down what you say or

7   what I say if we speak at the same time so I'll just

8   ask that you let me finish my question before you

9   start answering.

10       A    Okay.

11       Q    Also, you must keep all your responses

12  verbal as the court reporter can't take down nods of

13  the head or gestures.  If at any time you need a

14  break, let me know and I'll do my best to accommodate

15  you.  I'll just ask if there's a question pending

16  that you answer it before we break.

17       A    Okay.

18       Q    Okay.

19            Your current address, 22 Cornwall Avenue in

20  Hempstead, New York, how long have you lived there?

21       A    For three years.

22       Q    Who do you live there with?

23       A    With my wife.

24       Q    What's her name?

25       A    Sonia Alvarado, S-O-N-I-A, Alvarado,

7

```
 1                    HECTOR HERNANDEZ
 2   A-L-V-A-R-A-D-O.
 3       Q    Do you live there with anyone else besides
 4   your wife Sonia Alvarado?
 5       A    No.
 6       Q    Prior to living at 22 Cornwall Lane, did
 7   you live anywhere else?
 8       A    Yes.
 9       Q    Where did you live?
10       A    135 Clinton Street, Hempstead, New York
11   11550.
12       Q    And how long did you live at 135 Clinton
13   Street?
14       A    About eight to nine years.
15       Q    Who did you live there with?
16       A    With different people.
17       Q    Did you ever live with Mr. Barahona?
18       A    No.
19       Q    Did you ever live with Jorge Maldonado?
20       A    No, the houses are together.
21       Q    What house?
22       A    Well, Jorge used to live here and I used to
23   live next to it.  They belong to the same landlord.
24       Q    Was that at 135 Clinton?
25       A    No.
```

8

                              HECTOR HERNANDEZ

1

2     Q    No.

3          Where was that at?

4     A    In 22 Cornwall.

5     Q    22 Cornwall.

6          Did you ever live with Mr. Barahona?  Were

7   you guys ever roommates?

8     A    He used to live at the house before where I

9   live.

10    Q    Which one are you referring to?

11    A    The 22.

12    Q    22 Cornwall?

13    A    Yes.

14    Q    Is that address 22 Cornwall or Court Wall;

15  do you know?

16    A    Court Wall.

17    Q    Yeah, okay, thank you.

18         Before living at 135 Clinton, where did you

19  live?

20    A    100 Darmon Street in Hempstead.

21             MR. INGOGLIA:  How do you spell that?

22             THE REPORTER:  D-A-R-M-O-N, Street.

23    Q    How long did you live at 100 Darmon Street

24  in Hempstead?

25    A    For about one year.

9

1                    HECTOR HERNANDEZ

2    Q    Where did you live before that?

3    A    143 William Street in Hempstead.

4    Q    Who did you live there with?

5    A    I was renting, always.

6    Q    Was there a time where you ever lived out

7  of New York State?

8    A    Yes.

9    Q    When?

10   A    In 2008.

11   Q    Where did you live?

12   A    In Dallas, Texas.

13   Q    Did you live there with Mr. Barahona?

14   A    No.

15   Q    Did you know Mr. Barahona in 2008?

16   A    No.

17   Q    When for the first time did you meet

18  Mr. Barahona?

19   A    I don't remember.  It has been a long

20  time.

21   Q    Yeah, well, let's try.

22        Was it 10 years or more than 10 years?

23   A    No, less.

24   Q    Less than 10 years ago?

25   A    Yes, less than 10 years.

10

1                    HECTOR HERNANDEZ

2      Q     Was it less than five years ago?

3      A     Something like that.

4      Q     Besides Paradise Tree Service, did you and

5   Mr. Barahona work anywhere else together or at the

6   same time?

7      A     No.

8      Q     How long did you work for Paradise Tree

9   Service?

10     A     For about one year.

11     Q     Can you give me the dates you worked for

12  Paradise Tree Service, please?

13     A     In 2019 to 2020.

14     Q     From 2019 to 2020?

15     A     Yes.

16     Q     When in 2019 did you start working for

17  Paradise Tree Service?

18     A     I don't remember.

19     Q     Was it during the summertime?

20     A     It was the summer.

21     Q     The summer?

22     A     Uh-huh, yes.

23     Q     Of 2019?

24     A     Yes.

25     Q     When did you stop working for Paradise Tree

11

1                    HECTOR HERNANDEZ

2    Service?

3          A      In the beginning of 2021.

4          Q      2021?

5          A      Yes, the last day was in December

6    of 2020.

7          Q      Why did you stop working for Paradise Tree

8    Service?

9          A      He didn't give me anymore work to do.

10          Q      How much did you get paid from Paradise

11    Tree Service when you worked there?

12          A      $150 per day.

13          Q      Did you ever make more than that?

14          A      Money, no.

15          Q      Yes, money.

16          A      No.

17          Q      Did you get anything else, any other perks

18    for working there, other benefits?

19          A      No.

20          Q      Okay.

21                 And when you worked for Paradise Tree

22    Service, what were your normal hours?

23          A      10 to 11, sometimes 12.

24          Q      I'm talking about when did you come in

25    normally?  When did you go to the yard normally,

12

1                    HECTOR HERNANDEZ

2    let's start there.

3         A     We used to arrive around 7:00, sometimes

4    five minutes before seven.

5         Q     Uh-huh.

6               Then when would you come -- when would you

7    return to the yard usually?

8         A     When I return?

9         Q     Yeah.

10        A     7:00, 6:00.

11        Q     Did you ever return to the yard before

12   6:00 p.m.?

13        A     Sometimes, yes.

14        Q     How often?

15        A     Not often.

16        Q     What does not often mean, does that mean

17   less than two days per week or something else?

18        A     One day maybe.

19        Q     One day per week?

20        A     Yes.

21        Q     Did you ever work for Paradise Tree Service

22   during the months of December, January and

23   February?

24        A     Sometimes, yes, for a few days, two days,

25   three days.

1          HECTOR HERNANDEZ

2               MR. MOSER:  Can you put your hands

3               down on the table instead of like this

4               (indicating).

5          Q     For those two or three days you worked for

6     Paradise Tree Service each week during the months of

7     December, January and February, what were your normal

8     hours each day, from what time to what time?

9          A     We started working since we get there

10    because we had to get ready the tools.

11         Q     What time would that be?

12         A     At 7:00, and we had to come back and unload

13    the truck, so we always had to come back there.

14         Q     What time would you normally come back

15    there, and I'm talking during the months of December,

16    January and February?

17         A     Well, those days were kind of empty, so I

18    would say around 5:00.

19         Q     Are you claiming that Mr. Nieto failed to

20    pay you for the overtime that you worked?

21         A     Yes.

22         Q     What's your calculation as to how many

23    overtime hours he failed to pay you for?

24         A     I don't know.

25         Q     You filed a complaint in this action,

14

1                    HECTOR HERNANDEZ

2    correct?

3         A    Yes.

4    *    Q    You've seen a copy of the complaint

5         A    Copy?

6         Q    Uh-huh.

7                    MR. MOSER:  Objection.

8                    Don't answer the question.

9                    MR. INGOGLIA:  You're going to have to

10              say objection, don't answer then.

11                   MR. MOSER:  Understood.

12                   MR. INGOGLIA:  Mark it for a ruling,

13              please.

14                   You don't want him to answer if he saw

15              a copy of the complaint that he filed in

16              this action?  We got that straight?

17              Okay.

18                   Can we mark that?

19                   (An 11-page Summons in a civil

20              action was received and marked Defendants'

21              Exhibit E for identification, as of this

22              date.)

23         Q    All right.

24                   Mr. Hernandez, I'm showing you what has

25    been marked as Defendants' Exhibit E with today's

Enright Court Reporting    (631) 589-7788

15

1                          HECTOR HERNANDEZ

2    date for identification.  Take a look at that

3    document, please, and let me know if you recognize

4    what that document is (handing).

5                     (Witness examines document.)

6         A    What did you just say?

7         Q    Have you ever seen that document before?

8         A    Yes.

9         Q    Okay.

10             Do you know what that document is?

11        A    No.

12        Q    Okay, fine.

13                  MR. INGOGLIA:  Can you mark that.

14                  (A three-page Declaracion de Hector

15             Hernandez was received and marked

16             Defendants' Exhibit F for identification,

17             as of this date.)

18        Q    Mr. Hernandez, I'm showing you what has

19    been marked for identification as Defendants' Exhibit

20    F with today's date.  Do you recognize that document

21    (handing)?

22                  (Witness examines document.)

23        A    Yes.

24        Q    What is that document?

25        A    That's the declaration.

16

HECTOR HERNANDEZ

1

2    Q    Were there times during the months of March

3   through November where your workday would end sooner

4   than 5:00 p.m.?

5    A    Yes, sometimes.

6    Q    How often?

7    A    Once a week maybe.

8    Q    Were there times when that happened twice a

9   week or more?

10    A    Twice sometimes, but after that we always

11   work late.

12    Q    What does he mean by that statement?

13    A    That sometimes it happens once or twice.

14    Q    But he said after that we always work late.

15   What does he mean by that?

16    A    There were like some weeks that we didn't

17   finish at that time.  We work late.

18    Q    When you say there were some weeks you

19   didn't finish at that time, we work late, what do you

20   mean by late?  What time is late?

21    A    6:00, 6:30, 7:00.

22    Q    When you say you work till 6:00, 6:30,

23   7:00, would that be at a job site or would that be

24   when you finish at Paradise's yard?

25    A    No, we still have to go and leave the

17

                         HECTOR HERNANDEZ

1

2   equipment there.

3       Q    So what I'm asking is when you say we

4   wouldn't get done until 6:00, 6:30 or 7:00, do you

5   mean you wouldn't finish at the yard until that time?

6            MR. INGOGLIA:   I'll just ask it that

7            way.

8       A    At the job site where we were working, we

9   still have to go to the yard to leave the equipment,

10  the tools.

11      Q    I understand, but what time would you drop

12  off the equipment and the tools?

13      A    Sometimes we used to leave around eight

14  o'clock.

15      Q    The yard?

16      A    Yes, if we were far away, we make it around

17  that time.

18      Q    Were there times when you used to leave the

19  yard at 5:00 p.m.?

20      A    Yes.

21      Q    Were there times when you used to leave the

22  yard at 4:00 p.m.?

23      A    Yes.

24      Q    And were there times you used to leave the

25  yard by 3:00 p.m.?

18

HECTOR HERNANDEZ

1

2        A     Sometimes we left around 1:00 or 2:00 p.m.

3    and he only pay for half a day.

4        Q     How did you get paid by Mr. Nieto, check,

5    cash, something else?

6        A     Cash.

7        Q     Do you have any record of the days when he

8    allegedly paid you for only half the day?

9        A     No.

10        Q     Do you have any records of what he paid you

11    at any time, when you were employed by him?

12        A     No.

13        Q     Did you deposit any of the money that you

14    were paid by Mr. Nieto into any bank account?

15        A     No.

16        Q     Did you take any of the money that you were

17    paid by Mr. Nieto and wire it to someone else?

18        A     No.

19        Q     Did you ever make the claims that you're

20    making in this action, in any other prior action?

21        A     No.

22        Q     Okay.

23              Prior to living in Dallas, where did you

24    live?

25        A     In Spring Valley.

19

1                    HECTOR HERNANDEZ

2        Q     Where is that?

3        A     That was the name of the street.  I don't

4    remember where it was.

5        Q     Was it in Texas?

6        A     In Dallas, Texas.

7        Q     Okay, but prior to living in Dallas, Texas,

8    where did you move there from?

9        A     From El Salvador.

10       Q     What year did you move here from

11   El Salvador?

12       A     In 2010.

13       Q     Would it be fair to say that the first

14   place that you lived in the United States was in

15   Texas?

16       A     Yes.

17       Q     Do you possess a New York State driver's

18   license?

19       A     Permit.

20       Q     You have a permit, learner's permit?

21       A     Yes.

22       Q     And that's from New York State?

23       A     Yes.

24             MR. INGOGLIA:  We call for a copy or

25             for production of the Plaintiff's New York

20

1                        HECTOR HERNANDEZ

2              State learner's permit.

3                   MR. MOSER:  We'll take it under

4              advisement.

5         Q    That learner's permit, what name appears on

6    it?

7         A    The one that I just gave you.

8         Q    Which is what?

9         A    Hector Antonio Hernandez.

10        Q    Is Antonio on it as well or is it Hector A.

11   Hernandez?

12        A    No, the whole thing.

13        Q    All right, we're just finishing up here.

14             You have a wife.  Do you and your wife have

15   any children?

16        A    No.

17                  MR. INGOGLIA:  That's all I got.

18                  MR. MOSER:  Thank you.  No cross.

19                  THE VIDEOGRAPHER:  We are going off

20             the record.  The time is 2:18.

21                  MR. MOSER:  I'm sorry, I have to go

22             back on because I didn't do it.  I

23             apologize.

24                  THE VIDEOGRAPHER:  We're now back on

25             the record.  The time is 2:18.

21

1           HECTOR HERNANDEZ

2           MR. MOSER:  I just want to reserve the

3      right on the record of my clients to review

4      and make any corrections to the written

5      transcript that was made and just to

6      memorialize on the record that the

7      deposition of the Defendant is scheduled

8      for tomorrow and no interpreter has

9      been requested.

10          MR. INGOGLIA:  Do you want an

11     interpreter?

12          MR. NIETO:  It doesn't matter.

13          MR. INGOGLIA:  We'll go off.  Thank

14     you.

15          THE VIDEOGRAPHER:  We're going off the

16     record.  The time was 2:19.

17               -oOo-

18          (Time noted: 2:19 p.m.)

19

20

21

22

23

24

25

22

1

2    A C K N O W L E D G M E N T

3

4    STATE OF NEW YORK   )

5                        :

6    COUNTY OF           )

7

8              I, HECTOR HERNANDEZ, hereby certify

9    that I have read the transcript of my testimony taken

10    under oath in my deposition of February 6, 2023; that

11    the transcript is a true, complete and correct record

12    of what was asked, answered and said during this

13    deposition, and that the answers on the record as

14    given by me are true and correct.

15

16                                    _____

17                                    HECTOR HERNANDEZ

18

19

20    Subscribed and sworn to

21    before me this _____ day

22    of _____, 2023

23

24    _____

25        Notary Public

23

1
2                          I N D E X
3   WITNESS              EXAMINATION BY              PAGE
4   Hector Hernandez     Mr. Ingoglia               5
5
                         E X H I B I T S
6
    DEFENDANTS'          DESCRIPTION                 PAGE
7
    E                    Summons in a civil action   14
8
    F                    Declaration                 15
9
10                       I N S E R T S
11  ATTORNEY'S NAME                                  PAGE
12  Mr. Ingoglia                                     14
13
                         R E Q U E S T S
14
    DESCRIPTION                                      PAGE
15
    Production of the Plaintiff's New York State     19
16  learner's permit
17
18
19
20
21
22
23
24
25

24

1

2              C E R T I F I C A T E

3

4    STATE OF NEW YORK   )

                         :  SS:

5    COUNTY OF NASSAU    )

6

7         I, LISA CONWAY, a Shorthand Reporter and

8    Notary Public within and for the State of New York,

9    do hereby certify:

10        That HECTOR HERNANDEZ, the witness whose

11   deposition is hereinbefore set forth, was duly sworn

12   by me, and that such deposition is a true record of

13   the testimony given by such witness.

14        I further certify that I am not related to any

15   of the parties to this action by blood or marriage,

16   and that I am in no way interested in the outcome of

17   this matter.

18        IN WITNESS WHEREOF, I have hereunto set my

19   hand this 6th day of February, 2023.

20

21

22

23                    _____

                              LISA CONWAY

24

25

Enright Court Reporting    (631) 589-7788

**A**

-L-V-A-R-A-D-O 7:2
above-noted 1:19
accommodate 6:14
account 18:14
accurately 5:9
action 1:6 13:25 14:16,20 18:20,20 23:7 24:15
address 5:23 6:19 8:14
administer 3:15
advisement 20:4
against- 1:7
ago 9:24 10:2
AGREED 3:4,9,13
al 4:15
allegedly 18:8
Alvarado 6:25,25 7:4
answer 6:16 14:8 14:10,14
answered 22:12
nswering 6:9
answers 5:12 22:13
Antonio 5:22 20:9 20:10
anymore 11:9
apologize 20:23
appears 20:5
arrive 12:3
asked 22:12
asking 17:3
Attorney 2:5,10
ATTORNEY'S 23:11
attorneys 3:5
authorized 3:15
Avenue 6:19

**B**

B 5:6,6 23:5
back 13:12,13,14 20:22,24
bank 18:14
Barahona 1:5 2:21 4:13,25 7:17 8:6

9:13,15,18 10:5
Barbato 2:18
Beach 2:11
beginning 11:3
belong 7:23
benefits 11:18
best 6:14
blood 24:15
break 6:14,16
Broad 4:10
Broadhollow 1:11

**C**

C 2:2 5:6,15 22:2 24:2,2
calculation 13:22
call 19:24
called 5:6
Calvert 2:19 4:4
Carolina 2:18
case 4:15
cash 18:5,6
certification 3:6
certify 22:8 24:9,14
check 18:4
children 20:15
civil 1:6 14:19 23:7
claiming 13:19
claims 18:19
clients 21:3
Clinton 7:10,12,24 8:18
come 11:24 12:6 13:12,13,14
complaint 13:25 14:4,15
complete 22:11
Conway 1:20 24:7 24:24
copy 14:4,5,15 19:24
Cornwall 5:24 6:19 7:6 8:4,5,12,14
Corp 1:8 4:15
correct 14:2 22:11 22:14
corrections 21:4
counsels 4:19

**COUNTY** 22:6 24:5
court 1:2,18 3:17 4:16 5:3 6:6,12 8:14,16
cross 20:18
current 6:19

**D**

D 5:15 22:2 23:2
D-A-R-M-O-N 8:22
Dallas 9:12 18:23 19:6,7
Darmon 8:20,23
date 4:7 14:22 15:2 15:17,20
dates 10:11
day 11:5,12 12:18 12:19 13:8 18:3,8 22:21 24:19
days 12:17,24,24,25 13:5,17 18:7
de 15:14
December 11:5 12:22 13:7,15
Declaracion 15:14
declaration 15:25 23:8
Defendant 1:17 21:7
Defendant(s) 1:9
Defendants 2:10
Defendants' 14:20 14:25 15:16,19 23:6
Department 2:20
deposit 18:13
deposition 1:16 3:14 4:11 6:5 21:7 22:10,13 24:11,12
DESCRIPTION 23:6,14
different 7:16
District 1:2,3 4:16 4:17
document 15:3,4,5 15:7,10,20,22,24

driver's 19:17
drop 17:11
duly 5:7,16 24:11

**E**

E 2:2,2,6 5:15,15,15 14:21,25 22:2,2 23:2,5,7,10,13,13 24:2,2
Eastern 1:3 4:17
effect 3:16
Eiber 2:18
eight 7:14 17:13
El 19:9,11
employed 18:11
empty 13:17
English 5:11,13
Enright 4:5,9
equipment 17:2,9 17:12
ESQ 2:7,12
et 4:15
EXAMINATION 5:19 23:3
examined 5:18
examines 15:5,22
Exhibit 14:21,25 15:16,19

**F**

F 15:16,20 23:8 24:2
failed 13:19,23
fair 19:13
faithfully 5:9
far 17:16
February 1:13 4:7 12:23 13:7,16 22:10 24:19
Federal 1:18
filed 13:25 14:15
filing 3:6
fine 15:12
finish 6:8 16:17,19 16:24 17:5
finishing 20:13
FIRM 2:5
first 5:16 9:17

19:13
five 10:2 12:4
follows 5:18
force 3:16
form 3:10
forth 24:11
further 3:9,13 24:14

**G**

G 22:2
gestures 6:13
give 10:11 11:9
given 5:12 22:14 24:13
Glenn 2:10,12 4:21 6:2
go 11:25 16:25 17:9 20:21 21:13
going 6:3 14:9 20:19 21:15
guys 8:7

**H**

H 5:15,15 23:5
half 18:3,8
hand 24:19
handing 15:4,21
hands 13:2
happened 16:8
happens 16:13
head 6:13
Hector 1:5,16 4:12 4:13,25 5:22 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1,14 16:1 17:1 18:1 19:1 20:1,9,10 21:1 22:8,17 23:4 24:10
held 1:19
Hempstead 5:24 6:20 7:10 8:20,24 9:3
hereinbefore 24:11
hereunto 24:18
Hernandez 1:5,17

4:12,13 5:2,22 6:1
6:2 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1,24 15:1
15:15,18 16:1
17:1 18:1 19:1
20:1,9,11 21:1
22:8,17 23:4
24:10
**Hollow** 4:10
**hours** 11:22 13:8
13:23
**house** 2:20 7:21 8:8
**houses** 7:20
**Huntington** 2:6

**I**
**identification** 14:21
15:2,16,19
**identify** 4:19
**Index** 4:17
**indicating** 13:4
**Ingoglia** 2:10,12
4:21,21 5:20 6:2
8:21 14:9,12
15:13 17:6 19:24
20:17 21:10,13
23:4,12
**interested** 24:16
**interpreter** 2:18
5:4,7,17 21:8,11
**Island** 2:11

**J**
**J** 2:7,10,12
**January** 12:22 13:7
13:16
**job** 16:23 17:8
**Jonatan** 1:5 2:21
4:13,25
**Jorge** 7:19,22

**K**
**K** 22:2
**keep** 6:11
**kind** 13:17
**know** 6:5,14 8:15
9:15 13:24 15:3

15:10

**L**
**L** 3:2 5:6 22:2
**landlord** 7:23
**Landscape** 1:8 4:14
**Lane** 5:24 7:6
**late** 16:11,14,17,19
16:20,20
**LAW** 2:5,10
**learner's** 19:20
20:2,5 23:16
**leave** 16:25 17:9,13
17:18,21,24
**left** 18:2
**let's** 9:21 12:2
**license** 19:18
**Lisa** 1:20 24:7,24
**live** 6:22 7:3,7,9,12
7:15,17,19,22,23
8:6,8,9,19,23 9:2
9:4,11,13 18:24
**lived** 6:20 9:6 19:14
**living** 7:6 8:18
18:23 19:7
**located** 4:5,10
**long** 2:11 6:20 7:12
8:23 9:19 10:8
**look** 15:2

**M**
**M** 22:2
**Main** 2:6 4:6
**making** 18:20
**Maldonado** 7:19
**March** 16:2
**mark** 14:12,18
15:13
**marked** 14:20,25
15:15,19
**marriage** 24:15
**matter** 4:12 5:7
21:12 24:17
**mean** 12:16,16
16:12,15,20 17:5
**meet** 9:17
**Melville** 1:12 4:10
**memorialize** 21:6

**minutes** 12:4
**money** 11:14,15
18:13,16
**monitor** 4:8
**months** 12:22 13:6
13:15 16:2
**Moser** 2:5,7 4:24
4:24 13:2 14:7,11
20:3,18,21 21:2
**move** 19:8,10

**N**
**N** 2:2 3:2 5:6,15,15
22:2,2 23:2,10
**name** 5:21 6:2,24
19:3 20:5 23:11
**NASSAU** 24:5
**need** 6:13
**New** 1:3,12,21 2:6
2:11 4:6,11,17 5:8
5:24 6:20 7:10 9:7
19:17,22,25 22:4
23:15 24:4,8
**Nieto** 1:8 2:22 4:22
13:19 18:4,14,17
21:12
**nine** 7:14
**nods** 6:12
**normal** 11:22 13:7
**normally** 11:25,25
13:14
**Notary** 1:20 5:8,17
22:25 24:8
**noted** 21:18
**November** 16:3

**O**
**O** 3:2 5:6,6,15 22:2
**o'clock** 17:14
**oath** 3:15 22:10
**objection** 14:7,10
**objections** 3:10
**OFFICE** 2:10
**officer** 3:15
**offices** 4:5,9
**okay** 6:10,17,18
8:17 11:20 14:17
15:9,12 18:22

19:7
**once** 16:7,13
**oOo-** 5:14 21:17
**operator** 4:3
**Order** 1:19
**outcome** 24:16
**overtime** 13:20,23

**P**
**P** 2:2,2 3:2
**P.C** 2:5
**p.m** 1:13 4:8 12:12
16:4 17:19,22,25
18:2 21:18
**PAGE** 23:3,6,11,14
**paid** 11:10 18:4,8
18:10,14,17
**Paradise** 1:8 4:14
4:22 10:4,8,12,17
10:25 11:7,10,21
12:21 13:6
**Paradise's** 16:24
**Park** 2:11
**parties** 3:5 24:15
**pay** 13:20,23 18:3
**pending** 6:15
**people** 7:16
**perks** 11:17
**permit** 19:19,20,20
20:2,5 23:16
**place** 1:19 19:14
**Plaintiff** 5:15
**Plaintiff's** 19:25
23:15
**Plaintiff(s)** 1:6
**Plaintiffs** 1:17 2:5
4:25
**please** 4:19 5:4,21
5:23 6:4 10:12
14:13 15:3
**possess** 19:17
**PRESENT** 2:17
**prior** 7:6 18:20,23
19:7
**production** 19:25
23:15
**propounded** 5:10
**Public** 1:20 5:8,17

22:25 24:8
**pursuant** 1:18
**put** 13:2

**Q**
**question** 3:10 6:8
6:15 14:8
**questions** 5:10 6:3
6:4

**R**
**R** 2:2 5:6,6,15,15
23:10,13 24:2
**read** 22:9
**ready** 13:10
**received** 14:20
15:15
**recognize** 15:3,20
**record** 4:3 5:21,23
18:7 20:20,25
21:3,6,16 22:11
22:13 24:12
**records** 18:10
**referring** 8:10
**Regulations** 1:18
**related** 24:14
**remember** 9:19
10:18 19:4
**renting** 9:5
**reporter** 1:20 5:4
6:6,12 8:22 24:7
**Reporting** 4:5,9
**represent** 4:20,22
**representing** 4:4
**requested** 21:9
**reserve** 21:2
**reserved** 3:11
**respective** 3:5
**responses** 6:11
**return** 12:7,8,11
**review** 21:3
**right** 14:23 20:13
21:3
**Road** 1:11 2:11
4:10
**Robert** 2:19 4:4
**roommates** 8:7
**Rules** 1:18

ruling 14:12

**S**

S 2:2 3:2,2 23:5,10 23:10,13,13
S-O-N-I-A 6:25
Salvador 19:9,11
saw 14:14
Sayville 4:6
scheduled 21:7
sealing 3:6
seen 14:4 15:7
Service 1:8 4:14,23 10:4,9,12,17 11:2 11:8,11,22 12:21 13:6
set 24:11,18
seven 12:4
Shorthand 24:7
showing 14:24 15:18
signed 3:14,16
site 16:23 17:8
Sonia 6:25 7:4
sooner 16:3
sorry 20:21
South 4:6
Spanish 2:18 5:11 5:12
speak 6:7
speaking 4:4
spell 8:21
Spring 18:25
SS 24:4
start 6:9 10:16 12:2
started 13:9
state 1:21 4:20 5:8 5:21,23 9:7 19:17 19:22 20:2 22:4 23:15 24:4,8
statement 16:12
States 1:2 4:16 19:14
Stenotype 1:20
Steven 2:7 4:24
STIPULATED 3:4 3:9,13
top 10:25 11:7

straight 14:16
street 2:6 4:6 7:10 7:13 8:20,22,23 9:3 19:3
Subscribed 22:20
summer 10:20,21
summertime 10:19
Summons 14:19 23:7
swear 5:4
sworn 3:14,16 5:7 5:16 22:20 24:11

**T**

T 3:2,2 5:6,15 22:2 23:5,10,13 24:2,2
table 13:3
take 4:11 6:6,12 15:2 18:16 20:3
taken 1:17 22:9
talking 11:24 13:15
testified 5:18
testimony 22:9 24:13
Texas 9:12 19:5,6,7 19:15
thank 8:17 20:18 21:13
thing 20:12
three 6:21 12:25 13:5
three-page 15:14
till 16:22
time 1:19 3:11 4:7 6:7,13 9:6,17,20 10:6 13:8,8,11,14 16:17,19,20 17:5 17:11,17 18:11 20:20,25 21:16,18
times 16:2,8 17:18 17:21,24
today 6:3
today's 4:7 14:25 15:20
tomorrow 21:8
tools 13:10 17:10 17:12
transcribed 6:5

transcript 21:5 22:9,11
translate 5:10
Translations 2:18
Tree 1:8 4:14,22 10:4,8,12,17,25 11:7,11,21 12:21 13:6
trial 1:16 3:11
truck 13:13
true 22:11,14 24:12
try 9:21
twice 16:8,10,13
two 12:17,24 13:5

**U**

U 3:2 23:13
Uh-huh 10:22 12:5 14:6
understand 6:4 17:11
Understood 14:11
United 1:2 4:16 19:14
unload 13:12
usually 12:7

**V**

Valley 18:25
venue 4:15
verbal 6:12
versus 4:14
video 2:20 4:3,8
Videographer 2:19 4:2 5:3 20:19,24 21:15
videotaped 4:11
voice 4:19

**W**

W 22:2
waived 3:7
Wall 8:14,16
want 14:14 21:2,10
way 17:7 24:16
We'll 20:3 21:13
we're 20:13,24 21:15

week 12:17,19 13:6 16:7,9
weeks 16:16,18
WHEREOF 24:18
wife 6:23 7:4 20:14 20:14
William 1:8 2:22 4:22 9:3
wire 18:17
witness 5:5,11,12 15:5,22 23:3 24:10,13,18
work 10:5.8 11:9 12:21 16:11,14,17 16:19,22
workday 16:3
worked 10:11 11:11,21 13:5,20
working 10:16,25 11:7,18 13:19 17:8
wouldn't 17:4,5
written 21:4

**X**

x 1:4,10 23:2,5

**Y**

yard 11:25 12:7,11 16:24 17:5,9,15 17:19,22,25
Yeah 8:17 9:21 12:9
year 8:25 10:10 19:10
years 6:21 7:14 9:22,22,24,25 10:2
York 1:3,12,21 2:6 2:11 4:6,11,17 5:9 5:24 6:20 7:10 9:7 19:17,22,25 22:4 23:15 24:4,8

**Z**

Z 5:15

**0**

**1**

1:00 18:2
1:37 1:13 4:8
10 9:22,22,24,25 11:23
100 4:5 8:20,23
104 2:11
11 11:23
11-page 14:19
11550 5:25 7:11
11558 2:11
11743 2:6
12 11:23
135 7:10,12,24 8:18
14 23:7,12
143 9:3
15 23:8
150 11:12
19 23:15

**2**

2:00 18:2
2:18 20:20,25
2:19 21:16,18
2:21-cv-05400 1:6 4:18
2008 9:10,15
2010 19:12
2019 10:13,14,16 10:23
2020 10:13,14 11:6
2021 11:3,4
2023 1:13 4:7 22:10 22:22 24:19
22 5:24 6:19 7:6 8:4 8:5,11,12,14

**3**

3:00 17:25

**4**

4:00 17:22
445 1:11 4:10

**5**

5 2:6 23:4
5:00 13:18 16:4 17:19

**6**

**6** 1:13 4:7 22:10
**:00** 12:10,12 16:21
    16:22 17:4
**6:30** 16:21,22 17:4
**6th** 24:19

                **7**
**7:00** 12:3,10 13:12
    16:21,23 17:4