UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JONATAN BARAHONA and HECTOR HERNANDEZ, §
                                                                                        §
       **Plaintiffs,**      § Civil Action No.: 2:21-cv-05400
                                                                                        §   (GRB)(LGD)
   -against-           §
                                                                                        § **AFFIRMATION OF SERVICE**
                                                                                        §
**PARADISE TREE SERVICE & LANDSCAPE, CORP.** §
**and WILLIAM NIETO**                                                §
                                                                                        §
                                                                                        §
       **Defendants.**      §
------------------------------------------------------------------------X

    I, GLENN J. INGOGLIA, ESQ., declare under the penalties of perjury, on June 10, 2025, I served a copy of the attached MOTION FOR A NEW TRIAL AND OTHER RELIEF, along with all affirmations, affidavits, exhibits, papers upon the following parties/offices via the Court's Electronic Case Filing System:

**THE CLERK OF THE COURT**
**U.S. DIST. COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP**
**100 Federal Plaza**
**Central Islip, NY 11722**

**Steven J. Moser, Esq.**
**Moser Law Firm, P.C.**
**133C New York Avenue**
**P.O. Box 710**
**Huntington, New York 11743**
**(631) 824-0200**
**steven.moser@moserlawfirm.com**

**Dated:** **Island Park, New York**
   **June 11, 2025**

               **By:** *Glenn J. Ingoglia*
                  **GLENN J. INGOGLIA, ESQ. (GI 1655)**