The Law Office of
# GLENN J. INGOGLIA
**104 Long Beach Road**
**Island Park, New York 11558**
**glenn@ingoglialaw.com**

| | |
|---|---|
| **Telephone: (516) 432-0500** | **Admitted to Practice Law** |
| **Facsimile: (516) 432-7333** | **in the State of New York** |

**June 25, 2025**

**VIA ECF**
**Hon. Gary R. Brown, USDJ**
**United States District Court**
**Eastern District of New York**
**100 Federal Plaza**
**Central Islip, NY 11717**

**Re:** **DEFENDANTS' CONFIRMATION LETTER REGARDING SUBMISSION OF COURTESY COPY OF MOTION FOR A NEW TRIAL AND OTHER RELIEF (DE 91)**
**Barahona et al. v. Paradise Tree Service & Landscape Corp. and William Nieto**
**Case No.:  2:21-cv-05400 (GRB)(LGD)**

**Dear Judge Brown:**

**Regarding the above matter, this office represents the Defendants and has submitted a courtesy copy of our recently filed motion for a new trial and other relief, to the front desk/mail room of the Courthouse via overnight mail, today, June 25, 2025, at 10:41 a.m. EST.  In addition, as of today at 2:46 p.m., I have not received Plaintiffs' opposition to the previously mentioned motion papers, which are due today pursuant to your Order dated June 11, 2025.  Finally, I respectfully request, should opposition to the motion be filed, that Defendants be granted a reasonable amount of time to file Reply papers.**

**Thank you, Your Honor, for your attention to this matter.**

**Respectfully submitted,**

*Glenn J. Ingoglia*

**Glenn J. Ingoglia**

Page **1** of **2**

**2:21-CV-05400(GRB)(LGD)**

**c.c.:** **VIA ECF and steven.moser@moserlawfirm.com**
**Steven J. Moser, Esq.**
**Moser Law Firm, P.C.**
**Attorney for Plaintiffs**