# The Law Office Of
# GLENN J. INGOGLIA

104 Long Beach Road
Island Park, New York 11558
glenn@ingoglialaw.com

Telephone: (516) 432-0500
Facsimile:  (516) 432-7333

Admitted to Practice Law
in the State of New York

July 11, 2025

<u>Via ECF</u>
Hon. Gary R. Brown, U.S.D.J.

Re:   Jonathan Barahona et ano v William Nieto et ano
      02:21-cv-05400 (GRB)(LGD)
      Defendants' motion for a new trial and other relief
      Courtesy Copies 2 of 2

Dear Honorable Judge Brown:

Regarding the above matter, and as counsel for the defendants, I have forwarded via overnight mail, today, July 11, 2025, the second part of the courtesy copies for defendants' motion for a new trial and other relief. Specifically, I mailed plaintiffs' opposition and defendants' reply papers, as well as defendants' two letter motions requesting extensions to file a reply and your Honor's two orders granting those motions. The Defendants greatly appreciate your courtesy and attention to this matter. Respectfully, I remain,

Sincerely yours,

Glenn J. Ingoglia
GJI/vv

c.c.:   <u>VIA ECF</u>
        Steven Moser, Esq.
        Counsel for Plaintiffs