```
                        I N D E X
Examination by         Witness Name                      Page
 EXAMINATION BY---------- WILLIAM NIETO -------------------   7
 MR. MOSER


             EXHIBITS MARKED FOR IDENTIFICATION
No.      Description                                    Page


 1       Affidavit-----------------------------------   45


 2       Form 1120-S, 2018 --------------------------   64


 3       E-mail--------------------------------------   72


 4       Form 1120-S, 2020---------------------------   72


 5       Blank Form 1120-S---------------------------   72


             INFORMATION/DOCUMENTATION REQUESTED
                                               Page      Line
Account number.--------------------------------   32      19
             QUESTIONS/ANSWERS MARKED IN THE TRANSCRIPT
                                               Page      Line

For what reason other than Jonatan saying he ---   25      18
didn't have a way to cash the check did you
pay Jonatan in cash?

Can you be more specific about what you would --   29      25
do?
Do you understand my question?-----------------    30      20
Would the amounts that you withdraw from Chase -   32      21
show the wages that you paid to Jonatan and
Hector?
Would you take precisely the amount out you ----   33      13
needed to pay Jonatan and Hector or some
different amount out?
Why did you allow him to drive a truck after ---   40      10
he told you he didn't have a CDL?
```

```
(1)              INFORMATION/DOCUMENTATION REQUESTED
(2)                                                         Page      Line
(3)
(4)     Is a CDL required to drive your vehicles?-------     40        13
(5)     Do you have any records showing that Jorge was -     41        12
        employed by you?
(6)
        Jorge knows the hours that Jonatan worked; -----     41        16
(7)     correct?
(8)     Do you have any documents that would show that -     42         3
        Jorge was actually a co-worker of Jonatan in
(9)     the summer of 2017?
(10)    Was there a regular time Jonatan had to report -     43         5
        to Six Jackson?
(11)
        In beginning of his employment, did Jonatan ----     43        16
(12)    Barahona have a regular time that he was
        supposed to report?
(13)
        In light of what is in number seven of the -----     58         5
(14)    declaration, would you like to make any
        corrections to this declaration?
(15)
        How much would he be paid?  Would he be paid ---     59        10
(16)    any extra if he worked until 4:30?
(17)    Do you know why no salaries or wages are -------     69        18
        listed on this tax return?
(18)
        Directly to the right of cost of labor, do you -     71         3
(19)    see a number?
(20)    How much did you pay in salary and wages to ----     71         8
        employees in 2018?
(21)
        Is everything in this document true and --------     75         3
(22)    accurate?
(23)    Did you ever communicate to your accountant ----     75        21
        any information regarding wages or salaries
(24)    paid to employees?
(25)
```

February 7, 2023

```
                  INFORMATION/DOCUMENTATION REQUESTED
                                                              Page      Line


(5)    Did your accountant ever ask for information ---        76         7
       regarding salaries and wages?

(6)
       So, what records did you have regarding wages --        77        12
(7)    and salaries in 2018?
(8)    What documents did you keep regarding wages ----        77        22
       and salaries in 2019?

(9)
       What documents did you keep with regard to -----        78         3
(10)   wages and salaries paid by Paradise in 2020?
(11)   You had employees in 2019?----------------------        78         8
(12)   You had employees in 2020?----------------------        78        11
(13)   Do you recall anything you gave to your --------        78        14
       accountant to prepare these returns?

(14)
       For the year 2020, what documents did you ------        79         3
(15)   provide to your accountant for the purposes of
       preparing the tax return?

(16)
       Did you see him put the pills in the truck? ----        83         2

(17)
       What did you do when he laughed?----------------        83        14

(18)
       Did you tell him to stop smoking pot too?-------        83        22

(19)
       Did you tell him to stop smoking marijuana?-----        84         2

(20)
       As a result of you telling Mr. Barahona to -----        84         6
(21)   stop smoking marijuana and stop taking the
       pills, did you see any change in his behavior?

(22)
       Why didn't you fire him?------------------------        84        10

(23)
       Do you believe it is good practice to allow ----        84        12
(24)   employees to use dangerous tools while smoking
       marijuana?

(25)
       Did you ever fire Jonatan?----------------------        84        22
```

|     |                                                                                                                    | Page | Line |
|-----|--------------------------------------------------------------------------------------------------------------------|------|------|
| (1) | INFORMATION/DOCUMENTATION REQUESTED                                                                                |      |      |
| (2) |                                                                                                                    | Page | Line |
| (6) | Did you ever fire Hector?                                                                                          | 84   | 24   |
| (7) | Did you have any full-time employees at Paradise in 2018?                                                          | 85   | 4    |
| (9) | Did you have any full-time employees in Paradise in 2019?                                                          | 85   | 9    |
| (10)| When Jonatan wouldn't call you to see if work was available, who did the work that week?                           | 85   | 13   |
| (12)| Did you take any steps when you opened your business to find out about wage and hour laws?                         | 86   | 9    |
| (13)| During any time did you take any steps to find out the wage and hour laws that apply to employees of Paradise?     | 86   | 16   |
| (15)| Any time before this case was commenced, did you take any steps to become familiar with wage and hour laws?        | 86   | 22   |
| (17)| Do you know what overtime is?                                                                                      | 87   | 2    |
| (18)| What is the regular work week?                                                                                     | 87   | 4    |
| (19)| Did you ever inquire as to whether the way which you were paying Hector Hernandez or Jonatan Barahona complied with the law? | 87 | 9 |
| (21)| What is your cell phone number?                                                                                    | 87   | 16   |