

MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

October 24, 2025

**VIA ECF**

Hon. Gary R. Brown, USDJ
United States District Court
Eastern District of New York
100 Federal Plazaa
Central Islip, NY 11717

Re:    *Barahona et al v Paradise Tree Service & Landscape, Corp et al*
       Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Brown:

Consistent with the Court's most recent order, the attorneys for the parties have conferred, and submit the following proposed briefing schedule:

Plaintiffs' Motion: served[1] on or before November 14, 2025

Defendants' Opposition: served on or before December 15, 2025

Plaintiffs' Reply: served on or before December 29, 2025

Although the attorneys agree upon these dates, this letter does not contain all of the Defendants' proposals. *Inter alia* the Defendants wanted this letter to include a briefing schedule for an undisclosed "cross-motion" by Defendants, a request by Defendants to file a sur-reply, and a request by Defendants for oral argument. Plaintiffs believe that these are more appropriately addressed by the Defendants via a separate application but will further meet and confer and submit a follow up letter if the Court wishes.

Respectfully submitted,

*Steven J. Moser*

Steven J. Moser

cc:    All Counsel of Record (Via ECF)

---

[1] Plaintiff will submit the fully briefed motion December 29, 2025, unless the Court wants the parties to file the motion papers when served.

Hon. Gary R. Brown, USDJ

MOSER LAW FIRM, PC

Re:     *Barahona v. Paradise Tree Service & Landscape Corp.*

Page 2