UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JONATHAN BARAHONA and HECTOR HERNANDEZ,

                Plaintiffs,

-against-

PARADISE TREE SERVICE & LANDSCAPE CORP. and WILLIAM NIETO,

                Defendants.

---

DOCKET NO.:
21-CV-5400 (GRB) (LGD)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN, that the Defendants/Appellants, PARADISE TREE SERVICE & LANDSCAPE CORP. and WILLIAM NIETO, hereby appeals to the United States Court of Appeals for the Second Circuit from the MEMORANDUM AND ORDER decided by the Honorable GARY R. BROWN, U.S.D.J., of the United States District Court, Eastern District of New York, Long Island Office, entered on October 9, 2025, which denied all relief sought in Defendants'/Appellants' motion, filed on June 10, 2025, to the District Court, seeking relief pursuant to F.R.C.P. Rules 38, 39, 52, 55, 59, 60, 62, the Seventh Amendment of the U.S. Constitution and other relief, including but not limited to, staying, vacating, amending and/or reversing the Judgment granted to Plaintiffs/Appellees, ordering a new trial, vacating, amending, reversing and/or ordering new proceedings regarding the findings, ordering a new jury trial and other relief.

Defendants'/Appellants' counsel, GLENN J. INGOGLIA, ESQ., acting in an individual capacity, and as counsel for, the Defendants/Appellants, PARADISE TREE SERVICE & LANDSCAPE CORP. and WILLIAM NIETO, does hereby appeal the

aforementioned Order, and seeks to vacate, amend and/or reverse, findings of fact and other facts, that are contained therein.

Defendants'/Appellants' counsel, GLENN J. INGOGLIA, ESQ., acting in an individual capacity, and as counsel for, the Defendants/Appellants, PARADISE TREE SERVICE & LANDSCAPE CORP. and WILLIAM NIETO, does hereby appeal the aforementioned Order, and seeks to vacate, amend and/or reverse, the portion of the aforementioned Order, in which the Court, sua sponte, Ordered further proceedings in this matter, to determine the Court's potential imposition of sanctions against Defendants'/Appellants' counsel and Defendants/Appellants, under Rule 11 and/or 28 U.S.C. § 1927.

Furthermore, the Defendants/Appellants appeal and seek to vacate, amend, and/or reverse the portion of the aforementioned Order, which grants the Plaintiffs/Appellees the right to apply and/or be awarded counsel fees.

Date: November 7, 2025
Island Park, NY

Glenn J. Ingoglia, Esq. (GI 1655)
THE LAW OFFICE OF GLENN J. INGOGLIA
Counsel for Defendants
PARADISE TREE SERVICE & LANDSCAPE CORP. and WILLIAM NIETO
104 Long Beach Road
Island Park, NY 11558
(516) 432-0500 Office/ (516) 298-6279 Mobile
Email: glenn@ingoglialaw.com

The Law Office of<br>
**GLENN J. INGOGLIA**<br>
104 Long Beach Road<br>
Island Park, New York 11558<br>
(516) 432-0500<br>
glenn@ingoglialaw.com

---

DOCKET NO.: 21-CV-5400 (GRB) (LGD)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JONATHAN BARAHONA and HECTOR HERNANDEZ,

                 Plaintiffs,

-against-

PARADISE TREE SERVICE & LANDSCAPE CORP. and WILLIAM NIETO,

                 Defendants.

---

## NOTICE OF APPEAL

Signature F.R.C.P. Rule 11

*/s/ Glenn J. Ingoglia*

GLENN J. INGOGLIA (GI 1655)
The Law Office of Glenn J. Ingoglia
Counsel for Defendants
PARADISE TREE SERVICE AND LANDSCAPE CORP. and WILLIAM NIETO
P.O. Address, Telephone and Email Address
104 Long Beach Road
Island Park, NY 11558
(516) 432-0500
glenn@ingoglialaw.com

                                              Acknowledgment of Service:

                                              _____