**The Law Office Of**
# GLENN J. INGOGLIA
**104 Long Beach Road
Island Park, New York 11558
glenn@ingoglialaw.com
(516) 432-0500**

**November 12, 2025**

<u>Via ECF</u>
**Hon. Gary R. Brown, U.S.D.J.
District Court of the Eastern District
of New York, Central Islip**

**Re:    Jonathan Barahona et ano. v William Nieto et ano.
        02:21-cv-5400 (GRB) (LGD)
        Defendants' Pre-Motion Letter and Request for Pre-Motion Conference**

**Dear Honorable Judge Brown:**

**Regarding the above matter, and in accordance with the Court's Rules, I am respectfully requesting the Court to schedule a Pre-Motion Conference to discuss Defendants' Counsel's intention of filing a motion seeking Recusal.  As the Court indicated in its recent Memorandum and Order, dated October 9, 2025, the remaining issues to be determined are: (1)  the Court's sua sponte imposition of sanctions under Rule 11 and/or 28 U.S.C. § 1927, and (2) application of attorneys' fees by plaintiffs' counsel.**

**I have never sought Recusal and therefore, I have much trepidation in doing so now. However, I believe this relief is firmly supported by law and pursuant to 28 U.S.C. 455 and 28 U.S.C. 144.**

**I respectfully believe impartiality in the future can reasonably be questioned should Recusal not occur, based on the subjective statements contained in the Court's recent Order and alleged, regarding my character, professionalism and conduct. Coupled with the Court's statements therein praising the Plaintiffs' attorney for his conduct in prior matters over the past years, in my opinion, reasonably questions impartiality in the future.**

**Moreover, I wish to file the aforesaid motion for the reasons outlined above and not because I disagree or am unhappy with the court's decision.**

I would also like to respectfully notify the court that the scheduling order submitted by Plaintiffs' attorney was not approved by me as Plaintiffs' attorney stated in the letter and proposed order, he submitted to the Court. In fact, the letter submitted to the Court as a proposed order was revised by Plaintiffs' attorney and then emailed to me without affording me any time to review it before he submitted it to the court. I never approved the proposed order although Plaintiffs' counsel represented to the court that I did.

I now seek to make a record of the above facts concerning the scheduling order and wish to preserve all rights for Defendants and Defendants' counsel to make an application in the near future, seeking amendment of the scheduling order by adding provisions allowing the Defendants' and Defendants' counsel, the right to file a Sur-Reply and for Oral Argument of all issues. I drafted a letter motion outlining the above facts in specificity and the relief sought above. I have not filed the same as I thought it would be more appropriate to do so after the Recusal motion issue is resolved.

The Defendants and I greatly appreciate your courtesy and attention to this matter. Respectfully, I remain,


Sincerely yours,

*Glenn J. Ingoglia*

**Glenn J. Ingoglia**
GJI/vv

c.c.:   VIA ECF: steven.moser@moserlawfirm.com
        Steven Moser, Esq.
        Counsel for Plaintiffs