

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

November 13, 2025

**VIA ECF**

Hon. Gary R. Brown, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

Re: *Barahona et al v Paradise Tree Service & Landscape, Corp et al*
Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Brown:

    I represent the Plaintiffs. I respectfully request that the deadline to serve the motion for attorney's fees be changed from November 14, 2028 to November 28, 2028.

    On November 7, 2025, the Defendants filed a notice of interlocutory appeal of the Court's Memorandum and Order dated October 9, 2025. D.E. 104. However, the Defendants never sought leave to file an interlocutory appeal pursuant to 28 U.S.C. § 1292(b), and no petition has yet been made to the Second Circuit under FRAP 5. The outlines of Defendants' anticipated appeal are unknown and the Defendants (Appellants) have until November 21, 2025 to file their Pre-Argument Statement.

    Also, on November 12, 2025, Mr. Ingoglia requested a pre-motion conference concerning an anticipated motion for recusal. D.E. 105. In that same letter, he states that he did not approve of the proposed briefing schedule and intends on moving for amendment of the scheduling order.

    The Plaintiffs' motion papers were originally to be served on November 28, 2025. *See* D.E. 103. We moved the date to November 14, 2025. In light of the numerous unresolved issues raised by Defendants, I respectfully request that the Plaintiffs be permitted to serve their motion on November 28, 2025 as originally ordered.

Respectfully submitted,

*Steven J. Moser*
Steven J. Moser

cc: All Counsel of Record (Via ECF)