**EXHIBIT A**

## glenn ingoglia

| | |
|---|---|
| **From:** | Steven Moser <steven.moser@moserlawfirm.com> |
| **Sent:** | Wednesday, October 22, 2025 1:51 PM |
| **To:** | glenn ingoglia |
| **Cc:** | Sasha Baute |
| **Subject:** | 2025-10-22 Briefing Schedule |
| **Attachments:** | 2025-10-22 Briefing Schedule.docx |

Glenn

Please let us know if you have any changes to the annexed.

Steve

1



MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

October 22, 2025

**VIA ECF**

Hon. Gary R. Brown, USDJ
United States District Court Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

Re:    *Barahona et al v Paradise Tree Service & Landscape, Corp et al*
       Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Brown:

Consistent with the Court's most recent order, the attorneys for the parties have conferred, and submit the following proposed briefing schedule.

| | |
|---|---|
| Plaintiff's Motion | November 14, 2025 |
| Defendants Opposition and Response | December 15, 2025 |
| Plaintiff's Reply | December 29, 2025 |

In addition, the Defendants seek to file a sur reply, which Plaintiffs oppose:

| | |
|---|---|
| Defendants' Sur Reply | January 14, 2026 |

Finally, the Defendants request oral argument on the motion(s). Plaintiff takes no position with regard to this request.

Respectfully submitted,

*Steven J. Moser*

Steven J. Moser

cc:    All Counsel of Record (Via ECF)

**glenn ingoglia**

| | |
|---|---|
| **From:** | glenn ingoglia |
| **Sent:** | Thursday, October 23, 2025 8:36 PM |
| **To:** | Steven Moser |
| **Cc:** | glenn ingoglia |
| **Subject:** | Barahona v Nieto briefing letter |
| **Attachments:** | 2025-10-22 Briefing Schedule.Nieto.docx |

Hello

I made revisions to the letter and attached same. Even if you agree with all changes, please forward me the final draft for my approval before it is submitted to the court. Thank you.


Glenn J Ingoglia, Esq.
The Law Office of Glenn J Ingoglia
104 Long Beach Road
Island Park,  NY 11558
(516) 432-0500 Telephone
(516) 298-6279 Mobile
(516) 432-7333 Facsimile
glenn@ingoglialaw.com
www.ingoglialaw.com



**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

MOSER LAW FIRM, PC

October 22, 2025

**VIA ECF**

Hon. Gary R. Brown, USDJ
United States District Court Eastern District of New York
100 Federal Plazaa
Central Islip, NY 11717

Re:    *Barahona et al v Paradise Tree Service & Landscape, Corp et al*
       Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Brown:

Consistent with the Court's most recent order, the attorneys for the parties have conferred, and submit the following proposed briefing schedule.

Plaintiff's Motion for Sanctions and counsel fees filed on or before November 14, 2025

Defendants Opposition, Response and any Cross Motion, filed on or before December 15, 2025

Plaintiff's Reply in response to defendant's opposition and/or opposition, to any cross motion filed by Defendants filed on or before        December 29, 2025

In addition, the Defendants seek to file a sur reply, to Plaintiff's motion and/or reply in support of defendant's cross motion, if any, on or before January 15, 2026, Plaintiffs oppose defendants request to file a sur reply to Plaintiff's Motion but consent to filing a reply to any cross motion filed by Defendants.

Finally, the Defendants request oral argument on the motion(s). Plaintiff takes no position with regard to this request.

Respectfully submitted,

*Steven J. Moser*

Steven J. Moser

Glenn J. Ingoglia

cc:    All Counsel of Record (Via ECF)

MOSER LAW FIRM, PC

Hon. Gary R. Brown, USDJ

Re:     *Barahona v. Paradise Tree Service & Landscape Corp.*

Page 2

## glenn ingoglia

| | |
|---|---|
| **From:** | Steven Moser <steven.moser@moserlawfirm.com> |
| **Sent:** | Friday, October 24, 2025 10:16 AM |
| **To:** | glenn ingoglia |
| **Cc:** | Sasha Baute |
| **Subject:** | 2025-10-22 Briefing Schedule (SJM Redline) |
| **Attachments:** | 2025-10-22 Briefing Schedule (SJM Redline).docx |

Glenn

Here are my proposed changes.  With very limited exceptions, Judge Brown's rules require any party seeking to file a motion to file a request for a pre-motion conference.

Steve

1



**MOSER LAW FIRM, PC**

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

October 22, 2025

**VIA ECF**

Hon. Gary R. Brown, USDJ
United States District Court Eastern District of New York
100 Federal Plazaa
Central Islip, NY 11717

Re:   *Barahona et al v Paradise Tree Service & Landscape, Corp et al*
      Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Brown:

Consistent with the Court's most recent order, the attorneys for the parties have conferred, and submit the following proposed briefing schedule.

Plaintiff's Motion for Sanctions and counsel fees filed on or before November 14, 2025

Defendants Opposition, Response and any Cross Motion, filed on or before December 15, 2025

Plaintiff's Reply in response to defendant's opposition and/or opposition, to any cross motion filed by Defendants filed on or before      December 29, 2025

In addition, the Defendants seek to file a sur reply, to Plaintiff's motion and/or reply in support of defendant's cross motion, if any, on or before January 15, 2026., Plaintiffs oppose defendants request.  to file a sur reply to Plaintiff's Motion but consent to filing a reply to any cross motion filed by Defendants.

Finally, the Defendants request oral argument on the motion(s). Plaintiff takes no position with regard to this request.

Respectfully submitted,

*Steven J. Moser*
Steven J. Moser

Glenn J. Ingoglia

cc:    All Counsel of Record (Via ECF)

MOSER LAW FIRM, PC

Hon. Gary R. Brown, USDJ
Re:     *Barahona v. Paradise Tree Service & Landscape Corp.*
Page 2

Case 2:21-cv-05400-GRB-LGD   Document 107-1   Filed 11/18/25   Page 10 of 11 PageID
Case 2:21-cv-05400-GRB-LGD   Document 102   Filed 10/24/25   Page 1 of 2 PageID #:
#: 702
702



**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

October 24, 2025

**VIA ECF**

Hon. Gary R. Brown, USDJ
United States District Court
Eastern District of New York
100 Federal Plazaa
Central Islip, NY 11717

Re:   *Barahona et al v Paradise Tree Service & Landscape, Corp et al*
      Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Brown:

     Consistent with the Court's most recent order, the attorneys for the parties have conferred, and submit the following proposed briefing schedule:

     Plaintiffs' Motion: served[1] on or before November 14, 2025

     Defendants' Opposition: served on or before December 15, 2025

     Plaintiffs' Reply: served on or before December 29, 2025

     Although the attorneys agree upon these dates, this letter does not contain all of the Defendants' proposals. *Inter alia* the Defendants wanted this letter to include a briefing schedule for an undisclosed "cross-motion" by Defendants, a request by Defendants to file a sur-reply, and a request by Defendants for oral argument. Plaintiffs believe that these are more appropriately addressed by the Defendants via a separate application but will further meet and confer and submit a follow up letter if the Court wishes.

Respectfully submitted,

*Steven J. Moser*

Steven J. Moser

cc:    All Counsel of Record (Via ECF)

---

[1] Plaintiff will submit the fully briefed motion December 29, 2025, unless the Court wants the parties to file the motion papers when served.

Case 2:21-cv-05400-GRB-LGD   Document 107-1   Filed 11/18/25   Page 11 of 11 PageID
Case 2:21-cv-05400-GRB-LGD   Document 102   Filed 10/24/25   Page 2 of 2 PageID #:
#: 703

Hon. Gary R. Brown, USDJ
Re:   *Barahona v. Paradise Tree Service & Landscape Corp.*
Page 2

MOSER LAW FIRM, PC