**EXHIBIT B**



**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

August 1, 2022

**VIA ECF**

Hon. Lee G Dunst, USMJ
United States District Court Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

  Re: *Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al.,*
     Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Dunst:

  I represent the Plaintiffs. I write to request that the date for selection of a mediator be advanced from August 31, 2022 to August 5, 2022. On July 19, 2022 the Court directed the parties to select a mediator by August 31, 2022. However, it has come to my attention that it is highly unlikely that we will be able to schedule the mediation by September 30, 2022, as directed in the order, if we wait until August 31, 2022 to select the mediator.

  Last week, I wrote to the Defendants of our desire to accelerate the date for selection of the mediator. We have not received a response to this specific request.

           Very truly yours,

           *Steven J. Moser*

           Steven J. Moser

CC: All counsel of record via ECF

# The Law Office Of
# GLENN J. INGOGLIA
104 Long Beach Road
Island Park, New York 11558
glenn@ingoglialaw.com

Telephone: (516) 432-0500                                                                    Admitted to Practice Law
Facsimile: (516) 432-7333                                                                      in the State of New York

August 3, 2022

<u>Via ECF</u>
Hon. Lee G. Dunst, USMJ
United States District Court, EDNY
100 Federal Plaza
Central Islip, NY 11717

Re:             Jonatan Barahona and Hector Hernandez v. Paradise Tree
                Service & Landscape, Corp. and William Nieto
Venue:          United States District Court, Eastern District of New York
Civil Action No.: 2:21-cv-05400 (GRB)(LGD)

Dear Judge Dunst:

Regarding the above matter, I represent the Defendants, Paradise Tree Service & Landscape, Corp. and William Nieto.  Pursuant to your Order dated August 2, 2022, I am hereby responding to Plaintiff's Letter Motion dated August 1, 2022.  Please allow this letter to serve as opposition to Plaintiff's Letter Motion and as an application from Defendant to sanction Plaintiff's counsel for deliberately making false representations to this Court and engaging in practice in violation of the Federal Rules as well as this Court's Rules.

In summary, Plaintiff's counsel is attempting to deceive this Court by intentionally making false representations as to what occurred in this matter in the past week.  Specifically, Counsel states in the last paragraph of his letter, "Last week, I wrote to the Defendants of our desire to accelerate the date for selection of the mediator. We have not received a response to this specific request."

In fact, none of that is true.  Plaintiff's counsel never wrote me and expressed his desire to accelerate the date for mediator selection.  The opposite is true.  Plaintiff's counsel wrote me and expressed his desire to extend the date when mediation would be completed.  It is also untrue that I did not respond.

On Thursday, July 28, 2022, plaintiff's counsel, without any prior discussion with me, emailed me a draft of a letter he wished to send to the Court requesting an extension of the date to complete mediation from September 30, 2022 to October 31, 2022.  See copy attached of Plaintiff's letter attached hereto.

The next morning, Friday, July 29, 2022, I replied to Plaintiff's email. I suggested we speak about his letter and my intention to file summary judgment motions at the same time. Plaintiff responded and said he was available to speak no later than 1pm that day, Friday, July 29, 2022. I replied it would be difficult and suggested we speak Monday (August 1, 2022) Afternoon. He replied by suggesting we do it that same day and he would make himself available at any time. This coming just moments after he told me he couldn't speak after 1pm. I had already suggested Monday afternoon, the next business day, but never heard back from him. Attached hereto is the email string between Plaintiff and I, on July 29, 2022.

On Monday, August 1, 2022, at 10:42 a.m., Plaintiff's counsel called my cell phone and left a voice message. The message stated I could call him back any time before 12 p.m. or after 2 p.m. that day. See screenshot of my cell phone voicemail box on August 1, 2022. Despite Plaintiff's representations in his voicemail, Plaintiff filed his Letter Motion at 11:43 a.m. that day; not even affording me the full opportunity to call him back before Noon or any opportunity to call him back after 2 p.m. Furthermore, in my emails on Friday, I suggested speaking Monday afternoon; that day. But counsel did not wait until then.

Today, August 3, 2022, I called Plaintiff's Attorney at 1:15 p.m., in an attempt to resolve this issue again. I explained I was working on a Memorandum of Law for a State Court action and suggested we extend the date to choose the mediators to August 19, 2022. He refused. Not granting any courtesies and not having any good reason. He indicated maybe if I allow him to do a deposition of my client before I file motions for summary judgment. I asked again if he would agree to stipulate to extend the date to August 19, 2022 and he refused. It was then I realized that it wasn't about any date.

I respectfully request the Plaintiff's Counsel be sanctioned for intentionally attempting to deceive the Court by intentionally being untruthful about my actions and his. I respectfully request the court dates issued for selecting mediators and completing mediation, remain as they are scheduled. I respectfully request Plaintiff's counsel's privilege to file Letter Motions in this matter be suspended until further order of this Court. Thank you.

Respectfully submitted,

*Glenn Ingoglia*

**Glenn J. Ingoglia**

c.c.:    <u>Via ECF</u>
         **Plaintiffs' Counsel**
         **Steven J. Moser, Esq.**

2



# MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

July 28, 2022

**VIA ECF**

Hon. Lee G Dunst, USMJ
United States District Court Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

    Re:    *Barahona et. al. v. Paradise Tree Service & Landscape, Corp. et. al.*,
           Case No. 21-cv-05400 (GRB)(AYS)

Dear Judge Dunst:

    I represent the Plaintiffs. I write with the consent of the Defenants for clarification of the Court's order dated July 19, 2022. The Court directed the parties to select a mediator by August 31, 2022. However, if the parties wait until that date to select the mediator it is unlikely that we will be able to schedule the mediation by September 30, 2022, as directed in the order. The Parties therefore asks for clarification as to whether the Court intended the mediator selection date to be July 31, 2022. In the event that the date for selection of the mediator is August 31, 2022, the parties respectfully request an extension of the date to complete mediation to October 31, 2022.

                                                  Very truly yours,

                                                  *Steven J. Moser*
                                                  Steven J. Moser

CC:    All counsel of record via ECF

| | |
|---|---|
| **From:** | Steven Moser |
| **To:** | glenn ingoglia |
| **Subject:** | RE: 2022-07-28 SJM Ltr to Lee G Dunst.docx |
| **Date:** | Friday, July 29, 2022 10:11:48 AM |

What time is good today? I'll make myself available.

SJM

**From:** glenn ingoglia <glenn@ingoglialaw.com>
**Sent:** Friday, July 29, 2022 10:08 AM
**To:** Steven Moser <steven.moser@moserlawfirm.com>
**Cc:** glenn ingoglia <glenn@ingoglialaw.com>
**Subject:** Re: 2022-07-28 SJM Ltr to Lee G Dunst.docx

That's difficult. How about Monday afternoon?


Glenn J Ingoglia, Esq.
The Law Office of Glenn J Ingoglia
104 Long Beach Road
Island Park, NY 11558
(516) 432-0500 Telephone
(516) 298-6279 Mobile
(516) 432-7333 Facsimile
glenn@ingoglialaw.com
www.ingoglialaw.com

**From:** Steven Moser <steven.moser@moserlawfirm.com>
**Sent:** Friday, July 29, 2022 9:57:48 AM
**To:** glenn ingoglia <glenn@ingoglialaw.com>
**Cc:** glenn ingoglia <glenn@ingoglialaw.com>
**Subject:** Re: 2022-07-28 SJM Ltr to Lee G Dunst.docx

Sounds good I'm available before 1 PM

Steven J. Moser
MOSER LAW FIRM, PC
steven.moser@moserlawfirm.com
Tel: 516-671-1150
Cell: 516-671-2776
www.moserlawfirm.com



---------- Reply Above ---------

I think we should discuss on tbe phone. I also need to speak to you about my motion for summary judgment. Let's take care of it on one call?

Glenn J Ingoglia, Esq.
The Law Office of Glenn J Ingoglia
104 Long Beach Road
Island Park,  NY 11558
(516) 432-0500 Telephone
(516) 298-6279 Mobile
(516) 432-7333 Facsimile
glenn@ingoglialaw.com
www.ingoglialaw.com

**From:** Steven Moser <steven.moser@moserlawfirm.com>
**Sent:** Thursday, July 28, 2022 10:38:13 AM
**To:** glenn ingoglia <glenn@ingoglialaw.com>
**Subject:** 2022-07-28 SJM Ltr to Lee G Dunst.docx

Glenn

Please let me know your thoughts on the enclosed.

SJM


Steven J. Moser
Direct 631-759-4054
Cell 516-671-2776
Fax 631-759-4054

MOSER LAW FIRM, P.C.
5 East Main Street
Huntington, NY  11743

www.moseremploymentlaw.com

# Voicemail

  

Mobile, 0 mins 10 secs    1:57 PM

Hi Glen it's Joanne. I just wanted to check i...



**STEVEN MOSER**    Aug 1

Unsaved, 0 mins 23 secs    10:42 AM

Hi Glen Steve Moser calling. Calling about Verona. I'm available today. You can reach me anytime before 12 or after two. My phone number I'll give you my cell 516-671-2776 516-671-2776. Thanks.

  

00:00    0:23

