UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------    Case No. 21-cv-05400(GRB)(LGD)

JONATHAN BARAHONA and HECTOR HERNANDEZ

                                             Plaintiff(s)              AFFIRMATION

             -against-

PARADISE TREE SERVICE & LANDSCAPE CORP.
and WILLIAM NIETO

                                             Defendant(s)

---------------------------------------------------------------------

      Robert D. Goldhaber, a duly licensed New York attorney, affirms the truth of the following under the penalties of perjury:

      1.  I am a member of the firm of Rosenthal & Goldhaber, P.C. attorneys for plaintiff herein.

      2.  Rosenthal & Goldhaber, P.C. has been retained by the Moser Law Firm, PC to enforce the judgment issued by this court on October 28, 2025, a copy of which is annexed hereto as Exhibit "A".

      3. In the attempt to enforce the money judgment, a Subpoena Duces Tecum had been served on the judgment debtor, William Nieto, a copy of which is annexed hereto as Exhibit "B".

      4. Mr. Nieto appeared at our office pursuant to the Subpoena, but failed to any financial documents requested in the Subpoena, nor did he testify under oath. However, during his appearance, Mr. Nieto indicated that he has no assets and owns no real property.

      5. Upon review of the Suffolk County land records, on October 28, 2025, William Nieto was the sole owner of his residence at 193 Lafayette Street, Copiague, NY.

      6. However, it was learned that on October 30, 2025, just two days after the judgment was entered, William Nieto transferred the deed to his real property to Kevin Giovanny Nieto and Kiara Giselle Nieto, Trustees of the William Nieto Irrevocable Trust.

      7. Additionally, an Information Subpoena had been served upon William Nieto's attorney, Glenn Ingoglia, Esq., a copy of which is annexed hereto as Exhibit "C".

      8. As of this date, Mr. Ingoglia has not responded to the Information Subpoena, and a Petition to Compel his response is being drafted for submission to the court.

Dated:     Hauppauge, New York
           May 22, 2026

                                              _____
                                              Robert D. Goldhaber