NOTICE TO DEBTOR HAS BEEN GIVEN WITH 12 MONTHS OF EXEMPTIONS UNDER 5222(d)(e) OF THE CPLR IN THIS MATTER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------- Case No. 21-cv-05400(GRB)(LGD)
JONATHAN BARAHONA and HECTOR HERNANDEZ
                                    Plaintiff(s)
                -against-                                                  INFORMATION SUBPOENA
                                                                          Re:
PARADISE TREE SERVICE & LANDSCAPE CORP.                                   Paradise Tree Service, et al and
and WILLIAM NIETO                                                         William Nieto
                                                                          193 Lafayette Street
                                    Defendant(s)                          Copiague, NY 11726
                                                                                    Judgment Debtor
-------------------------------------------------------------------------------------
             **TO THE PEOPLE OF THE STATE OF NEW YORK**

TO: GLENN INGOGLIA, ESQ.                       The person to be examined
Address: 104 Long Beach Road, Island Park, NY 11558

GREETING:
         WHEREAS, in an action in the United Stated District Court of the State of New York, Eastern
District of New York between JONATHAN BARAHONA and HECTOR HERNANDEZ, as plaintiff(s) and
PARADISE TREE SERVICE & LANDSCAPE CORP. and WILLIAM NIETO, as defendant(s) who are all
the parties named in said action, a judgment was entered on October 28, 2025 in favor of JONATHAN
BARAHONA, judgment creditor(s) and against PARADISE TREE SERVICE & LANDSCAPE CORP. and
WILLIAM NIETO , judgment debtor(s) in the amount of $108,938.13 of which $108,938.13 together with
interest thereon from October 28, 2025, remains due and unpaid; AND  a judgment was entered on
October 28, 2025 in favor of JONATHAN BARAHONA, judgment creditor(s) and against PARADISE
TREE SERVICE & LANDSCAPE CORP. and WILLIAM NIETO , judgment debtor(s) in the amount of
$24,643.97 of which $24,643.97 together with interest thereon from October 28, 2025, remains due and
unpaid;

         WHEREAS, the person to whom this Subpoena is directed; resides; is regularly employed; has an
office for the regular transaction of business in person; in Nassau County;

         NOW, THEREFORE, WE COMMAND YOU that you answer in writing under oath, separately and
fully, each question in the questionnaire accompanying this subpoena, each answer referring to the
question to which it responds; and that you return the answers together with the original of the questions
within 7 days after your receipt of the questions and this subpoena.

         TAKE NOTICE that false swearing or failure to comply with this subpoena is punishable as a
contempt of court.


         I HEREBY CERTIFY THAT THIS INFORMATION SUBPOENA COMPLIES WITH RULE 5224 OF
THE CIVIL PRACTICE LAW AND RULES AND SECTION 601 OF THE GENERAL BUSINESS LAW
THAT I HAVE A REASONABLE BELIEF THAT THE PARTY RECEIVING THIS SUBPOENA HAS IN
THEIR POSSESSION INFORMATION ABOUT THE DEBTOR THAT WILL ASSIST THE CREDITOR IN
COLLECTING THE JUDGMENT.

Dated: February 23, 2026

                                                          Robert D. Goldhaber
                                                          ROSENTHAL & GOLDHABER, P.C.
                                                          Attorney(s) for Judgment Creditor
                                                          1393 Veterans Memorial Highway
                                                          Suite 212N
                                                          Hauppauge, NY 11788
                                                          (631) 979-8500

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------

JONATHAN BARAHONA and HECTOR
HERNANDEZ

                                       Plaintiff

                against

PARADISE TREE SERVICE & LANDSCAPE
CORP. and WILLIAM NIETO

                                 Defendant

Case No. 21-cv-05400(GRB)LGD

QUESTIONS AND ANSWERS
IN CONNECTION WITH
INFORMATION SUBPOENA

-------------------------------------------------------------------

Re: Paradise Tree Service & Landscape Corp. and William Nieto, Judgment Debtor(s)


STATE OF NEW YORK, COUNTY OF NASSAU        ss:

      Glenn Ingoglia, being duly sworn deposes and says: that deponent is the     of
          , recipient of an information subpoena herein and of the original and a
copy of questions accompanying said subpoena.  The answers set forth below are
made from information obtained from the records of the recipient.


Question #1. Do you now or have you within the last four (4) years represented the
Judgment Debtor.
      Answer #1.

Question #2. If your answer to question #1 is affirmative, supply full name and current
residence address and telephone number for the Judgment Debtor.
      Answer #2.

Question #3. Provide the name of individual, or entity, that provided the funds for the
Judgment Debtor's retainer with your firm. Provide a copy of said payment, or provide
the name of the financial institution and account number for said payment.
      Answer #3.

Question #4. Set forth the names and addresses of persons or firms indebted to the
Judgment Debtor and the amount of the indebtedness.
      Answer #4.


Question #5. What property or money of Judgment Debtor do you have in your
possession?
      Answer #5.

Question #6. Are you holding any monies or other assets whatsoever (escrow or otherwise) belonging to the Judgment Debtor?  If so, please state amount and/or name assets.
        Answer #6.

Question #7. Do you owe any money to the Judgment Debtor?
        Answer #7.

Question #8. Supply name and address of Judgment Debtor's bank.
        Answer #8.

Question #9. Provide name and address of Judgment Debtor's employer.
        Answer #9.

Question #10. If debtor is self-employed provide name and address of business.
        Answer #10.

Question #11. Provide Judgment Debtor's social security number.
        Answer #11.

_____

The name must be printed below

Glenn Ingoglia, Esq.
104 Long Beach Road
Island Park, NY 11558

Sworn to before me this
    day of              , 2026.

_____
Notary Public