

US POSTAGE™PITNEY BOWES

$ 006.04⁰

ZIP 11788
02 7H
0006223161

FEB 24 2026

FIRST-CLASS



Label 890-PB, Oct. 2015
Pitney Bowes

9489 0090 0027 6446 2142 29

Glenn Ingoglia, Esq.
104 Long Beach Road
Island Park, NY 11558

1393 Veterans Memorial Highway
Suite 212N
Hauppauge, NY 11788