Re: Barahona et al v Paradise Tree Service & Landscape, Corp et al

Case Number: 21-cv-05400 (GRB)(LGD)

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| **WILLIAM NIETO** 193 LAFAYETTE STREET COPIAGUE, NY 11726<br><br>**PARADISE TREE SERVICE & LANDSCAPE CORP.** 193 LAFAYETTE STREET COPIAGUE, NY 11726 | **HECTOR HERNANDEZ** 22 Cornwall Lane Hempstead, NY 11550<br><br>**JONATHAN BARAHONA** 89 Robinwood Ave Hempstead, NY 11550 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| HERCTOR HERNANDEZ - $24,643.97 (comprised of $10,125.00 in unpaid overtime, liquidated damages in the amount of $10,125.00, and a prejudgment interest calculated at 9% per annum in the amount of $4,393.97)<br><br>JONATHAN BARAHONA - $108,938.13 (comprised of $42,750.00 in unpaid overtime, liquidated damages in the amount of $42,750.00, and a prejudgment interest calculated at 9% per annum in the amount of $23,438.13 | Plaintiff Attorney -<br><br>Steven J. Moser<br><br>Moser Law Firm 133C New York Avenu Huntington, NY 1174.<br><br><br>Defendant Attorney -<br><br>Glenn J Ingoglia 104 Long Beach Road Island Park, NY 11558 | Ordered:<br><br>October 28, 2025 |

**UNITED STATES OF AMERICA, CLERK'S OFFICE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK** SS.

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: Central Islip , N.Y. December 8, 2028

Brenna B. Mahoney, Clerk of Court

By_____, Deputy Clerk.