UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JONATHAN BARAHONA and HECTOR HERNANDEZ,

                          Plaintiffs,

        -against-

PARADISE TREE SERVICE & LANDSCAPE CORP. and WILLIAM NIETO,

                          Defendants.

-----------------------------------------------------------------X

Case No.: 21-cv-05400(GRB)(LGD)

**CONSENT TO**
**CHANGE ATTORNEY**

      UPON CONSENT OF THE UNDERSIGNED PARTIES, it is hereby agreed that GLENN J. INGOGLIA, ESQ. is relieved as counsel representing Defendants, WILLIAM NIETO and PARADISE TREE SERVICE AND LANDSCAPE CORP. Upon full execution of this Consent agreement, Defendant, WILLIAM NIETO, is representing himself, pro se, and is advised and understands that he cannot represent the corporate defendant, PARADISE TREE SERVICE AND LANDSCAPE CORP., because only an Attorney admitted and/or permitted to appear in the above-listed court can represent a corporation. Attorney, Glenn J. Ingoglia, Esq. is relieved from representing both defendants, and defendant, WILLIAM NIETO, is substituted to represent himself, pro se.

Date: March 18, 2026

_____
Glenn J. Ingoglia – Outgoing Atty.
104 Long Beach Road, Island Park
NY, 11558 – 516-432-0500
glenn@ingoglialaw.com
(GI 1655)

_____
William Nieto-Defendant
Principal-Defendant,
PARADISE TREE SERVICE AND
LANDSCAPE CORP.,
193 Lafayette Street
Copiague, NY 11726
(516) 770-9737 - nietow@live.com

_____
WILLIAM NIETO – INCOMING PRO SE
Defendant, WILLIAM NIETO
193 Lafayette Street, Copiague, NY 11726
(516) 770-9737 - nietow@live.com