UNITED SHATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

Jonatan Barahona, Hector Hernandez,

      Plaintiffs - Appellees,

v.

Glenn Ingoglia,

      Appellant,

Paradise Tree Service and Landscape Corp.,
William Nieto.

      Defendants – Appellants.

Docket No.: 25-2905

**CONSENT TO
CHANGE ATTORNEY**

UPON CONSENT OF THE UNDERSIGNED PARTIES, it is hereby agreed that GLENN J. INGOGLIA, ESQ. is relieved as counsel representing Defendants-Appellants, WILLIAM NIETO and PARADISE TREE SERVICE AND LANDSCAPE CORP. Upon full execution of this Consent agreement, Defendant-Appellant, WILLIAM NIETO, is representing himself, pro se and is advised and understands that he cannot represent the corporate defendant-appellant, PARADISE TREE SERVICE AND LANDSCAPE CORP., because only an Attorney admitted and/or permitted to appear in the above-listed court can represent a corporation. Attorney, Glenn J. Ingoglia, Esq. is relieved from representing both defendants -appellants and defendant-appellant, WILLIAM NIETO, is substituted to represent himself, pro se.

Date: March 18, 2026

Glenn J. Ingoglia – Outgoing Atty.
104 Long Beach Road, Island Park
NY, 11558 – 516-432-0500
glenn@ingoglialaw.com
(GI 1655)

William Nieto-Defendant-Appellant
Principal-Defendant-appellant
PARADISE TREE SERVICE AND
LANDSCAPE CORP.
193 Lafayette Street
Copiague, NY 11726
(516) 770-9737 - nietow@live.com

WILLIAM NIETO – INCOMING PRO SE
Defendant-Appellant, WILLIAM NIETO
193 Lafayette Street, Copiague, NY 11726
(516) 770-9737 - nietow@live.com