MANDATE



**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of July, two thousand twenty-six.

---

Jonatan Barahona, Hector Hernandez,

Plaintiffs - Appellees,

v.

Glenn Ingoglia,

Appellant,

Paradise Tree Service & Landscape, Corp., William Nieto,

Defendants - Appellants.

---

**ORDER**

Docket No. 25-2905

By order dated May 14, 2026, the Court granted Appellants an extension of time to June 26, 2026 to file the opening briefs. The Court further advised Appellant Paradise Tree Service & Landscape that its appeal would be dismissed effective June 26, 2026 if an attorney did not appear on its behalf by that date. No briefs have been filed and no attorney has appeared on behalf of Paradise Tree Service & Landscape.

IT IS HEREBY ORDERED that the appeal is dismissed as to Appellant Paradise Tree Service & Landscape. It is further ordered that Appellants Glenn Ingoglia and William Nieto must file their opening briefs by July 28, 2026. The appeal is dismissed effective July 28, 2026 if a brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/24/2026