MOSER
LAW FIRM
LABOR LAW | DERECHO LABORAL

**Steven J. Moser, Esq.**
steven.moser@moserlawfirm.com
Direct 631.697.8876

September 2, 2026

**VIA ECF**

Honorable Gary R. Brown, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

**Re: *Barahona et al v. Paradise Tree Service & Landscape, Corp et al***
***Case No.: 21-CV-5400 (GRB) (LGD)***

Dear Judge Brown:

I represent the Plaintiffs. I respectfully write to advise the Court that the Defendants' appeal to the United States Court of Appeals for the Second Circuit has been dismissed, and (1) to request that the Court set a new date for the Defendants to show cause why sanctions should not be imposed, and (2) adjourning the date for Plaintiffs to file their motion for attorneys' fees *sine die*.

The Court's Memorandum and Order dated October 9, 2025 (D.E. 101) directed further proceedings to address (i) the potential *sua sponte* imposition of sanctions against Mr. Ingoglia under Rule 11 and/or 28 U.S.C. § 1927, and (ii) Plaintiffs' application for attorneys' fees.

By Order dated January 13, 2026, the Court stayed all deadlines and motion practice pending resolution of Defendants' appeal, finding that the filing of the Notice of Appeal (D.E. 104) had divested the Court of jurisdiction over the issues on appeal.

On July 7, 2026, the Second Circuit dismissed the appeal as to Appellant Paradise Tree Service & Landscape, Corp. and set July 28, 2026 as the deadline for Appellants Glenn Ingoglia and William Nieto to file their opening briefs, with the appeal to be dismissed effective that date if no brief was filed. No briefs were filed, and on August 6, 2026, the Second Circuit entered an order dismissing the appeal in its entirety for failure to file a brief and appendix. The Second Circuit's mandate issued on August 24, 2026. A copy of the mandate is annexed hereto as Exhibit 1.

With the appeal now concluded and the mandate issued, jurisdiction has returned to this Court. However, the Defendants continue to take actions which unnecessarily delay these proceedings and increase the Plaintiffs' attorney's fees. Accordingly, Plaintiffs respectfully request that the Court:

1. Lift the stay of deadlines and motion practice set by the court on January 13, 2026;

2. Set a new date for Mr. Ingoglia to show cause why sanctions should not be imposed under Rule 11 and/or 28 U.S.C. § 1927; and

3. Adjourning the briefing on Plaintiffs' motion for attorneys' fees *sine die* so that said motion may reflect all work performed on the case through final resolution.

We are available at the Court's convenience should a conference be helpful in setting these dates.

Respectfully submitted,

*Steven J. Moser, Esq.*
Steven J. Moser

CC: All counsel of record via ECF