**The Law Office Of**
**GLENN J. INGOGLIA**
**183 Quebec Road**
**Island Park, New York 11558**
**glenn@ingoglialaw.com**

**Office: (516) 432-0500** **Mobile: (516) 298-6279**

**September 4, 2026**

**Via ECF**
**Hon. Magistrate Lee G. Dunst**

**Re: Jonathan Barahona et ano v William Nieto et ano**
**02:21-cv-05400 (GRB)(LGD)**
**Attorney, Glenn J. Ingoglia's request for status and pre-motion conference**

**Dear Honorable Magistrate Dunst:**

**Regarding the above matter, I respectfully submit this letter seeking the Court's approval in granting and scheduling a status/pre-motion conference. I respectfully request the same as I believe it necessary for me to understand completely the status of this action regarding sanctions, motions/hearings, substitution of counsel issues, and to update the court on my status. My status has changed since my mother's death earlier this year and since her death, I have moved my office and downsized my practice, in part, for personal, family and health reasons.**

**Should the requested conference be granted and held, I intend to discuss the above topics, in greater detail. I also respectfully intend on seeking the Court's guidance regarding any appropriate motion, I should file, if granted the opportunity. Thank you for your time and continued courtesy. Respectfully, I remain,**

**Sincerely yours,**

Glenn Ingoglia

**Glenn J. Ingoglia**
**GJI/vv**

**c.c.: Via ECF to Plaintiffs' Attorney: Mr. Steven Moser, Esq.**

**Via Email: nietow@live.com: Mr. William Nieto**