MOSER LAW FIRM
LABOR LAW | DERECHO LABORAL

**Steven J. Moser, Esq.**
steven.moser@moserlawfirm.com
Direct 631.697.8876

October 14, 2026

**VIA ECF**
Hon. Gary R. Brown, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

Re: Barahona et al. v. Paradise Tree Service & Landscape, Corp. et al.
Case No. 21-CV-5400 (GRB)(LGD)

Dear Judge Brown:

I represent the Plaintiffs in the above-referenced matter. I respectfully request a two-week extension of each of the service and filing deadlines set forth in the Court's Order regarding the consolidated motion for sanctions under Rule 11 and/or 28 U.S.C. § 1927 and application for attorneys' fees. This is Plaintiffs' first request for an extension of these deadlines.

Pursuant to the Court's Order on the motion at D.E. [118], the current briefing schedule is as follows:

- Plaintiffs shall serve (but not file) their consolidated motion on or before October 16, 2026;
- Defendants shall serve (but not file) their opposition on or before November 16, 2026;
- Plaintiffs' reply, if any, shall be served on or before November 30, 2026, at which time Plaintiffs shall electronically file all motion papers.

Plaintiffs respectfully request that the deadlines be adjusted as follows:

- Plaintiffs shall serve their consolidated motion on or before October 30, 2026;
- Defendants shall serve their opposition on or before November 30, 2026;
- Plaintiffs' reply, if any, shall be served on or before December 14, 2026, at which time Plaintiffs shall electronically file all motion papers.

The requested extension is necessary to ensure that the consolidated motion fully and accurately presents the Rule 11 and § 1927 issues identified in the Court's Memorandum and Order dated October 9, 2025 (D.E. 101). Originally, the Rule 11 and § 1927 issues were raised by the Court *sua sponte* and the Defendants were directed to show cause why sanctions should not be imposed. The most recent order directs the Plaintiffs instead to file the sanctions motion jointly with the application for fees and costs.

Today I called Mr. Ingoglia three times but was unable to speak with him. I also requested Glenn J. Ingoglia's position regarding the proposed extension by email. As of the filing of this motion, we do not know the Defendnats' position.

We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Steven J. Moser
Steven J. Moser

cc: All Counsel of Record (via ECF)